**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

March 27, 2017

RECEIVED
MAR 27 2017
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

**VIA FACSIMILE**

Honorable Marian W. Payson
United States District Court
Western District of New York
100 State Street
Rochester, New York 14612

Re: <u>Van Brunt-Piehler v. Absolute Software, Inc. et al.</u>
    Civil Action No. 16-cv-06314-EAW-MWP

Dear Judge Payson:

I write on behalf of the parties in the above-referenced action. As indicated in the parties' March 17, 2017 letter to Your Honor, the parties have conferred about a modified scheduling order regarding the review and conferral of defendants' ESI and subsequent modifications to the search protocol. The parties have conferred regarding revised dates from the Court's January 11, 2017 scheduling order and propose the following dates:

- Deadline for plaintiff to review production and respond with proposed modifications to the search protocol: **April 28, 2017**
- Deadline for parties to meet and confer regarding modifications to the search protocol and to complete conferral process: **May 12, 2017**
- Deadline for defendants to provide any supplemental production of ESI pursuant to any modifications of the search protocol: **June 30, 2017**
- All other subsequent deadlines set forth in the January 11, 2017 scheduling order to be extended by **30 days**.

If this request meets with your approval, a so-ordered line is included herein for your convenience. Please do not hesitate to contact me if you have any questions concerning this request. Thank you for your courtesies in this matter.

Respectfully submitted,

Jonathan W. Ferris

cc: David Singer, Esq. (via e-mail)
    Laura Lestrade, Esq. (via e-mail)
    Daniel Beebe, Esq. (via e-mail)

693 East Avenue, Rochester, New York 14607 tel: 585.272.0540 fax: 585.272.0574
jferris@theemploymentattorneys.com • www.theemploymentattorneys.com

Honorable Marian W. Payson
March 27, 2017
Page 2

Request granted.
SO ORDERED:

_Marian W. Payson_
Honorable Marian W. Payson
United States Magistrate Judge
Dated: March 27, 2017