UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARY VAN BRUNT-PIEHLER,

                    *Plaintiff,*

      v.

ABSOLUTE SOFTWARE, INC., ABSOLUTE SOFTWARE CORPORATION, GEOFF HAYDON, THOMAS KENNY, and TODD AWTRY,

                    *Defendants.*

NOTICE OF MOTION

Civil Action No.
16-CV-6313-EAW-MWP

| | |
|---|---|
| **MOTION BY:** | Plaintiff Mary Van Brunt-Piehler. |
| **RELIEF REQUESTED:** | An Order compelling defendants to produce entire personnel files. |
| **BASIS FOR RELIEF REQUESTED:** | Federal Rule of Civil Procedure 37(a) |
| **SUPPORTING PAPERS:** | Memorandum of Law in Support of Plaintiff's Motion to   Compel Entire Personnel Files |
| **PLACE:** | United States District Court<br>Western District of New York<br>2330 United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| **DATE AND TIME:** | To be determined by the Court. |
| **REPLY PAPERS:** | Pursuant to Local Rule 7(a)(1), plaintiff intends to file and serve reply papers. |

Dated: May 31, 2018

                                 **THOMAS & SOLOMON LLP**

By: /s/ Jonathan W. Ferris
J. Nelson Thomas, Esq.
Jonathan W. Ferris, Esq.
*Attorneys for Plaintiffs*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com