UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARY VAN BRUNT-PIEHLER,

             Plaintiff,

    v.

ABSOLUTE SOFTWARE, et al.,

             Defendants.
_____

MOTION SCHEDULING ORDER

16-CV-6313

      A motion to compel (# 68) having been filed on June 22, 2018, by defendants in the above-captioned case, it is hereby

      ORDERED, that any responding papers submitted in connection with this motion must be filed and served on or before **July 6, 2018, with a courtesy copy of such filing to be provided to the Court**; and it is further

      ORDERED, that since the moving party has stated, pursuant to Western District of New York Local Rules of Civil Procedure, Rule 7(a)(1), in the notice of motion that the moving party intends to file and serve reply papers, such papers must be filed and served on or before **July 10, 2018, with a courtesy copy of such filing to be provided to the Court**; and it is further

      ORDERED, that the time for service and the content of papers must be in accordance with Local Rules of Civil Procedure, Rules 7 and 5.1 **(papers not in compliance will not be considered)**; and it is further

ORDERED, that **oral argument** will be heard before the undersigned on **July 12, 2018** at **2:00 p.m.**, at 2310 United States Courthouse, 100 State Street, Rochester, New York 14614.

**IT IS SO ORDERED.**

*/s/ Marian W. Payson*
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
       June 25, 2018