UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARY VAN BRUNT-PIEHLER,

                                    *Plaintiff,*                    Civil Action No.
                                                               16-CV-6313-EAW-MWP
          *v.*

ABSOLUTE SOFTWARE, INC., ABSOLUTE
SOFTWARE CORPORATION, GEOFF HAYDON,
THOMAS KENNY, and TODD AWTRY,

                                    *Defendants.*


MOTION BY:                          Plaintiff.

RELIEF REQUESTED:                   An Order granting leave to file under seal certain
                                    documents attached as exhibits to Plaintiff's Reply
                                    in Further Support of Plaintiff's Motion to Compel
                                    Documents Improperly Withheld Under the
                                    Attorney-Client Privilege

BASIS FOR RELIEF REQUESTED:         Local Rule 5.3; Stipulated Order of Confidentiality
                                    (Dkt. No. 67); Western District of New York's
                                    Administrative Procedures Guide.

SUPPORTING PAPERS:                  Memorandum of Law in Support of Motion for
                                    Leave to File Documents Under Seal; Affirmation of
                                    Jonathan W. Ferris, sworn to June 29, 2018 with
                                    exhibits.

DATE AND TIME:                      To be determined by the court.

Dated: June 29, 2018

                                    **THOMAS & SOLOMON LLP**


                          By:    /s/ Jonathan W. Ferris
                                 J. Nelson Thomas, Esq.
                                 Jonathan W. Ferris, Esq.
                                 *Attorneys for Plaintiffs*
                                 693 East Avenue
                                 Telephone: (585) 272-0540
                                 nthomas@theemploymentattorneys.com
                                 jferris@theemploymentattorneys.com