UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY VAN BRUNT-PIEHLER,<br><br>          *Plaintiff,*<br><br>   *v.*<br><br>ABSOLUTE SOFTWARE, INC., ABSOLUTE SOFTWARE CORPORATION, GEOFF HAYDON, THOMAS KENNY, and TODD AWTRY,<br><br>          *Defendants.* | PLAINTIFF'S REQUESTS FOR ADMISSIONS<br><br>Civil Action No.<br>16-CV-6313-EAW-MWP |

Pursuant to Federal Rules of Civil Procedure 26(b)(1) and 36, plaintiff request that the defendants admit the following matters.

**PLEASE NOTE**: This Request shall be deemed continuing and shall be supplemented when necessary to reflect documents found, events occurring and/or information becoming available after the service of the defendants' response to this Request.

## DEFINITIONS AND INSTRUCTIONS

1. If the defendants do not admit any of the following, they must serve a written answer or objections within 30 calendar days of being served with this request. As to each matter not admitted, the defendants must deny it or state in detail why they cannot truthfully admit or deny it. A denial must respond fairly to the substance of the matter; and if good faith requires that the defendants' qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest. The defendants may assert lack of knowledge or information as a reason for failing to admit any of the following only if the defendants represent truthfully that they have made a reasonable inquiry and that the information that they know or can readily obtain is insufficient to enable them to admit or deny.

2.  If the defendants object to any part of this Request, they must state the grounds for their objection. The defendants must not object solely on the ground that the Request presents a genuine issue for trial.

## REQUESTS FOR ADMISSIONS

Plaintiff requests that defendants admit the following:

### REQUEST FOR ADMISSION NO. 1:

Admit that the document attached hereto as **Exhibit A** was made by Christy Wyatt.

### REQUEST FOR ADMISSION NO. 2:

Admit that the statement made in **Exhibit A** was made on October 26, 2018.

### REQUEST FOR ADMISSION NO. 3:

Admit that the Twitter account "christywyatt" is owned and controlled by Christy Wyatt.

### REQUEST FOR ADMISSION NO. 4:

Admit that Christy Wyatt has exclusive access to the Twitter account "christywyatt".

### REQUEST FOR ADMISSION NO. 5:

Admit that Christy Wyatt is defendants Absolute Software, Inc.'s and Absolute Software Corporation's Chief Executive Officer.

### REQUEST FOR ADMISSION NO. 6:

Admit that **Exhibit A** was a prior statement made by Christy Wyatt.

### REQUEST FOR ADMISSION NO. 7:

Admit that **Exhibit A** was made by Christy Wyatt in her representative capacity on behalf of Absolute Software, Inc. and Absolute Software Corporation.

### REQUEST FOR ADMISSION NO. 8:

Admit that Christy Wyatt has adopted the statement made in **Exhibit A**.

### REQUEST FOR ADMISSION NO. 9:

Admit that Christy Wyatt had speaking authority on behalf of Absolute Software, Inc. and Absolute Software Corporation regarding the statement made in **Exhibit A**.

### REQUEST FOR ADMISSION NO. 10:

Admit that Christy Wyatt is an employee of Absolute Software, Inc. and Absolute Software Corporation.

### REQUEST FOR ADMISSION NO. 11:

Admit that Christy Wyatt made the statement in **Exhibit A** while employed by Absolute Software, Inc. and Absolute Software Corporation.

### REQUEST FOR ADMISSION NO. 12:

Admit that Christy Wyatt made the statement in **Exhibit A** within the scope of her employment with Absolute Software, Inc. and Absolute Software Corporation.

### REQUEST FOR ADMISSION NO. 13:

Admit that **Exhibit A** is a present sense impression under Federal Rule of Evidence 803(1).

### REQUEST FOR ADMISSION NO. 14:

Admit that **Exhibit A** is a then-existing mental, emotional, or physical condition under Federal Rule of Evidence 803(3).

### REQUEST FOR ADMISSION NO.15:

Admit that **Exhibit A** is a recorded recollection under Federal Rule of Evidence 803(5).

### REQUEST FOR ADMISSION NO.16:

Admit that **Exhibit A** is a business record of Absolute Software, Inc. and Absolute Software Corporation within the meaning of Rule 803(6) of the Federal Rules of Evidence.

REQUEST FOR ADMISSION NO. 17:

Admit that **Exhibit A** is a business record within the meaning of Rule 803(6) of the Federal Rules of Evidence.

REQUEST FOR ADMISSION NO. 18:

Admit that **Exhibit A** is kept in the regular course of business of Absolute Software, Inc. and Absolute Software Corporation.

REQUEST FOR ADMISSION NO. 19:

Admit that the statement made in **Exhibit A** was a regularly conducted business activity of Absolute Software, Inc. and Absolute Software Corporation.

REQUEST FOR ADMISSION NO. 20:

Admit that it was the regularly conducted business activity of Absolute Software, Inc. and Absolute Software Corporation to make the business record in **Exhibit A**.

REQUEST FOR ADMISSION NO. 21:

Admit that Christy Wyatt believed the statement made in **Exhibit A** to be true.

REQUEST FOR ADMISSION NO. 22:

Admit that **Exhibit A** is a statement against interest under Federal Rule of Evidence 804(b)(b).

REQUEST FOR ADMISSION NO. 23:

Admit that **Exhibit A** is authentic within the meaning of the Federal Rules of Evidence and does not need to be authenticated for use in this litigation.

REQUEST FOR ADMISSION NO. 24:

Admit that all foundational requirements for the admission of **Exhibit A** have been satisfied.

**REQUEST FOR ADMISSION NO. 25:**

Admit that **Exhibit A** is admissible into evidence for use in this litigation.

Dated: March 27, 2019

THOMAS & SOLOMON LLP

By: *[signature: Jonathan W. Ferris/Amm]*

J. Nelson Thomas, Esq.
Jonathan W. Ferris, Esq.
*Attorneys for Plaintiffs*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
Facsimile: (585)272-0574
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com

# Exhibit A

2/8/2019    Christy Wyatt on Twitter: "How many people you fired for sexual harassment is likely trivial in comparison to how many talented women/pe…

Case 6:16-cv-06313-EAW-MWP    Document 111-2    Filed 05/22/19    Page 7 of 7



**Christy Wyatt**
@christywyatt

Follow

How many people you fired for sexual harassment is likely trivial in comparison to how many talented women/people resigned, were demoted, or pushed out of your company as a result of the behavior and your response to it. Lets report that number - I bet it would be stunning.

11:10 AM - 26 Oct 2018

3 Retweets  22 Likes

💬 1    🔁 3    ❤ 22

**Rob Tyson** @TheClimbJourney · Jan 10
Replying to @christywyatt
great point