UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY VAN BRUNT-PIEHLER,<br><br>*Plaintiff,*<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC., ABSOLUTE SOFTWARE CORPORATION, GEOFF HAYDON, THOMAS KENNY, and TODD AWTRY,<br><br>*Defendants.* | NOTICE OF DEPOSITION OF CHRISTY WYATT<br><br>Civil Action No.<br>16-CV-6313-EAW-MWP |

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiff will take the deposition upon oral examination of defendant Christy Wyatt, which may be recorded by stenographic, audio, video, or other means, before a qualified court reporter, at the offices of Thomas and Solomon LLP, 693 East Avenue, Rochester, New York 14607 on June 11, 2019, commencing at 9:30 a.m. and continuing until completed.

**PLEASE TAKE FURTHER NOTICE** that plaintiff requests the designated deponent to produce any documents related to her testimony, including without any limitation, any documents relied on or used to prepare to testify, at least 10 days prior to the deposition.

Dated: May 10, 2019

THOMAS & SOLOMON LLP

By:    /s/ Jonathan W. Ferris
       J. Nelson Thomas, Esq.
       Jonathan W. Ferris, Esq.
       *Attorneys for Plaintiffs*
       693 East Avenue
       Rochester, New York 14607
       Telephone: (585) 272-0540
       nthomas@theemploymentattorneys.com
       jferris@theemploymentattorneys.com