UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY VAN BRUNT-PIEHLER,<br><br>*Plaintiff,*<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC., ABSOLUTE SOFTWARE CORPORATION, GEOFF HAYDON, THOMAS KENNY, and TODD AWTRY,<br><br>*Defendants.* | NOTICE OF MOTION<br><br>Civil Action No.<br>16-CV-6313-EAW-MWP |

| | |
|---|---|
| **MOTION BY:** | Plaintiff Mary Van Brunt-Piehler. |
| **RELIEF REQUESTED:** | An Order to extend the deadline for Plaintiff to file her response to Defendants' Motion for Summary Judgment until March 31, 2020 and also extending the page length for Plaintiff's response to 50 pages. |
| **BASIS FOR RELIEF REQUESTED:** | Federal Rules of Civil Procedure 6 |
| **SUPPORTING PAPERS:** | Affirmation of Jonathan W. Ferris dated February 12, 2020 |
| **PLACE:** | United States District Court<br>Western District of New York<br>2330 United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| **DATE AND TIME:** | To be determined by the Court. |
| **REPLY PAPERS:** | Pursuant to Local Rule 7(a)(1), plaintiff intends to file and serve reply papers. |

Dated: February 12, 2020

             **THOMAS & SOLOMON LLP**

        By: /s/ Jonathan W. Ferris
            J. Nelson Thomas, Esq.
            Jonathan W. Ferris, Esq.
            *Attorneys for Plaintiffs*
            693 East Avenue
            Rochester, New York 14607
            Telephone: (585) 272-0540
            nthomas@theemploymentattorneys.com
            jferris@theemploymentattorneys.com