# Exhibit A

| | |
|---|---|
| **From:** | Sullivan.Mark@dorsey.com |
| **Sent:** | Friday, October 11, 2019 11:18 AM |
| **To:** | jwferris@theemploymentattorneys.com |
| **Cc:** | Lestrade.Laura@dorsey.com; nthomas@theemploymentattorneys.com |
| **Subject:** | RE: Piehler v. Absolute |

Thanks Jon.  I spoke with Laura and we agree to the January 15 date.

We also agree to produce the W-2s and paystubs as described below.

Mark

**From:** Jon Ferris <jwferris@theemploymentattorneys.com>
**Sent:** Friday, October 11, 2019 11:01 AM
**To:** Sullivan, Mark <Sullivan.Mark@dorsey.com>
**Cc:** Lestrade, Laura <Lestrade.Laura@dorsey.com>; Nelson Thomas <nthomas@theemploymentattorneys.com>
**Subject:** Piehler v. Absolute

Mark:

Thanks for the call back this morning. As I indicated and in an effort to compromise on this issue, we would be agreeable to set the dispositive motion deadline for January 15, 2020 given the travel you indicated you have in the next several months as well as the holidays during this time.

As I also mentioned, please let us know if your client will produce the W-2s and paystubs that we requested through the end of December 2017 (to the extent those employees were employed during that time). As we have tentative agreement on the dispositive motion date, it would be great if we could report to the Court today that we have resolved all these issues. As I indicated last week, we would also withdraw our pending motion to compel provided those documents are produced.

Thanks,
Jon.



Jonathan Ferris, Esq.
693 East Avenue, Rochester, NY 14607
**tel:** 585.272.0540    **fax:** 585.272.0574
www.theemploymentattorneys.com

*The information contained in this e-mail message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that dissemination, distribution or copying of this information is prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail.*