**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARY VAN BRUNT-PIEHLER,<br><br>          *Plaintiff,*<br><br>   v.<br><br>ABSOLUTE SOFTWARE, INC., ABSOLUTE SOFTWARE CORPORATION, GEOFF HAYDON, THOMAS KENNY, and TODD AWTRY,<br><br>          *Defendants.* | Civil Action No.<br>16-CV-6313-EAW-MWP |

| | |
|---|---|
| **MOTION BY:** | Plaintiff. |
| **RELIEF REQUESTED:** | An Order granting leave to file under seal certain documents attached as exhibits to Plaintiff's Opposition to Defendants' Motion for Summary Judgment. |
| **BASIS FOR RELIEF REQUESTED:** | Local Rule 5.3; Stipulated Order of Confidentiality (Dkt. No. 67); Western District of New York's Administrative Procedures Guide. |
| **SUPPORTING PAPERS:** | Memorandum of Law in Support of Motion for Leave to File Documents Under Seal; Affirmation of Jonathan W. Ferris, sworn to April 30, 2020 with exhibits. |
| **DATE AND TIME:** | To be determined by the court. |

Dated: April 30, 2020

              **THOMAS & SOLOMON LLP**

           By: /s/ Jonathan W. Ferris
              J. Nelson Thomas, Esq.
              Jonathan W. Ferris, Esq.
              *Attorneys for Plaintiffs*
              693 East Avenue
              Telephone:  (585) 272-0540
              nthomas@theemploymentattorneys.com
              jferris@theemploymentattorneys.com