United States District Court
Western District of New York

<u>DEFENDANTS' TRIAL EXHIBIT LIST</u>

Case No. 16-CV-06313
Date: August 10, 2021
Presiding Judge: Hon. Elizabeth A. Wolford

( )    Plaintiff    (X)    Defendants    ( )    Court

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 400 | 35 | 10/27/2015 | EEOC Notice of Charge of Discrimination and Mary Piehler Affidavit<br><br>DEFS00192 – DEFS00199 | | | | |
| 401 | | 04/21/2016 | EEOC Notice of Charge of Discrimination and Mary Piehler Affidavit | | | | |
| 402 | 1 | 7/24/2017 | Plaintiff's Amended Complaint and Demand for Jury Trial | | | | |
| 403 | | 04/30/2020 | Affirmation of Mary Van Brunt-Piehler in Opposition to Summary Judgment Motion, Dkt. 156 | | | | |
| 404 | 2 | N/A | Mary Piehler Resume<br><br>DEFS00056 – DEFS00057 | | | | |
| 405 | 39 | N/A | Kurt R. Luporini Resume<br><br>DEFS10618 – DEFS10620 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 406 | 43 | N/A | Randall V. Dye Resume<br><br>DEFS08692 – DEFS08693 | | | | |
| 407 | 48 | N/A | Joseph Morini Resume<br><br>DEFS09139 – DEFS09141 | | | | |
| 408 | 4 | N/A | Collection of Resumes<br><br>P001204 – P1206; P001332 – P001336; P001563 – P001564; P001682 – P001683; P001617 – P001620; P001725 – P001727; P001741 – P001742; P001746; P001752 – P001754; P001762 – P001763 | | | | |
| 409 | | | Susan Dibiase Lutz Resume<br><br>DEFS07719 – DEFS07720; DEFS07425 | | | | |
| 410 | 92 | 7/1/2015 | Letter with attachment to Mary Piehler<br><br>DEFS00939 – DEFS00940; DEFS00942 – DEFS0946 | | | | |
| 411 | 5 | 7/1/2015 | Notes on Termination/Notification Meeting drafted by Catherine Majane<br><br>DEFS00706 – DEFS00707 | | | | |
| 412 | 3 | N/A | Absolute Software Northeast Region Q4 PMP, April 2013<br><br>P001476 – P001501 | | | | |
| 413 | 100 | 11/1/2007 | Absolute Software Code of Business Conduct Policy Manual – Revised August 8, 2012<br><br>DEFS01896 – DEFS01923 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 414 | 131 | 10/25/2013 | Bailey Lammering Employee Referral Form DEFS08220 | | | | |
| 415 | | 3/26/2021 | Press Release:  Absolute Software Included in The Globe and Mail's SecondAnnual 'Women Lead Here' Benchmark of Executive Gender Diversity | | | | |
| 416 | | 10/24/2016 | Plaintiff's Responses to Defendants' First Set of Interrogatories | | | | |
| 417 | | 11/22/2017 | Plaintiff's Amended Objections and Responses to Defendants' Interrogatories Nos. 2, 3, 4, and 15 | | | | |
| 418 | | 12/29/2010 | Absolute letter to Amy Rathbun regarding position change from Account Executive to Regional Director DEFS08190 – DEFS08191 | | | | |
| 419 | 124 | 11/4/2011 | Email communication from Amy Rathbun to Ryan Sparks, Mary Piehler, Mark Lund with Janet Brazel and Jason Duda cc'd | | | | |
| 420 | 7 | 3/2/2013 | Email communication from Mary Piehler to Jermaine Maldonado DEFS00747 – DEFS00753 | | | | |
| 421 | 8 | 4/5/2013 | Email communication from Mary Piehler to Todd Awtry DEFS00774 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 422 | 115 | 7/19/2013 | Email communication from Amy Rathbun to Leigh Ramsden | | | | |
| 423 | 127 | 1/24/2014 | Email communication form Amy Rathbun to Warren Young | | | | |
| 424 | | 2/22/2014 | Email communication from Mark Kelly to Mary Piehler<br><br>DEFS08886 – DEFS08889 | | | | |
| 425 | | 3/25/2014 | Email communication from Mary Piehler to Felicia Kittner with Soctt Barker and Paula Esporias cc'd<br><br>P000257 – P000259 | | | | |
| 426 | 15 | 6/26/2014 | Email communication from Mary Piehler to Todd Awtry<br><br>DEFS01030 – DEFS01035 | | | | |
| 427 | 49 | 6/26/2014 | Email communication from Thomas Kenny to Leigh Ramsden, Matt Meanchoff, Todd Awtry, Michael Kenny<br><br>DEFS01044 – DEFS01047 | | | | |
| 428 | | 6/26/2014 | Email communication with attachment from Todd Awtry to Michael Kenny and Matt Meanchoff with Leigh Ramsden cc'd<br><br>DEFS07068 – DEFS07075 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 429 | | 6/26/2014 | Email communication from Leigh Ramsden to Thomas Kenny, Matt Meanchoff, Todd Awtry and Michael Kenny<br><br>DEFS01036 – DEFS01039 | | | | |
| 430 | | 6/26/2014 | Email communication from Leigh Ramsden to Todd Awtry, Michael Kenny, Matt Meanchoff, Daniel Berardo, Caroline Nelson<br><br>DEFS07173 – DEFS07174 | | | | |
| 431 | 122 | 6/27/2014 | Email communication from Colleen Crump to Amy Rathbun | | | | |
| 432 | 14 | 6/27/2014 | Email communication from Mary Piehler to Leigh Ramsden<br><br>DEFS06434 | | | | |
| 433 | 73 | 6/27/2014 | Email communication from Caroline Nelson to Todd Awtry, Leigh Ramsden, Michael Kenny, Matt Meanchoff, Daniel Berardo<br><br>DEFS07234 – DEFS07235 | | | | |
| 434 | 74 | 6/27/2014 | Email communication from Caroline Nelson to Todd Awtry, Daniel Berardo, Leigh Ramsden, with Michael Kenny, Thomas Kenny cc'd<br><br>DEFS07250 – DEFS07252 | | | | |
| 435 | | 6/27/2014 | Email communication from Mary Piehler to Todd Awtry and Leigh Ramsden<br><br>P000237 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 436 | | 6/27/2014 | Email communication from Leigh Ramsden to Caroline Nelson, Daniel Berardo, Todd Awtry, Michael Kenny, Matt Meanchoff<br><br>DEFS09243 – DEFS09244 | | | | |
| 437 | | 6/30/2014 | Email communication from Leigh Ramsden to Irwin Tang<br><br>DEFS07219 | | | | |
| 438 | | 6/30/2014 | Email communication from Todd Awtry to Mary Piehler, with Daniel Berardo, Caroline Nelson, Leigh Ramsden cc'd<br><br>DEFS00135 – DEFS00136 | | | | |
| 439 | 20 | 6/30/2014 | Email communication from Mary Piehler to Daniel Berardo<br><br>P000697 | | | | |
| 440 | | 7/1/2014 | Email communication from Mary Piehler to Dave Kucharczyk<br><br>DEFS02683 – DEFS02687 | | | | |
| 441 | | 7/2/2014 | Email communication from Todd Awtry to Daniel Berardo, with Errol Olsen, Thomas Kenny cc'd<br><br>DEFS00775 – DEFS00777 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 442 | 21 | 7/6/2014 | Email communication from Mary Piehler to Daniel Berardo<br><br>P000811 – P000819 | | | | |
| 443 | 17 | 7/17/2014 | Email communication from Mary Piehler to Daniel Berardo<br><br>DEFS02583 – DEFS02589 | | | | |
| 444 | | 7/22/2014 | Email communication from Todd Awtry to Mary Piehler with Michael Kenny cc'd<br><br>DEFS08885 | | | | |
| 445 | 22 | 8/11/2014 | Email communication from Daniel Berardo to Mary Piehler<br><br>DEFS02549 – DEFS02554 | | | | |
| 446 | | 8/13/2014 | Email communication from Irwin Tang to Leigh Ramsden, Todd Awtry<br><br>DEFS00927 – DEFS0928 | | | | |
| 447 | 86 | 8/15/2014 | Email communication from Todd Awtry to Baniel Berardo<br><br>DEFS08824 – DEFS08830 | | | | |
| 448 | | 8/18/2014 | Email communication from Michael Kenny to Mary Piehler, Todd Awtry, with Irwin Tang and Leigh Ramsden cc'd<br><br>DEFS01169 – DEFS01175 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 449 | | 8/26/2014 | Email communication from Mary Piehler to Todd Awtry<br>DEFS02543 – DEFS02545 | 634 | | | |
| 450 | | 9/3/2014 | Email communication from Mary Piehler to Todd Awtry<br>DEFS02506 – DEFS02507 | | | | |
| 451 | 9 | 9/15/2014 | Email communication from Mary Piehler to Todd Awtry<br>DEFS00780 – DEFS00781 | | | | |
| 452 | 13 | 9/18/2014 | Email communication from Todd Awtry to Mary Piehler<br>DEFS00786 – DEFS00788 | | | | |
| 453 | 19 | 9/23/2014 | Email communication from Mary Piehler to cspringgay@absolute.com<br>P000765 | | | | |
| 454 | | 9/23/2014 | Email communication from Leigh Ramsden to Todd Awtry<br>DEFS01371 – DEFS01374 | | | | |
| 455 | | 9/23/2014 | Email communication from Todd Awtry to Thomas Kenny<br>DEFS00789 – DEFS00793 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 456 | | 09/24/2014 | Email communication from Leigh Ramsden to Irwin Tang, Todd Awtry, with Michael Kenny cc'd<br><br>DEFS01363 – DEFS01365 | | | | |
| 457 | | 09/23/2014 | Email communication from Thomas Kenny to Todd Awtry<br><br>DEFS01268 – DEFS01275 | | | | |
| 458 | 116 | 10/8/2014 | Email communication from Todd Awtry to Amy Rathbun | | | | |
| 459 | 117 | 12/1/2014 | Email communication from Todd Awtry to Amy Rathbun | | | | |
| 460 | 118 | 12/1/2014 | Email communication from Todd Awtry to Amy Rathbun | | | | |
| 461 | 114 | 12/16/2014 | Email communication from Amy Rathbun to Todd Awtry | | | | |
| 462 | | 12/30/2014 | Email communication from Michael Kenny to Teena Mola<br><br>DEFS05831 – DEFS05834 | | | | |
| 463 | 111 | 1/6/2015 | Email communication from Amy Rathbun to Geoff Haydon | | | | |
| 464 | | 1/9/2015 | Email communication from Leigh Ramsden to Todd Awtry with Teena Mola cc'd<br><br>DEFS04008 – DEFS04010 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 465 | | 1/9/2015 | Email communication form Todd Awtry to Teena Mola and Leigh Ramsden<br><br>DEFS04013 – DEFS04016 | | | | |
| 466 | | 1/9/2015 | Email communication from Mary Piehler to Teena Mola<br><br>DEFS0417 – DEFS04019 | | | | |
| 467 | | 1/12/2015 | Email communication from Teena Mola to Daniel Berardo<br><br>DEFS04127 – DEFS04130 | | | | |
| 468 | | 1/12/2015 | Email communication from Teena Mola to Daniel Berardo<br><br>DEFS04131 – DEFS04134 | | | | |
| 469 | 16 | 1/12/2015 | Email communication from Mary Piehler to Todd Awtry, Daniel Berardo, Caroline Nelson, Leigh Ramsden, Michael Kenny<br><br>DEFS02735 – DEFS02738 | | | | |
| 470 | | 1/14/2015 | Email communication from Teena Mola to Daniel Berardo<br><br>DEFS04121 – DEFS04126 | | | | |
| 471 | 112 | 1/29/2015 | Email communication from Geoff Haydon to Amy Rathbun | | | | |
| 472 | 113 | 2/11/2015 | Email communication from Amy Rathbun to Todd Awtry | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 473 | 121 | 2/18/2015 | Email communication from Amy Rathbun to Thomas Kenny with Todd Awtry cc'd | | | | |
| 474 | | 2/20/2015 | Email communication from Yvonne Wu to Daniel Berardo with Todd Awtry<br><br>DEFS00765 – DEFS0768 | | | | |
| 475 | | 3/23/2015 | Absolute letter to Amy Rathburn regarding position change from Regional Director to Area Vice President, Sales<br><br>DEFS08250 – DEFS08252 | | | | |
| 476 | 84 | 3/24/2015 | Email communication from Todd Awtry to Geoff Haydon<br><br>DEFS06052 – DEFS06054 | | | | |
| 477 | | 3/24/2015 | Email communication from Todd Awtry to Amy Rathburn with Thomas Kenney, Daniel Berardo, Teena Mola and Yvonne Wu cc'd<br><br>DEFS01506 – DEFS01509 | | | | |
| 478 | | 4/1/2015 | Email communication from Warren Young to Mary Piehler<br><br>DEFS02813 – DEFS02818 | | | | |
| 479 | | 4/4/2015 | Email communication from Mary Piehler to Mary Piehler<br><br>DEFS02464 – DEFS02465 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 480 | | 4/5/2015 | Email communication from Michael Kenny to Todd Awtry with Thomas Kenny cc'd<br><br>DEFS01082 – DEFS01083 | | | | |
| 481 | | 4/7/2015 | Email communication from Mary Piehler to Brian McArdie with Ted DiSalvo cc'd<br><br>DEFS00778 – DEFS00779 | | | | |
| 482 | | 4/15/2015 | Email communication from Mary Piehler to Mark Kelly<br><br>DEFS00770 – DEFS00773 | | | | |
| 483 | | 4/28/2015 | Email communication from Todd Awtry to Geoff Haydon<br><br>DEFS06844 – DEFS06845 | | | | |
| 484 | | 5/18/2015 | Email communication from Mary Piehler to Todd Awtry with Art Robinson and Michael Kenny cc'd<br><br>DEFS00794 – DEFS00797 | | | | |
| 485 | 109 | 5/22/2015 | Email communication from Amy Rathbun to Geoff Haydon | | | | |
| 486 | 24 | 5/22/2015 | Email communication from Mary Piehler to Todd Awtry with Daniel Berardo cc'd<br><br>P000712 – P000715 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 487 | | 5/22/2015 | Email communication from Thomas Kenny to Todd Awtry<br><br>DEFS07425 – DEFS07426 | | | | |
| 488 | | 5/25/2015 | Email communication from Thomas Kenny to Todd Awtry<br><br>DEFS07421 – DEFS07422 | | | | |
| 489 | | 5/25/2015 | Email communication from Art Robinson to Todd Awtry<br><br>DEFS01304 – DEFS01307 | | | | |
| 490 | | 5/27/2015 | Email communication from Mary Piehler to Mark Kelly<br><br>DEFS00782 – DEFS00783 | | | | |
| 491 | 55 | 6/4/2015 | Email communication from Geoff Haydon to Todd Awtry<br><br>DEFS07585 – DEFS07590 | | | | |
| 492 | | 6/5/2015 | Email communication from Mary Piehler to Brian McArdle, Ted DiSalvo<br><br>DEFS00784 – DEFS00785 | | | | |
| 493 | | 6/10/2015 | Email communication from Leigh Ramsden to Mary Piehler with Teena Mola and Todd Awtry cc'd<br><br>DEFS08788 – DEFS08791 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 494 | | 6/18/2015 | Email communication from Thomas Kenny to Geoff Haydon | | | | |
| 495 | | 6/22/2015 | Email communication from Todd Awtry to Mary Piehler<br><br>P000839 – P000840 | | | | |
| 496 | 54 | 6/25/2015 | Email communication from Geoff Haydon to Todd Awtry, Thomas Kenny<br><br>DEFS07340 – DEFS07341 | | | | |
| 497 | | 6/26/2015 | Email communication with attachment from David Fallon to Yvonne Wu<br><br>DEFS06021 – DEFS06028 | | | | |
| 498 | | 6/26/2015 | Email communication with attachment from Jermaine Maldonado to Todd Awtry<br><br>DEFS10815 – DEFS10822 | | | | |
| 499 | | 6/29/2015 | Email communication from Mary Piehler to Clinton Crawford<br><br>P002215 – P002216 | | | | |
| 500 | 119 | 7/17/2015 | Email communication from Todd Awtry to Amy Rathbun | | | | |
| 501 | | 7/28/2015 | Email communication from Daniel Potter to Mary Piehler<br><br>DEFS00755 – DEFS00758 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 502 | 26 | 10/6/2015 | Email communication from noreply@candidates.workablemail.com to Mary Piehler<br><br>P000629 – P000630 | | | | |
| 503 | 29 | 10/6/2015 | Letter from Mary Piehler to Hiring Manager at Cylance re position of VP of Sales – Eastern Region<br><br>P000429 | | | | |
| 504 | 30 | 10/8/2015 | Email communication from hit-reply@linkedin.com to Mary Piehler<br><br>P000691 | | | | |
| 505 | 110 | 11/6/2015 | Email communication from Amy Rathbun to Geoff Haydon | | | | |
| 506 | 27 | 6/10/2016 | Letter from Mary Piehler to Hiring Manager for NRG Recruiter Re application for position of Regional VP of Sales-East<br><br>P000375 | | | | |
| 507 | 28 | 6/30/2016 | Letter from Mary Piehler to Mr. Downs at MuleSoft Re application for position of Regional Sales Director, East Region<br><br>P000376 | | | | |
| 508 | 128 | 10/19/2016 | Email communication from Amy Rathbun to Scott Romig with Stephen Fisk cc'd | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 509 | 123 | 5/9/2019 | Email communication from Amy Rathbun to Jon Ferris<br><br>AR000038 – AR000041 | | | | |
| 510 | | 8/15/2011 | FY11 Annual Review for Mary Piehler<br><br>DEFS00088 – DEFS00096 | | | | |
| 511 | | 9/7/2012 | FY12 Annual Review for Mary Piehler<br><br>DEFS00102 – DEFS00107 | | | | |
| 512 | 62 | 8/23/2013 | Mary Piehler Performance Review for Review Period July 1, 2012 – June 30, 2013<br><br>DEFS00117 – DEFS00124 | | | | |
| 513 | 63 | 1/22/2014 | Mary Piehler Performance Review for Review Period July 1, 2013 – December 31, 2013<br><br>DEFS00125 – DEFS00133 | | | | |
| 514 | 64 | 8/6/2014 | Mary Piehler Performance Review for Review Period January 1, 2014 – June 30, 2014<br><br>DEFS00137 – DEFS00146 | | | | |
| 515 | 65 | 8/8/2014 | Mary Piehler letter disagreeing with rating regarding FY14 Annual Review<br><br>DEFS00147 – DEFS000151 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 516 | 66 | 2/5/2015 | Mary Piehler Semi-Annual Performance Review for Review Period July 1, 2014 – December 31, 2014 DEFS00152–DEFS00161 | | | | |
| 517 | | 8/15/2011 | FY11 Annual Review for David Armstrong DEFS00627 – DEFS00635 | | | | |
| 518 | | 9/7/2012 | FY12 Annual Review for David Armstrong DEFS08345 – DEFS08350 | | | | |
| 519 | | 8/23/2013 | David Armstrong Performance Review for the Review Period July 1, 2012 – June 30, 2013 DEFS08351 – DEFS08356 | | | | |
| 520 | | 1/17/2014 | David Armstrong Performance Review for the Review Period July 1, 2013 – December 31, 2013 DEFS08358 – DEFS08366 | | | | |
| 521 | | 8/6/2014 | David Armstrong Performance Review for the Review Period January 1, 2014 – June 30, 2014 DEFS08367 – DEFS08375 | | | | |
| 522 | | 9/7/2012 | FY12 Annual Review for Amy Rathbun DEFS08202 – DEFS08206 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 523 | | 8/23/2013 | Amy Rathbun Performance Review for the Review Period July 1, 2012 – June 30, 2013<br><br>DEFS08207 – DEFS08212 | | | | |
| 524 | | 1/17/2014 | Amy Rathbun Performance Review for the Review Period July 1, 2013 – December 31, 2013<br><br>DEFS08221 – DEFS08228 | | | | |
| 525 | | 8/12/2014 | Amy Rathbun Performance Review for the Review Period January 1, 2014 – June 30, 2014<br><br>DEFS08229 – DEFS08237 | | | | |
| 526 | | 2/5/2015 | Amy Rathbun Performance Review for the Review Period July 1, 2014 – December 31, 2014<br><br>DEFS08241 – DEFS08249 | | | | |
| 527 | | 7/1/2015 | Amy Rathbun Performance Review for the Review Period January 1, 2015 – June 30, 2015<br><br>DEFS08253 – DEFS08261 | | | | |
| 528 | | 8/15/2011 | FY11 Annual Review for Art Robinson<br><br>DEFS08271 – DEFS08280 | | | | |
| 529 | | 9/7/2012 | FY12 Annual Review for Art Robinson<br><br>DEFS08286 – DEFS08291 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 530 | | 8/23/2013 | Art Robinson Performance Review for the Review Period July 1, 2012 – June 30, 2013<br>DEFS08292 – DEFS08296 | | | | |
| 531 | | 1/14/2014 | Art Robinson Performance Review for the Review Period July 1, 2013 – December 31, 2013<br>DEFS08303 – DEFS08311 | | | | |
| 532 | | 8/15/2014 | Art Robinson Performance Review for the Review Period January 1, 2014 – June 30, 2014<br>DEFS08312 – DEFS08320 | | | | |
| 533 | | 2/4/2015 | Art Robinson Performance Review for the Review Period July 1, 2014 – December 31, 2014<br>DEFS08322 – DEFS08330 | | | | |
| 534 | | 8/10/2015 | Art Robinson Performance Review for the Review Period January 1, 2015 – June 30, 2015<br>DEFS08332 – DEFS08340 | | | | |
| 535 | | 8/15/2011 | FY11 Annual Review for Warren Young<br>DEFS08539 – DEFS08552 | | | | |
| 536 | | 9/7/2012 | FY12 Annual Review for Warren Young<br>DEFS08555 – DEFS08559 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 537 | | 8/23/2013 | Warren Young Performance Review for the Review Period July 1, 2012 – June 30, 2013<br><br>DEFS08565 – DEFS08570 | | | | |
| 538 | | 1/14/2014 | Warren Young Performance Review for the Review Period July 1, 2013 – December 31, 2013<br><br>DEFS08571 – DEFS08578 | | | | |
| 539 | | 8/12/2014 | Warren Young Performance Review for the Review Period January 1, 2014 – June 30, 2014<br><br>DEFS08579 – DEFS08587 | | | | |
| 540 | | 2/5/2015 | Warren Young Performance Review for the Review Period July 1, 2014 – December 31, 2014<br><br>DEFS08588 – DEFS08596 | | | | |
| 541 | | 8/10/2015 | Warren Young Performance Review for the Review Period January 1, 2015 – June 30, 2015<br><br>DEFS09161 – DEFS09168 | | | | |
| 542 | | 2/28/2017 | Deposition Transcript of Christopher Covell | | | | |
| 543 | | 3/5/2018 | Deposition Transcript of Mary Van Brunt-Piehler taken for *Piehler v. Absolute Software* | | | | |
| 544 | | 3/21/2019 | Deposition Transcript of Thomas Kenny | | | | |
| 545 | | 3/22/2019 | Deposition Transcript of Geoff Haydon | | | | |
| 546 | | 4/5/2019 | Deposition Transcript of Todd Awtry | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 547 | | 5/8/2019 | Deposition Transcript of Daniel Berardo | | | | |
| 548 | | 5/9/2019 | Deposition Transcript of Errol Olsen | | | | |
| 549 | | 6/6/2019 | Deposition Transcript of Amy Rathbun | | | | |
| 550 | | 5/31/2019 | Deposition Transcript of Art Robinson | | | | |
| 551 | | 9/10/2019 | Deposition Transcript of Todd Awtry | | | | |
| 552 | | 9/18/2019 | Deposition Transcript of Daniel Berardo | | | | |
| 553 | | 6/7/2021 | Deposition Transcript of Paul F. White, Ph.D. | | | | |
| 554 | | 3/1/2021 | Employability Report of Mary Van Brunt-Piehler Prepared by Rona E. Wexler | | | | |
| 555 | | | Occupational Employment Statistics, May 2016, Bureau of Labor Statistics | | | | |
| 556 | | 5/24/2018 | Geographic Profile of Employment and Unemployment, 2015, Bureau of Labor Statistics, Table 26 | | | | |
| 557 | | 4/26/2021 | Bureau of Labor Statistics, U.S. Department of Labor, Occupational Outlook Handbook, Sales Engineers, at https://www.bls.gov/ooh/sales/sales-engineers.htm | | | | |
| 558 | | N/A | Business Software and Services Market Size, Share & Trends Analysis Report By Software, By Service, By Deployment, By End-use, By Enterprise Size, By Region, and Segment Forecasts, 2021 – 2028, Published April 2021 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 559 | | 6/7/2019 | U.S. Tech Unemployment Rate at Record Low, CompTIA Analysis Reveals, www.prnewswire.com | | | | |
| 560 | | 5/2/2017 | Tech's Unemployment Rate Held Level in Q1, www.dice.com | | | | |
| 561 | | N/A | IRS Form W-2s of Joseph Morini for 2015-2017<br><br>DEFS08150; DEFS10889; DEFS10896 – DEFS10897 | | | | |
| 562 | | 7/2/2015 | Employment Offer Letter and Non-Disclosure Agreement to Joseph Morini<br><br>DEFS00006 – DEFS000010 | | | | |
| 563 | | N/A | Paystubs of Joseph Morini<br><br>DEFS10762 – DEFS10769; DEFS10919 – DEFS10925 | | | | |
| 564 | | 8/23/2016 | Letter from Geoff Haydon to Joseph Morini reflecting a single restricted stock grant of 1,750 units<br><br>DEFS10126 | | | | |
| 565 | | N/A | IRS Form W-2s of Kurt Luporini for 2015–2016<br><br>DEFS08149; DEFS10888 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 566 | | 3/18/2015 | Employment Offer Letter and Non-Disclosure Agreement to Kurt Luporini<br><br>DEFS01699 – DEFS01702 | | | | |
| 567 | | N/A | Paystubs of Kurt Luporini | | | | |
| 568 | | 10/4/2016 | Separation and Release Agreement of Kurt Luporini<br><br>DEFS09646 – DEFS09651 | | | | |
| 569 | | N/A | IRS Form W-2s of Randall Dye for 2015-2016<br><br>DEFS08146; DEFS10871 | | | | |
| 570 | | N/A | Paystubs of Randall Dye | | | | |
| 571 | | 4/3/2015 | Employment Offer Letter and Non-Disclosure Agreement to Randall Dye<br><br>DEFS01692 – DEFS01695 | | | | |
| 572 | | 7/6/2016 | Letter with Separation and Release Agreement of Randall Dye<br><br>DEFS10131 – DEFS10147 | | | | |
| 573 | | 8/26/2016 | Lenovo Employment Offer Letter to Mary Piehler<br><br>LENOVO-ABSOLUTE00153 – LENOVO-ABSOLUTE00154 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 574 | | N/A | Lenovo IRS Form W-2s of Mary Piehler for 2016-2017<br>LENOVO-ABSOLUTE00207 – LENOVO-ABSOLUTE00210 | | | | |
| 575 | | 10/7/2011 | Compensation Review Letter with additional documents to Mary Piehler<br>DEFS00097 – DEFS00101 | | | | |
| 576 | | | Final Lenovo Paystub of Mary Piehler<br>LENOVO-ABSOLUTE00206 | | | | |
| 577 | | N/A | The Markov Model of Labor Force Activity 2012-2017 – Extended Tables of Central Tendency Shape Percentile Points and Bootstrap Standard Errors, Gary R. Skoog, James E. Ciecka, and Kurt V. Krueger, 2019 | | | | |
| 578 | | 10/12/2010 | Employment Offer Letter with Non-Disclosure Agreement to Mary Piehler<br>DEFS00068 – DEFS00071 | | | | |
| 579 | | 3/1/2021 | Expert Report of Steven J. Shapiro, Ph.D. | | | | |
| 580 | | 8/22/2016 | FY16 Annual Merit Review for Joseph Morini<br>DEFS10123 | | | | |
| 581 | | | The Employment Cost Index obtained from U.S. Department of Labor, Bureau of Labor Statistics, https://data.bls.gov/PDQWeb/ci | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 582 | | | 2014 W-2s for Mary Piehler<br><br>DEFS08155 | | | | |
| 583 | | 12/31/2014 | Pay Statement for Mary Piehler<br><br>P000152 | | | | |
| 584 | | N/A | Solium Capital Report – Statement Period 6/1/2015 – 8/19/2015<br><br>P002209 – P002210 | | | | |
| 585 | | N/A | Solium Capital Report – Statement Period 11/4/2010-07/06/2015<br><br>DEFS05598 – DEFS05600 | | | | |
| 586 | | | Form 1099 issued to Mary Piehler by Gerson Lehrman Group in 2019 | | | | |
| 587 | 126 | 9/16/2015 | Written Warning Letter from Todd Awtry to Amy Rathbun | | | | |
| 588 | | N/A | Commission Statements of Mary Piehler<br><br>DEFS07777; DEFS07776; DEFS07796 – DEFS007798; DEFS07795; DEFS07821; DEFS07818 – DEFS07820; DEFS07845; DEFS07843 – DEFS07844; DEFS07867; DEFS07865 – DEFS07866; DEFS07888; DEFS07886 – DEFS07887; DEFS07906; DEFS07904 – DEFS07905; DEFS07924; DEFS07922 – DEFS07923; DEFS07942; DEFS07940 – DEFS07941; DEFS07960; DEFS07958 – DEFS07959; DEFS07978; DEFS07976 – DEFS07977; DEFS07996; DEFS07994 – DEFS07995; DEFS08014; DEFS08012 – DEFS08013; DEFS08028 – DEFS08029; DEFS08027; DEFS08050; DEFS08048 – DEFS08049; DEFS08065 – DEFS08067; DEFS08088; DEFS08086 – DEFS08087; DEFS08100 – DEFS08101; DEFS08099; DEFS08122; DEFS08120 – DEFS08121 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 589 | | N/A | **Commission Statements of David Armstrong** <br><br> DEFS08735; DEFS08741; DEFS08748; DEFS08754; DEFS08759; DEFS08764; DEFS07760; DEFS07758 – DEFS07759; DEFS07775; DEFS07773 – DEFS07774; DEFS07793; DEFS07792; DEFS07794; DEFS07817; DEFS07814 – DEFS07816; DEFS07842; DEFS07841; DEFS07840; DEFS07864; DEFS07863; DEFS07859; DEFS07885; DEFS07883 – DEFS07884; DEFS07903; DEFS07901 – DEFS07902; DEFS07921; DEFS07919 – DEFS07920; DEFS07939; DEFS07937 – DEFS07938; DEFS07957; DEFS07955 – DEFS07956; DEFS07975; DEFS07973 – DEFS07974; DEFS07993; DEFS07991 – DEFS07992; DEFS08011; DEFS08009 – DEFS08010; DEFS08022 – DEFS08023; DEFS08021; DEFS08047; DEFS08045 – DEFS08046; DEFS08059 – DEFS08061; DEFS08085; DEFS08083 – DEFS08084; DEFS08095 | | | | |
| 590 | | N/A | **Commission Statements of Amy Rathbun** <br><br> DEFS08733; DEFS08739; DEFS08745; DEFS08752; DEFS08757; DEFS08762; DEFS07753; DEFS07751 – DEFS07752; DEFS07769; DEFS07767 – DEFS07768; DEFS07785 – DEFS07788; DEFS07784; DEFS07809; DEFS07806 – DEFS07808; DEFS07836; DEFS07834 – DEFS07835; DEFS07858; DEFS07856 – DEFS07857; DEFS07879; DEFS07877 – DEFS07878; DEFS07897; DEFS07895 – DEFS07896; DEFS07915; DEFS07913 – DEFS07914; DEFS07933; DEFS07931 – DEFS07932; DEFS07951; DEFS07949 – DEFS07950; DEFS07969; DEFS07967 – DEFS07968; DEFS07987; DEFS07985 – DEFS07986; DEFS08005; DEFS08003 – DEFS08004; DEFS08031 – DEFS08032; DEFS08030; DEFS08041; DEFS08039 – DEFS08040; DEFS08068 – DEFS08070; DEFS08079; DEFS08077 – DEFS08078; DEFS08103 – DEFS08104; DEFS08102; DEFS08113; DEFS08111 – DEFS08112; DEFS09287; DEFS09245; DEFS09254; DEFS09297 | | | | |
| 591 | | N/A | **Commission Statements of Art Robinson** <br><br> DEFS08734; DEFS08740; DEFS08747; DEFS08746; DEFS08753; DEFS08758; DEFS08763; DEFS07757; DEFS07754 – DEFS07756; DEFS07772; DEFS07770 – DEFS07771; DEFS07789 – DEFS07791; DEFS07813; DEFS07810 – DEFS07812; DEFS07839; DEFS07837 – DEFS07838; DEFS07862; DEFS07860 – DEFS07861; DEFS07882; DEFS07880 – DEFS07881; DEFS07900; DEFS07898 – DEFS07899; DEFS07918; DEFS07916 – DEFS07917; DEFS07936; DEFS07934 – DEFS07935; DEFS07954; DEFS07952 – DEFS07953; DEFS07972; DEFS07970 – DEFS07971; DEFS07990; DEFS07988 – DEFS07989; DEFS08008; DEFS08006 – DEFS08007; DEFS08034 – DEFS08035; DEFS08033; DEFS08044; DEFS08042 – DEFS08043; DEFS08071 – DEFS08073; DEFS08082; DEFS08080 – DEFS08081; DEFS08106 – DEFS08107; DEFS08105; DEFS08116; DEFS08114 – DEFS08115; DEFS09873 – DEFS09909 | | | | |
| 592 | | N/A | **Commission Statements of Warren Young** <br><br> DEFS08737; DEFS08743; DEFS08751; DEFS08750; DEFS08756; DEFS08761; DEFS08766; DEFS07766; DEFS07764 – DEFS07765; DEFS07783; DEFS07781 – DEFS07782; DEFS07803 – DEFS07805; DEFS07802; DEFS07833; DEFS07830 – DEFS07832; DEFS07855; DEFS07853 – DEFS07854; DEFS07876; DEFS07874 – DEFS07875; DEFS07894; DEFS07892 – DEFS07893; DEFS07912; DEFS07910 – DEFS07911; DEFS07930; DEFS07928 – DEFS07929; DEFS07948; DEFS07946 – DEFS07947; DEFS07966; DEFS07964 – DEFS07965; DEFS07984; DEFS07982 – DEFS07983; DEFS08002; DEFS08000 – DEFS08001; DEFS08020; DEFS08018 – DEFS08019; DEFS08037 – DEFS08038; DEFS08036; DEFS08058; DEFS08056 – DEFS08057; DEFS08076; DEFS08094; DEFS08092 – DEFS08093; DEFS08109 – DEFS08110; DEFS08108; DEFS08134; DEFS08132 – DEFS08133; DEFS09936 – DEFS09956; DEFS09935; DEFS09957 – DEFS09969 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 593 | | N/A | Paystubs of Mary Piehler<br><br>DEFS10770 – DEFS10784 | | | | |
| 594 | | N/A | Paystubs of David Armstrong | | | | |
| 595 | | N/A | Paystubs of Amy Rathbun | | | | |
| 596 | | N/A | Paystubs of Art Robinson | | | | |
| 597 | | N/A | Paystubs of Warren Young<br><br>DEFS10725 – DEFS10761; DEFS10940 – DEFS10958 | | | | |
| 598 | 41 | 10/7/2011 | Letter from John Livingston, John Sarantakes to Mary Piehler Re compensation review<br><br>DEFS00085 – DEFS00087 | | | | |
| 599 | 107 | N/A | Mary Piehler Compensation Letters<br><br>DEFS00030; DEFS00028 – DEFS00029; DEFS00022 – DEFS00027; DEFS00031;DEFS00038; DEFS00805;DEFS00039 – DEFS00041; DEFS01002 | | | | |
| 600 | | N/A | Compensation and/or Promotion Letters for David Armstrong<br><br>DEFS09466 – DEFS09467; DEFS08343; DEFS08341; DEFS08357 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 601 | | N/A | Compensation and/or Promotion Letters for Amy Rathbun<br><br>DEFS09535 – DEFS09536; DEFS08190 – DEFS08191; DEFS08201; DEFS08219; DEFS08238; DEFS09154; DEFS10149 | | | | |
| 602 | 120 | 10/1/2015 | Compensation letter to Amy Rathbun<br><br>DEFS09154 | | | | |
| 603 | | N/A | Compensation and/or Promotion Letters for Art Robinson<br><br>DEFS09405 – DEFS09407; DEFS09431 – DEFS09432; DEFS08281; DEFS08302; DEFS08321; DEFS09158 – DEFS09159; DEFS10124; DEFS10072 | | | | |
| 604 | | N/A | Compensation and/or Promotion Letters for Warren Young<br><br>DEFS09492; DEFS09506 – DEFS09507; DEFS09497 – DEFS09502; DEFS09511; DEFS08532 – DEFS08534; DEFS08554; DEFS08560; DEFS09171; DEFS10155; DEFS09813 | | | | |
| 605 | 33 | 8/26/2016 | Offer of employment letter from Robyn Richardson at Lenovo to Mary Piehler<br><br>P001785 – P001786 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 606 | 40 | 3/23/2015 | Offer of employment letter from Thomas Kenny, Leigh Ramsden to Kurt R. Luporini<br>DEFS00046 – DEFS00047 | | | | |
| 607 | 42 | 4/3/2015 | Offer of employment letter Thomas Kenny, Leigh Ramsden, to Randall (Randy) V. Dye<br>DEFS00042 – DEFS00043 | | | | |
| 608 | 47 | 7/2/2015 | Offer of employment letter from Thomas Kenny, Leigh Ramsden to Joe Morini<br>DEFS09142 – DEFS09143 | | | | |
| 609 | | 10/31/2008 | Offer of employment letter for David Armstrong<br>DEFS09474 – DEFS09475 | | | | |
| 610 | | 7/2/2007 | Offer of employment for Amy Rathbun<br>DEFS09521 | | | | |
| 611 | | 9/9/1998 | Offer of employment for Art Robinson<br>DEFS09354 – DEFS09355 | | | | |
| 612 | | 1/8/2015 | Resignation Notice and Letter of Acceptance for David Armstrong<br>DEFS08387 – DEFS08389 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 613 | | 3/9/2017; 3/14/2017 | Letter of Acceptance of Resignation Notice and Separation and Release Agreement for Amy Rathbun<br><br>DEFS10091 – DEFS10100; DEFS10074 – DEFS10078 | | | | |
| 614 | | 6/4/2015 | Letter to Kurt Luporini regarding Commission Guarantee Period<br><br>DEFS00050; DEFS10127 | | | | |
| 615 | | N/A | IRS Form W-2s of Mary Piehler for 2016<br><br>P001787 | | | | |
| 616 | | 10/6/2017 | Joseph Morini Termination Letter with Separation and Release Agreement<br><br>DEFS10102 – DEFS10116 | | | | |
| 617 | | N/A | IRS Form W-2s of Mary Piehler from Lenovo for 2017<br><br>P002223 | | | | |
| 618 | | 3/09/2018 | Subpoena to Lenovo US | | | | |
| 619 | | 4/05/2018 | Letter from Womble Bond Dickinson to Laura Lestrade with Attached Excerpt from Document Production | | | | |
| 620 | | 1/11/2013 | 2013 Absolute Organization Chart<br><br>DEFS07101 – DEFS07152 | | | | |

| Exhibit No. | Depo. Exhibit No. | Date | Exhibit Description | Marked for Identification | Admitted Into Evidence | Remarks | Witness |
|---|---|---|---|---|---|---|---|
| 621 | | February 2015 | 2015 Absolute Organization Chart DEFS02955 – DEFS02964 | | | | |
| 622 | | N/A | Quota Attainment Comparison Between Mary Piehler and Art Robinson (FY2012-FY2015) | | | | |
| 623 | | N/A | Average Female RD vs. Average Male RD OTE (FY2012-FY2015) | | | | |
| 624 | | N/A | On Target Earnings Comparison for Mary Piehler, Art Robinson, David Armstrong, Warren Young (FY2012-FY2015) | | | | |
| 625 | | N/A | Performance Rating Comparison Between Mary Piehler and Art Robinson (FY2012-FY2015) | | | | |
| 626 | | N/A | Sales Revenue Comparison Between Mary Piehler and Art Robinson (FY2012-FY2015) | | | | |
| 627 | | N/A | Absolute Sales Employee Demographics Chart | | | | |
| 628 | | 7/1/2013 | Absolute Employee Demographics DEFS09667 – DEFS09671 | | | | |
| 629 | | 7/1/2014 | Absolute Employee Demographics DEFS09681 – DEFS09685 | | | | |
| 630 | | 7/1/2015 | Absolute Employee Demographics DEFS09694 – DEFS09697 | | | | |
| 631 | | 7/1/2016 | Absolute Employee Demographics DEFS09706 – DEFS09710 | | | | |

**PLEASE TAKE NOTICE** that Defendants reserve the right to supplement this Trial Exhibit List as necessary and as required, up to the date of trial.

Dated:  July 12, 2021       DORSEY & WHITNEY LLP


By: */s/ Laura M. Lestrade*
   Laura M. Lestrade
   Mark S. Sullivan
   Joshua R. Kornfield

Attorneys for Defendants
51 West 52nd Street
New York, New York 10019-6119
Telephone:  (212) 415-9200