UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY VAN BRUNT-PIEHLER,<br><br>         Plaintiff,<br><br>      v.<br><br>ABSOLUTE SOFTWARE, INC., ABSOLUTE SOFTWARE CORPORATION, GEOFF HAYDON, THOMAS KENNY and TODD AWTRY,<br><br>         Defendants. | Index No. 16-cv-6313(EAW) (MWP) |

**DEFENDANTS' DEPOSITION DESIGNATIONS**

                   **DORSEY & WHITNEY LLP**
                   51 West 52nd Street
                   New York, New York 10019
                   (212) 4159200

## Defendants' Deposition Designations

### 1. Covell, Christopher

| PAGE:LINE DESIGNATIONS |
| --- |
| 12:7-22 |
| 14:19-15:14 |
| 16:11-19 |

### 2. Berardo, Daniel

*Volume 1, dated May 8, 2019*

| PAGE:LINE DESIGNATIONS | PAGE:LINE DESIGNATIONS |
| --- | --- |
| 19:11-20:13 | 172:16-173:13 |
| 23:22-25:9 | 181:4-182:8 |
| 26:6-27:3 | 184:5-23 |
| 28:6-30:3 | 232:4-17 |
| 63:20-64:15 | 258:19-262:5 |
| 65:19-23 | 264:5-267:21 |
| 76:11-20 | 267:7-270:5 |
| 78:7-13 | 294:4-295:2 |
| 79:5-16 | 328:13-329:25 |
| 93:7-94:20 | 330:3-14 |
| 124:4-23 | 331:9-332:23 |
| 129:23-130:9 | 332:24-333:10 |
| 130:19-131:17 | 333:22-334:10 |
| 133:10-134:5 | 334:11-335:5 |
| 144:18-145:24 | 338:9-339:5 |
| 158:5-15 | 339:7-14 |
| 165:23-166:10 | 339:22-340:15 |
| 171:19-172:10 | 341:7-342:3 |

3. **Piehler, Mary**

| PAGE:LINE DESIGNATIONS | PAGE:LINE DESIGNATIONS |
|---|---|
| 16:3-24 | 162:10-14 |
| 18:7-16 | 162:22-163:18 |
| 28:24-29:13 | 164:17-165:25 |
| 47:12-49:3 | 171:23-206:18 |
| 88:8-90:14 | 178:11-179:16 |
| 91:18-92:2 | 204:16-25 |
| 92:20-99:22 | 205:2-206:18 |
| 105:15-106:6 | 208:25-211:3 |
| 106:16-108:17 | 216:22-217:9 |
| 115:21-116:21 | 224:19-225:9 |
| 117:10-21 | 228:22-229:21 |
| 119:23-121:13 | 233:11-15 |
| 125:20-126:17 | 235:6-236:17 |
| 126:24-127:21 | 236:6-17 |
| 128:5-129:11 | 237:13-20 |
| 130:4-131:15 | 237:22-238:15 |
| 133:14-134:25 | 239:4- 240:11 |
| 137:8-139:4 | 240:19-241:14 |
| 142:3-143:22 | 242:15-243:20 |
| 145:14-146:23 | 245:4-248:9 |
| 147:12-149:25 | 249:10-250:13 |
| 152:23-153:7 | 251:10-20 |
| 153:23-154:5 | 260:11-24 |
| 154:20-155:12 | 268:5-269:8 |
| 156:12-18 | 281:13-282:9 |
| 158:4-159:21 | 282:10-25 |
| 159:22-160:6 | 285:25-287:7 |
| 161:7-162:9 | 288:14-290:7 |
| 291:3-292:7 | 306:12-308:20 |

| |
|---|
| 311:19-312:23 |
| 314:12-25 |
| 315:5-23 |
| 315:24-316:5 |
| 333:22-334:2 |

### 4. Rathbun, Amy

| PAGE:LINE DESIGNATIONS | PAGE:LINE DESIGNATIONS |
|---|---|
| 10:9-15 | 268:8-13 |
| 15:25-16:17 | 268:16-18 |
| 17:7-18:22 | 270:2-271:23 |
| 19:1-20:5 | 272:24-273:14 |
| 25:9-27:6 | 273:15-275:15 |
| 27:22-28:8 | 277:4-278:8 |
| 45:7-46:4 | 278:18-279:17 |
| 48:24-50:10 | 279:18-283:5 |
| 57:2-13 | 283:6-284:1 |
| 88:13-89:1 | 284:14-287:25 |
| 112:17-113:1 | 289:14-24 |
| 115:2-15 | 290:21-291:24 |
| 121:15-122:15 | 291:25-292:6 |
| 134:19-135:10 | 293:11-17 |
| 135:11-136:4 | 294:4-22 |
| 141:23-24 | 295:14-298:21 |
| 198:4-199:1 | 298:22-299:1 |
| 223:20-224:3 | 300:7-301:25 |
| 228:6-229:14 | 307:15-308:22 |
| 229:15-230:9 | 310:8-12 |
| 230:10-231:9 | 311:11-312:7 |
| 232:2-233:9 | 313:4-316:5 |
| 233:24-234:14 | 317:2-322:6 |
| 234:15-237:11 | 328:4-23 |
| 237:12-242:20 | 328:25-330:13 |
| 243:8-11 | 333:12-14 |
| 244:3-13 | 333:16-335:4 |
| 247:25-248:6 | 336:10-16 |
| 248:9-251:3 | 339:2-6 |
| 251:4-252:8 | 340:15-342:4 |
| 252:15-257:15 | |
| 258:8-261:3 | |
| 263:5-267:21 | |

**PLEASE TAKE NOTICE** that Defendants reserve the right to supplement these Deposition Designations as necessary and as required, up to the date of trial.

Dated:  July 12, 2021

DORSEY & WHITNEY LLP

By: */s/ Laura M. Lestrade*
    Laura M. Lestrade
    Mark S. Sullivan
    Joshua R. Kornfield

Attorneys for Defendants
51 West 52nd Street
New York, New York 10019-6119
Telephone:  (212) 415-9200