UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY VAN BRUNT-PIEHLER,<br><br>          *Plaintiff,*<br><br> v.<br><br>ABSOLUTE SOFTWARE, INC., ABSOLUTE SOFTWARE CORPORATION, GEOFF HAYDON, THOMAS KENNY, and TODD AWTRY,<br><br>          *Defendants.* | Civil Action No.<br>16-cv-6313 |

**PLAINTIFF'S STATEMENT OF CLAIMS TO BE PURSUED AT TRIAL**

                       THOMAS & SOLOMON LLP
                        *Attorneys for Plaintiffs*
                       693 East Avenue
                       Rochester, New York 14607
                       Telephone: (585) 272-0540

Of Counsel: J. Nelson Thomas
        Jonathan W. Ferris

Plaintiff intends to pursue the following claims at trial:

1. Sex discrimination in violation of Title VII, as alleged in the First Cause of Action of Plaintiff's Amended Complaint;

2. Age discrimination in violation of Age Discrimination in Employment Act, as alleged in the Second Cause of Action of Plaintiff's Complaint;

3. Unequal pay in violation of the Equal Pay Act; as alleged in the Third Cause of Action in Plaintiff's Amended Complaint;

4. Age and gender discrimination in violation of the New York State Human Rights Law; as alleged in the Sixth Cause of Action in Plaintiff's Amended Complaint;

5. Retaliation on the basis of gender in violation of the NYSHRL; as alleged in the Seventh Cause of Action in Plaintiff's Amended Complaint; and

6. Aiding and abetting discrimination and retaliation in violation of the NYSHRL, as alleged in the Eighth Cause of Action in Plaintiff's Amended Complaint.

Dated: July 12, 2021

                                              **THOMAS & SOLOMON LLP**

                              By:    s/ Jonathan W. Ferris

                                              J. Nelson Thomas, Esq.
                                              Jonathan W. Ferris, Esq.
                                              *Attorneys for Plaintiffs*
                                              693 East Avenue
                                              Rochester, New York 14607
                                              Telephone: (585) 272-0540
                                              nthomas@theemploymentattorneys.com
                                              jferris@theemploymentattorneys.com