UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARY VAN BRUNT-PIEHLER,

                              *Plaintiff*,

v.

**Civil Action No.**
**16-cv-6313**

ABSOLUTE SOFTWARE, INC., ABSOLUTE SOFTWARE CORPORATION, GEOFF HAYDON, THOMAS KENNY, and TODD AWTRY,

                              *Defendants*.

## STATEMENT OF PLAINTIFF'S DAMAGES

 

**THOMAS & SOLOMON LLP**
 *Attorneys for Plaintiff*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540

Of Counsel:   J. Nelson Thomas
                      Jonathan Ferris

## PLAINTIFF'S DAMAGES

Plaintiff seeks all damages to which she is entitled to under law including, front pay, back pay, compensatory, interest, liquidated, and punitive damages. Plaintiff is also seeking an order of reinstatement, interest, and attorneys' fees and costs. Detailed information regarding plaintiff's calculation of the damages is provided in the Expert Report of Dr. Steven Shapiro which is being contemporaneously identified as a trial exhibit.

Further, plaintiff is seeking tax neutralization due to the negative tax consequences she will experience for receiving back and front pay in a lump sum. *See O'Neill v. Sears, Roebuck & Co.*, 108 F.Supp.2d 443, 446 – 47 (E.D. Pa. 2000).

Dated: July 13, 2021

                                                         **THOMAS & SOLOMON LLP**

                        By:    s/ Jonathan W. Ferris
                                J. Nelson Thomas, Esq.
                                Jonathan W. Ferris, Esq.
                                *Attorneys for Plaintiff*
                                693 East Avenue
                                Rochester, New York 14607
                                Telephone: (585) 272-0540
                                nthomas@theemploymentattorneys.com
                                jferris@theemploymentattorneys.com