**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

MARY VAN BRUNT-PIEHLER,

*Plaintiff,*

*v.*

ABSOLUTE SOFTWARE, INC., ABSOLUTE
SOFTWARE CORPORATION, GEOFF HAYDON,
THOMAS KENNY, and TODD AWTRY,

*Defendants.*

Civil Action No.
16-CV-6313-EAW-MWP


**PLAINTIFF'S LIST OF DEPOSITION TESTIMONY**


**THOMAS & SOLOMON LLP**
 *Attorneys for Plaintiff*
693 East Avenue
Rochester, New York 14607
(585) 272-0540

Of Counsel:   J. Nelson Thomas
Jonathan W. Ferris

**DEPOSITION TESTIMONY**

Although plaintiff reserves the right to call the following defendants at trial, plaintiff identifies the following deposition testimony that may potentially be used in plaintiff's direct case.

1.      **Thomas Kenny – Deposed on March 21, 2019**

5:17 – 6:7; 7:3 – 7:11; 7:15 – 7:23; 8:12 – 9:4; 9:6 – 9:11; 10:24 – 24:8; 24:20 – 24:21; 24:24 – 25:17; 25:24 – 26:7; 26:20 – 26:25; 27:7 – 27:10; 27:14 – 27:15; 27:17 – 27:20; 27:24 – 30:18; 31:2 – 31:12; 31:16 – 32:7; 32:11 – 32:12; 32:14 – 32:15; 33:8 – 34:15; 35:21 – 35:24; 36:9 – 36:17; 36:22 – 37:6; 37:8 – 37:10; 37:13 – 37:20; 37:22 – 38:10; 38:12 – 39:12; 39:24 – 40:3; 40:5; 40:11 – 40:14; 40:16 – 40:19; 40:22 – 41:2; 41:5 – 41:11; 41:15 – 41:18; 41:20 – 41:25; 42:3 – 42:16; 42:18 – 42:21; 42:25 – 43:7; 43:11 – 43:18; 43:20 – 43:25; 44:6 – 44:9; 44:11 – 44:14; 44:16 – 44:21; 44:23; 45:3 – 45:4; 45:6 – 45:8; 45:12 – 45:15; 45:17; 46:5 – 46:8; 46:10 – 46:12; 46:14 – 47:6; 47:8 – 47:10; 47:13 – 47:15; 47:17 – 47:22; 47:24 – 48:12; 48:18 – 48:21; 48:23 – 49:2; 49:5 – 49:11; 49:13 – 49:22; 49:24 – 50:2; 50:4 – 50:7; 50:9 – 50:13; 50:15 – 50:22; 50:24 – 53:15; 53:17 – 53:23; 53:25 – 54:10; 54:16 – 55:21; 56:20 – 56:21; 56:23 – 58:7; 59:22 – 60:8; 76:22 – 76:25; 83:4 – 83:6; 83:8 – 83:11; 83:13 – 83:18; 83:20 – 83:24; 84:2 – 84:6; 84:8 – 84:21; 84:23 – 85:7; 86:18 – 86:23; 87:2 – 87:4; 87:6; 90:3 – 90:13; 90:15 – 90:17; 90:19 – 90:24; 91:2 – 91:3; 94:11 – 94:13; 94:15 – 95:6; 95:15 – 95:17; 95:19 – 96:3; 96:5 – 96:10; 96:12 – 96:19; 96:21 – 97:9; 97:11 – 97:14; 97:16 – 97:20; 97:22 – 97:24; 98:9; 98:17 – 99:3; 99:9 – 100:4; 100:13 – 100:16; 101:12 – 101:16; 101:20 – 104:25; 105:3 – 105:5; 105:18 – 105:22; 107:13 – 109:3; 109:25 – 110:4; 110:6 – 110:15; 110:17 – 112:18; 112:20 – 113:14; 113:16 – 113:20; 113:22 – 114:2; 114:4 – 114:8; 114:10 – 114:15; 114:17 – 114:20; 114:22 – 115:11; 115:13 – 116:11; 116:13 – 116:14; 117:3 – 118:13; 118:15 – 119:2; 119:4 – 119:16; 119:18 – 120:5; 120:7 – 121:3; 121:5 – 121:17; 121:19 – 121:22; 121:24 – 122:15; 123:2 – 123:5; 123:7 – 123:23; 123:25 – 124:6; 124:8 – 124:13; 124:15 – 125:6; 125:8 – 125:9; 125:11 – 125:25; 126:3 – 126:9; 126:11 – 126:17; 126:19 – 126:23; 126:25 – 127:6; 127:8 – 127:18; 127:20 – 131:2; 131:5 – 131:16; 131:18 – 131:22; 131:25 – 132:2; 132:4 – 132:13; 132:15 – 132:17; 132:19 – 133:3; 133:5 – 133:13; 133:15 – 133:21; 133:23 – 134:4; 134:6 – 134:19; 134:21 – 135:9; 135:11 – 135:24; 136:3 – 136:4; 136:6 – 136:16; 136:18 – 137:25; 138:3 – 138:12; 138:14 – 138:21; 139:20 – 140:4; 140:25 – 142:15; 142:17 – 142:18; 142:20 – 142:23; 143:2 – 143:7; 143:9 – 143:22; 145:7 – 145:24; 147:3 – 147:4; 147:6 – 147:9; 149:7 – 149:25; 152:3 – 153:3; 161:17 – 161:22; 161:24 – 162:18; 163:5 – 164:3; 164:8 – 164:12; 164:23 – 165:3; 165:5 – 165:19; 174:15 – 174:17; 174:19 – 175:20; 176:16 – 179:6; 179:8 – 183:5; 183:7 – 183:24; 184:2 – 184:23; 185:4 – 185:23; 186:19 – 188:22; 188:24 – 189:11; 189:13 – 191:12; 191:14 – 191:20; 191:22 – 192:24; 193:2 – 194:2; 194:7 – 195:6; 195:9 – 196:6; 196:8 – 197:3; 198:2 – 198:11; 198:13 – 200:2; 200:4 – 200:21; 200:23 – 201:22; 201:24 – 203:12; 203:14 – 204:14; 204:16 – 204:17; 204:19 – 204:20; 204:22 – 205:7; 205:9 – 206:10; 206:12 – 207:9; 207:11 – 207:21; 207:23 – 208:4; 208:6 – 208:8; 208:10 – 209:15; 209:17 – 209:20; 209:22 – 210:25; 211:3 – 211:14; 211:16 – 211:19; 211:21 – 215:21; 215:23 – 216:12; 216:14 – 216:16; 216:18 – 218:4; 218:6 – 220:12; 220:14 – 220:17; 220:19 – 221:9; 221:11 – 221:15; 221:17 – 222:2; 222:4 – 222:17; 222:19 – 223:19; 223:21

1

– 223:24; 224:2 – 224:19; 224:21 – 224:24; 225:2 – 225:6; 225:8 – 225:13; 225:15 – 225:23; 225:25 – 228:19; 228:21 – 229:7; 229:9 – 229:12; 229:24 – 230:11; 230:13 – 230:22; 230:24 – 231:3; 231:5 – 231:20; 231:22 – 231:25; 232:4 – 232:24; 233:2 – 234:24; 235:2 – 235:7; 235:9 – 235:15; 235:17 – 235:20; 235:22 – 236:6; 236:8 – 237:4; 237:6 – 237:21; 237:23 – 237:25; 238:3 – 238:6; 238:8 – 239:7; 239:9 – 239:15; 239:17 – 240:15; 240:16 – 240:19; 240:21; 243:3 – 243:6; 243:8 – 244:2.

2.      **Geoff Haydon – Deposed on March 22, 2019**

5:7 – 6:12; 6:14 – 6:23; 7:2 – 7:12; 8:4 – 8:18; 8:20 – 10:14; 10:16 – 10:18; 10:20 – 11:2; 11:4 – 11:9; 11:13 – 12:15; 12:20 – 12:21; 12:24 – 13:2; 13:5 – 13:15; 14:11 – 14:16; 14:18; 14:21 – 17:13; 17:15 – 17:17; 17:19 – 17:22; 19:11 – 20:17; 20:19 – 20:25; 21:3 – 21:17; 21:19 – 21:21; 21:25 – 22:4; 22:18 – 24:9; 24:11 – 24:13; 24:15 – 24:20; 24:23 – 25:5; 25:8 – 25:18; 25:20 – 25:23; 25:25; 26:6 – 26:13; 26:17 – 27:7; 27:21 – 30:15; 30:17 – 31:6; 31:8 – 31:12; 31:14 – 31:23; 32:2 – 32:5; 32:8 – 33:12; 33:14 – 34:6; 34:10 – 35:25; 36:3 – 37:10; 37:18 – 38:10; 38:12 – 39:20; 39:23 – 39:24; 40:2 – 40:8; 40:10 – 40:20; 40:22 – 41:2; 41:4 – 41:9; 41:11 – 41:16; 41:18 – 41:21; 41:23 – 41:25; 42:3 – 42:11; 42:13 – 44:13; 44:15 – 44:19; 44:21 – 45:5; 45:8 – 45:13; 45:15 – 46:11; 46:14 – 47:13; 47:15 – 48:4; 48:7 – 48:12; 48:14 – 51:19; 51:21 – 54:8; 54:10 – 56:4; 56:6 – 59:22; 59:24 – 61:14; 61:16 – 62:23; 62:25 – 63:8; 63:10 – 64:14; 64:16 – 65:9; 65:11 – 66:13; 66:15 – 66:25; 67:3 – 68:16; 68:18 – 71:20; 71:22 – 72:18.

3.      **Lyle Singular – Deposed on March 19, 2018**

5:7 – 5:12; 5:17 – 6:22; 13:21 – 13:24; 14:8 – 15:23; 16:5 – 16:12; 18:5 – 19:13; 27:6 – 27:19; 28:9 – 30:13; 38:9 – 39:4; 40:10 – 41:24.

4.      **Todd Awtry – Deposed on April 5, 2019**

6:11 – 7:25; 9:10 – 9:12; 9:18 – 9:24; 11:7 – 11:8; 11:10 – 12:4; 12:6 – 12:8; 12:10 – 12:13; 12:15 – 12:18; 12:20 – 12:23; 12:25 – 13:4; 13:6 – 14:3; 14:5 – 14:14; 14:16 – 14:21; 15:2 – 15:18; 15:20 – 15:25; 16:3 – 16:10; 16:12 – 18:3; 18:6 – 19:4; 19:6 – 19:10; 19:12 – 20:2; 20:4 – 21:14; 21:22 – 22:11; 22:13 – 22:16; 22:18 – 25:3; 25:25 – 35:9; 35:11 – 35:15; 35:17 – 35:19; 35:21 – 35:24; 36:2 – 36:7; 36:9 – 36:11; 36:13 – 37:2; 37:4 – 37:8; 37:10 – 37:22; 37:24 – 38:5; 38:7 – 40:8; 40:10 – 40:18; 40:20 – 41:2; 41:4 – 41:17; 41:20 – 41:24; 42:2 – 42:4; 42:6 – 42:12; 42:14 – 42:23; 42:25 – 43:20; 43:22 – 43:24; 44:2 – 44:5; 44:7 – 44:17; 44:19 – 46:24; 47:2 – 47:9; 47:11 – 47:15; 47:17 – 48:24; 49:5 – 50:7; 50:9 – 50:17; 50:19 – 52:3; 52:7 – 53:3; 53:6 – 53:20; 53:22 – 54:6; 54:8 – 54:14; 54:16 – 54:22; 54:24 – 55:6; 55:8 – 56:8; 56:10 – 56:12; 56:14 – 57:16; 57:18 – 58:10; 58:12 – 58:19; 58:21 – 59:4; 59:6 – 60:14; 60:16 – 61:16; 61:18 – 61:24; 62:2 – 62:23; 62:25 – 65:24; 66:2 – 66:6; 66:8 – 66:16; 66:23 – 67:18; 68:2 – 68:23; 68:25 – 70:22; 70:24 – 71:3; 71:5 – 71:8; 71:10 – 71:13; 71:15 – 71:20; 71:22 – 71:25; 72:3 – 72:13; 72:15 – 72:20; 72:22 – 73:2; 73:4 – 73:22; 73:24 – 74:3; 74:5 – 74:15; 74:17 – 74:25; 75:4 – 75:16; 75:18 – 76:6; 76:8 – 76:14; 76:16 – 77:18; 77:20 – 78:8; 78:10 – 79:11; 79:13 – 82:7; 82:9 – 84:22; 84:24 – 85:5; 85:7 – 85:11;

85:13 – 86:3; 86:5 – 86:17; 86:19 – 86:22; 86:24 – 87:2; 87:4 – 87:10; 87:12 – 88:8; 88:14 – 89:2; 89:5 – 90:12; 90:14 – 91:9; 91:11 – 91:12; 91:14 – 92:20; 92:22 – 94:4; 94:6 – 95:9; 95:11 – 95:15; 95:17 – 96:16; 96:18 – 97:19; 97:21 – 98:19; 98:21 – 98:25; 99:3 – 99:18; 99:20 – 100:3; 100:5 – 100:14; 100:16 – 101:2; 101:4 – 101:13; 101:15 – 101:20; 101:22 – 102:2; 102:4 – 103:3; 103:5 – 103:8; 103:10 – 103:16; 103:18 – 104:16; 104:19 – 105:5; 105:7 – 105:10; 105:12 – 105:16; 105:18 – 105:21; 105:23 – 106:17; 106:23 – 108:5; 108:7 – 108:22; 108:24 – 109:3; 109:5 – 109:23; 109:25 – 110:11; 110:13 – 110:20; 110:22 – 110:25; 111:3 – 111:13; 111:15 – 111:23; 111:25 – 112:15; 112:17 – 112:22; 112:24 – 113:4; 113:14 – 115:4; 115:6 – 115:14; 115:16 – 116:3; 116:5 – 116:10; 116:12 – 116:20; 116:22 – 117:10; 117:12 – 118:21; 118:23 – 119:13; 119:15 – 119:21; 119:24 – 120:5; 120:7; 121:3 – 121:6; 121:8 – 121:15; 121:17 – 121:20; 121:22 – 122:9; 122:11 – 122:16; 123:5 – 126:6; 126:8 – 126:12; 126:14 – 127:12; 127:14 – 128:7; 128:9 – 128:17; 128:19 – 129:11; 129:13 – 129:20; 129:22 – 130:2; 130:4 – 130:17; 130:19 – 130:21; 130:23 – 131:15; 131:17 – 131:25; 132:3 – 132:7; 132:9 – 132:13; 132:15 – 132:24; 134:13 – 134:17; 134:19 – 134:20; 134:22 – 135:2; 135:4 – 135:10; 135:12 – 135:25; 136:3 – 136:9; 136:11; 138:15 – 138:18; 138:20 – 138:23; 138:25 – 139:2; 140:20 – 142:2; 142:7 – 142:22; 142:24 – 143:6; 143:8 – 143:12; 143:14 – 143:17; 143:19 – 144:7; 144:9 – 144:25; 145:3 – 146:2; 146:4 – 146:9; 146:11 – 146:14; 146:16 – 147:4; 147:6 – 147:18; 147:20 – 148:4; 148:6 – 148:19; 148:21 – 149:7; 149:9 – 150:3; 150:5 – 151:25; 152:3 – 152:17; 152:19 – 153:4; 153:6 – 153:15; 153:17 – 153:19; 153:21 – 154:13; 154:15 – 155:10; 155:12 – 155:13; 155:15 – 155:19; 155:21 – 156:3; 156:5 – 156:8; 156:10 – 156:22; 156:24 – 157:5; 157:7 – 157:13; 157:15 – 157:17; 157:19 – 159:4; 159:6 – 160:14; 160:16 – 162:7; 162:9 – 165:15; 165:17 – 166:16; 166:18 – 166:23; 166:25 – 167:6; 167:12 – 167:21; 167:23 – 168:12; 168:14 – 168:19; 168:21 – 168:23; 168:25 – 169:4; 169:6 – 169:7; 169:9 – 169:14; 169:16 – 169:18; 169:20 – 170:2; 170:4 – 170:13; 170:15 – 170:22; 170:24 – 171:11; 171:13 – 171:25; 172:3 – 173:23; 173:25 – 174:16; 174:18 – 175:4; 175:6 – 175:11; 175:13 – 175:18; 175:20 – 175:23; 175:25; 176:16 – 177:6; 177:8 – 177:11; 177:13 – 177:14; 179:8 – 179:10; 179:12 – 179:18; 179:20 – 180:6; 180:8 – 180:15; 180:17 – 181:13; 181:15 – 182:4; 182:6 – 182:15; 182:17 – 182:23; 182:25 – 183:16; 183:18 – 183:21; 183:23 – 184:3; 184:5 – 184:10; 184:12 – 185:9; 185:11 – 186:23; 186:25 – 187:25; 188:3 – 188:18; 188:20 – 188:22; 188:24 – 189:5; 189:7 – 189:17; 189:19 – 190:12; 190:14 – 191:9; 191:11 – 192:9; 192:11 – 192:20; 192:22 – 193:6; 193:8 – 193:11; 193:13 – 194:19; 194:21 – 195:11; 195:13 – 195:25; 196:6 – 196:10; 196:12 – 196:15; 196:17; 196:21 – 197:8; 197:10 – 200:2; 200:4 – 200:9; 200:11 – 201:2; 201:4 – 201:7; 201:9 – 201:18; 201:20 – 202:4; 202:6 – 202:12; 202:14 – 202:19; 202:21 – 203:15; 203:17 – 203:24; 204:2 – 207:7; 207:9 – 207:11; 207:13 – 208:7; 208:9 – 208:19; 208:22 – 208:24; 209:3 – 209:20; 209:22 – 211:4; 211:6 – 211:7; 211:9 – 211:22; 211:24 – 212:6; 212:9 – 212:12; 212:14 – 212:19; 212:21 – 213:15; 213:17 – 213:19; 213:21 – 214:6; 214:8 – 214:14; 216:11 – 216:14; 216:16 – 216:22; 216:24 – 217:17; 217:19 – 218:6; 218:8 – 218:19; 218:21 – 218:22; 220:5 – 221:7; 221:10 – 221:12; 221:14 – 221:22; 221:24 – 222:7; 222:9 – 222:14; 222:16 – 222:23; 222:25 – 223:2; 223:4 – 223:23; 224:2 – 226:3; 226:5 – 226:15; 226:17 – 227:6; 227:8 – 227:24; 228:2 – 228:9; 228:11 – 228:21; 228:23 – 228:24; 229:2 – 230:4; 230:19 – 230:24; 231:2 – 231:5;

231:7 – 231:12; 231:14 – 231:18; 231:20 – 232:5; 232:7 – 232:23; 232:25 – 233:7; 233:9 –
233:16; 233:18 – 233:22; 234:7 – 235:18; 235:20 – 236:6; 236:12 – 236:15; 236:18 –
236:19; 236:21 – 237:2; 237:4 – 237:13; 237:15 – 237:23; 238:3 – 238:4; 238:6 – 238:11;
238:13 – 239:14; 239:16 – 240:22; 240:24 – 241:5; 241:7 – 241:12; 241:14 – 242:4; 242:6 –
242:12; 242:14 – 242:16; 242:18 – 242:25; 243:3 – 243:4; 243:6 – 244:12; 244:14 – 244:23;
244:25 – 245:10; 245:12 – 245:18; 245:20 – 246:2; 246:4 – 246:10; 246:12 – 246:17;
246:19 – 250:9; 250:11 – 251:14; 251:17 – 255:10; 255:12 – 255:17; 255:19 – 258:3; 258:5
– 261:4; 261:6 – 261:21; 261:23 – 262:6; 262:19 – 263:17; 263:19 – 264:11; 264:13 –
264:24; 265:12 – 267:6; 267:8 – 267:21; 267:23 – 270:4; 270:17 – 272:15; 273:8 – 274:15;
274:17 – 275:9; 275:13 – 275:15; 275:17 – 277:5; 277:7 – 279:9; 279:13 – 280:23; 280:25 –
281:17; 281:19 – 281:21; 281:23 – 282:9; 282:11 – 282:19; 282:21 – 283:6; 283:8 – 283:15;
283:18 – 283:21; 283:23 – 284:4; 284:6 – 284:9; 284:11 – 284:13; 284:15 – 284:17; 284:19
– 284:23; 284:25 – 285:12; 285:14 – 285:20; 285:22 – 285:25; 286:3 – 286:4; 286:6 –
286:12; 286:14 – 287:8; 287:11 – 288:2; 288:4 – 290:15; 290:17 – 294:25; 295:13 – 297:15;
297:17 – 298:7; 298:9 – 299:12; 299:14 – 299:19; 299:21 – 300:6; 300:8 – 300:17; 300:19 –
302:4; 302:6 – 304:21; 304:23 – 305:7; 305:9 – 305:18; 305:20 – 306:15; 306:17 – 306:20;
306:22 – 307:10; 307:12 – 307:17; 307:19 – 307:24; 308:2 – 308:12; 308:14 – 308:23;
308:25; 309:3 – 309:14; 309:16 – 310:7; 311:7 – 311:12; 311:14 – 312:24; 313:2 – 316:24;
317:2 – 319:3; 319:5 – 320:19; 320:21 – 321:6; 321:8 – 321:12; 321:14 – 322:20; 322:22 –
322:25; 323:3 – 323:9; 323:11 – 323:25; 324:3 – 324:19; 324:22 – 325:6; 325:8 – 325:13;
325:20 – 325:23; 325:25 – 330:24; 331:2 – 333:8; 334:8 – 334:25; 335:3 – 335:8; 335:10 –
336:7; 336:12 – 337:4; 337:6 – 337:21; 337:23 – 338:11; 338:13 – 339:7; 339:9 – 339:17;
339:19 – 339:21; 339:23 – 340:17; 340:19 – 341:4; 341:6 – 341:22; 341:25 – 342:9; 342:11
– 342:17; 342:19 – 343:6; 343:8 – 343:12; 343:14 – 343:17; 343:19 – 344:18; 344:20 –
345:10; 345:12 – 345:20; 345:22 – 346:2; 346:4 – 346:9; 346:11 – 346:17; 346:19 – 346:21;
346:23 – 347:4; 347:6 – 347:15; 347:17 – 347:18; 347:24 – 347:25; 348:3 – 348:17.


5.    **Todd Awtry – Deposed on September 10, 2019**

7:6 – 7:21; 8:1; 8:3 – 8:11; 9:2 – 9:10; 9:14 – 9:21; 14:12 – 15:9; 15:11 – 15:12; 22:16 –
22:22.

6.    **Errol Olsen – Deposed on May 9, 2019**

6:11 – 19:15; 20:2 – 24:7; 24:17 – 27:18; 27:23 – 36:4; 38:8 – 43:5; 48:3 – 52:2; 53:21 –
57:13; 58:2 – 69:12; 71:9 – 76:25; 77:14 – 96:2; 96:20 – 97:10; 98:3 – 114:12; 114:25 –
116:2; 116:20 – 117:2; 117:7 – 117:16; 118:3 – 127:25; 128:15 – 129:5; 129:17 – 130:11;
132:10 – 133:4; 133:17 – 153:22.

7.    **Art Robinson – Deposed on May 31, 2019**

13:9 – 19:23; 20:2 – 22:25; 25:4 – 25:9; 25:12 – 26:2; 26:5 – 26:10; 26:13 – 26:18; 26:21 –
27:5; 27:8 – 27:10; 28:12 – 28:14; 28:17; 28:24 – 29:6; 29:9 – 30:8; 30:11 – 31:18; 31:20 –

32:6; 32:9 – 32:15; 32:18 – 36:7; 36:10 – 36:17; 36:20 – 36:23; 37:2 – 37:4; 37:7 – 37:13; 37:16 – 37:25; 40:14 – 40:21; 40:24 – 41:3; 41:6 – 41:10; 41:13 – 42:8; 42:11 – 42:18; 42:21 – 43:5; 43:8 – 44:7; 44:10 – 44:18; 44:21 – 44:25; 45:4 – 45:16; 45:19 – 45:22; 45:25 – 46:5; 46:8 – 46:17; 47:9 – 47:15; 47:18 – 47:20; 47:23 – 48:2; 48:5 – 49:8; 49:11 – 49:25; 50:4 – 50:7; 50:10; 50:13 – 50:23; 51:2 – 51:16; 51:19 – 52:2; 53:8 – 53:10; 53:20 – 53:24; 54:12 – 54:14; 54:17 – 54:18; 55:10 – 55:12; 55:15 – 55:18; 55:23 – 56:5; 56:8 – 57:3; 57:6 – 57:11; 57:16 – 57:23; 58:21 – 59:14; 59:18 – 59:22; 62:3 – 62:6; 62:9 – 62:13; 63:19 – 63:21; 63:24 – 64:4; 64:12 – 65:2; 69:17 – 69:23; 70:2 – 70:4; 70:7 – 70:11; 70:14 – 70:20; 70:23 – 71:18; 71:21 – 71:25; 72:4; 72:7; 72:10 – 73:5; 73:8 – 73:12; 73:24 – 74:12; 76:20 – 76:24; 77:3 – 77:14; 77:17 – 77:25; 78:4 – 78:7; 78:10 – 78:11; 78:14 – 78:16; 78:19 – 78:21;  78:24 – 79:11; 83:18 – 83:19; 83:22 – 84:4; 84:7 – 84:12; 84:15 – 84:17; 84:20 – 84:23; 88:6 – 88:23; 89:2 – 89:8; 89:11 – 89:23; 92:13 – 92:18; 92:21 – 93:3; 93:6 – 93:10; 96:13 – 96:17; 96:20 – 97:2; 104:10 – 104:13; 104:17 – 104:19; 104:22 – 105:7; 105:10 – 105:12.


8.      **Amy Rathbun – Deposed on June 6, 2019**

7:19 – 81:2; 82:19 – 171:11; 171:19 – 172:2; 172:11 – 231:9; 342:16 – 343:14; 344:8 – 347:19.

9.      **Daniel Berardo – Deposed on May 8, 2019**

7:10 – 8:21; 9:21 – 17:25; 26:10 – 27:12; 30:4 – 32:6; 34:17 – 35:7; 36:14 – 45:23; 47:23 – 49:24; 52:14 – 52:24; 54:12 – 54:25; 63:16 – 65:23; 67:10 – 73:19; 74:3 – 79:25; 93:17 – 98:5; 100:3 – 101:14; 103:5 – 103:21; 104:21 – 108:11; 109:20 – 112:4; 112:17 – 114:6; 114:15 – 119:16; 131:18 – 151:14; 153:11 – 154:7; 155:14 – 157:6; 175:24 – 176:19; 182:25 – 183:15; 207:4 – 207:16; 217:12 – 220:17; 222:17 – 223:25; 226:15 – 229:24; 243:6 – 250:7; 256:15 – 257:23; 264:25 – 270:7; 270:17 – 280:20; 282:3 – 289:3; 290:5 - 292:16; 299:24 – 300:6; 301:16 – 303:23; 304:21 – 305:3; 313:8 – 313:19; 319:14 – 320:12; 321:4 – 323:2; 324:7 – 325:3.

10.     **Daniel Berardo – Deposed on September 18, 2019**

369:5 – 370:3; 371:22 – 371:25; 372:3 – 373:22.

Dated:        July 13, 2021

THOMAS & SOLOMON LLP

By:        /s/ Jonathan W. Ferris

J. Nelson Thomas, Esq.
Jonathan W. Ferris, Esq.
*Attorneys for Plaintiff*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com