**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARY VAN BRUNT-PIEHLER,<br><br>                              *Plaintiff,*<br><br>        v.<br><br><br>ABSOLUTE SOFTWARE, INC., ABSOLUTE SOFTWARE CORPORATION, GEOFF HAYDON, THOMAS KENNY, and TODD AWTRY,<br><br>                              *Defendants.* | Civil Action No.<br><br>**16-cv-6313** |

**PLAINTIFF'S TRIAL EXHIBIT LIST**

**THOMAS & SOLOMON LLP**
 *Attorneys for Plaintiff*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540

Of Counsel:   J. Nelson Thomas
                     Jonathan Ferris

**Plaintiff's Trial Exhibit List**

   Pursuant to the Court's Pretrial Order, Plaintiff submits the following list of potential exhibits to be used at trial. The identification of documents below does not waive plaintiff's rights to object on any basis to the admission of those documents and is not a concession that any such document is admissible. Plaintiff reserves her right to supplement and amend this list prior to trial.

| Exhibit Number | Bates Number or Description |
|---|---|
| 1 | Amended Complaint and Demand For Jury Trial. |
| 2 | DEFS00056 – DEFS00057 |
| 3 | AR000002 |
| 4 | P001204 - P001763 |
| 5 | DEFS00706 – DEFS00707 |
| 6 | AR000004 |
| 7 | AR000005–AR000007 |
| 8 | AR000008 |
| 9 | AR000010–AR000013 |
| 10 | P000051–P000058 |
| 11 | P000041–P000050 |
| 12 | P000059–P000068 |
| 13 | AR000014 |
| 14 | AR000015–AR000016 |
| 15 | DEFS01030 – DEFS01035 |
| 16 | AR000018 |
| 17 | DEFS02583 – DEFS02589 |
| 18 | P000176–P000177 |
| 19 | P000765 |
| 20 | P000697 |
| 21 | P000811 – P000819 |
| 22 | DEFS02549 – DEFS02554 |
| 23 | P000178 – P000179 |
| 24 | P000712 – P000715 |
| 25 | AR000019–AR000024 |
| 26 | P000629 – P000630 |
| 27 | P000375 |
| 28 | P000376 |
| 29 | P000429 |
| 30 | P000691 |
| 31 | P000160 – P000175 |
| 32 | AR000029–AR000037 |

| 33 | P001785 – P001786 |
|----|----|
| 34 | DEFS10575 – DEFS10584 |
| 35 | DEFS00192 – DEFS00199 |
| 36 | DEFS09805 – DEFS09810 |
| 37 | DEFS09811 |
| 38 | Defendants' Amended Objections And Responses To Plaintiff's First Set Of Interrogatories |
| 39 | DEFS10618 – DEFS10620 |
| 40 | DEFS00046 – DEFS00047 |
| 41 | DEFS00086 |
| 42 | DEFS00042 – DEFS00043 |
| 43 | DEFS08692 – DEFS08693 |
| 44 | DEFS06041 |
| 45 | DEFS07357 – DEFS07358 |
| 46 | DEFS06021 – DEFS06023 |
| 47 | DEFS09142 – DEFS09143 |
| 48 | DEFS09139 – DEFS09141 |
| 49 | DEFS01044 – DEFS01047 |
| 50 | Amended Notice Of Deposition Of Geoff Haydon |
| 51 | DEFS06055 – DEFS06056 |
| 52 | DEFS07377 – DEFS07379 |
| 53 | DEFS07582 – DEFS07584 |
| 54 | DEFS07340 – DEFS07341 |
| 55 | DEFS07585 – DEFS07590 |
| 56 | P002113 – P002116 |
| 57 | DEFS00264 – DEFS00268 |
| 58 | DEFS09169 – DEFS09170 |
| 59 | DEFS09171 – DEFS09173 |
| 60 | DEFS00088 – DEFS00096 |
| 61 | DEFS00102 – DEFS00107 |
| 62 | DEFS00117 – DEFS00124 |
| 63 | DEFS00125 – DEFS00133 |
| 64 | DEFS00137 – DEFS00146 |
| 65 | DEFS00147 – DEFS00151 |
| 66 | DEFS00152 – DEFS00161 |
| 67 | DEFS01386 – DEFS01416 |
| 68 | AR000038–AR000041 |
| 69 | DEFS01189 |
| 70 | DEFS00789 – DEFS00793 |
| 71 | P000242 |
| 72 | DEFS07271 |

| 73 | DEFS07234 – DEFS07235 |
|---|---|
| 74 | DEFS07250 – DEFS07252 |
| 75 | P000249 |
| 76 | DEFS00775 – DEFS00776 |
| 77 | DEMOS 955 – DEMOS958 |
| 78 | AR000042–AR000047 |
| 79 | AR000048–AR000052 |
| 80 | P000740 – P000742 |
| 81 | DEFS07445 – DEFS07447 |
| 82 | DEFS07611 – DEFS07613 |
| 83 | DEFS06058 – DEFS06072 |
| 84 | DEFS06052 – DEFS06054 |
| 85 | Top Cybersecurity Companies of 2018 |
| 86 | DEFS08824 – DEFS08830 |
| 87 | DEFS09750 – DEFS09756 |
| 88 | DEFS09764 – DEFS09790 |
| 89 | DEFS07230 – DEFS07231 |
| 90 | DEFS07250 – DEFS07252 |
| 91 | DEFS09736 – DEFS09739 |
| 92 | DEFS00939 – DEFS00946 |
| 93 | P000268 |
| 94 | DEFS06531 – DEFS06532 |
| 95 | DEFS10770 – DEFS10773 |
| 96 | DEFS10773 – DEFS10780 |
| 97 | DEFS10780 – DEFS10784 |
| 98 | Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories (Doc 37) |
| 99 | DEFS00351 – DEFS00371 |
| 100 | DEFS01896 – DEFS01923 |
| 101 | AR000001 |
| 102 | AR000003 |
| 103 | AR000025–AR000028 |
| 104 | AR000009 |
| 105 | AR000017 |
| 106 | P002093 |
| 107 | DEFS00030 - DEFS00041, DEFS00805, DEFS01002 |
| 108 | DEFS00771 |
| 109 | AR000053–AR000057 |
| 110 | AR000058–AR000069 |
| 111 | AR000070 |

| 112 | AR000071–AR000072 |
| 113 | AR000073–AR000075 |
| 114 | AR000076 |
| 115 | AR000077–AR000087 |
| 116 | AR000088 |
| 117 | AR000089–AR000091 |
| 118 | AR000092–AR000127 |
| 119 | AR000128–AR000135 |
| 120 | DEFS09154 |
| 121 | AR000136 |
| 122 | DEFS10852 – DEFS10853 |
| 123 | AR000137 |
| 124 | AR000138–AR000142 |
| 125 | DEFS10858 – DEFS10859 |
| 126 | DEFS10824 – DEFS10825 |
| 127 | DEFS00003 - DEFS00005 |
| 128 | DEFS00006 – DEFS00007 |
| 129 | DEFS00008 - DEFS00010 |
| 130 | DEFS00011 |
| 131 | DEFS00012 |
| 132 | DEFS00013 |
| 133 | DEFS10770 – DEFS10773 |
| 134 | Paul F. White, Ph.D. – Expert Report |
| 135 | White, et al. "The Use of an Economist in Labor and Employment Disputes: Legal and Practical Considerations," (with James Garrity), The Florida Bar Journal, Vol. LXXIV, No. 11, December 2000 |
| 136 | Steven J. Shapiro, Ph.D. – Expert Report |
| 137 | Rona E. Wexler, M.A. – Expert Report |
| 138 | Lenovo North America 2Q CRISP |
| 139 | White, et al. "The Use Of Attrition Rates For Economic Loss Calculations In Employment Discrimination Cases: A Hypothetical Case Study by Paul F. White, et al." |
| 140 | Raymond "Comment on "The Use Of Attrition Rates For Economic Loss Calculations In Employment Discrimination Cases: A Hypothetical Case Study"" |
| 141 | Reply to "Comments on "The Use Of Attrition Rates For Economic Loss Calculations In Employment Discrimination Cases: A Hypothetical Case Study"" by Paul F. White, et al. |
| 142 | DEFS00014 |
| 143 | DEFS00015 |

| | |
|---|---|
| 144 | DEFS00016 |
| 145 | DEFS00017 |
| 146 | DEFS00018 |
| 147 | DEFS00019 |
| 148 | DEFS00020 |
| 149 | DEFS00021 |
| 150 | DEFS00022 – DEFS00023 |
| 151 | DEFS00024 – DEFS00025 |
| 152 | DEFS00026 – DEFS00027 |
| 153 | DEFS00028 – DEFS00029 |
| 154 | DEFS00030 |
| 155 | DEFS00048 - DEFS00049 |
| 156 | DEFS00050 |
| 157 | DEFS00068 – DEFS00069 |
| 158 | DEFS00082 |
| 159 | DEFS00084 |
| 160 | DEFS00085 |
| 161 | DEFS000897 - DEFS00901 |
| 162 | DEFS00101 |
| 163 | DEFS00108 |
| 164 | DEFS00132 |
| 165 | DEFS00134 |
| 166 | DEFS00135 - DEFS00136 |
| 167 | DEFS00162 – DEFS00176 |
| 168 | DEFS00177 – DEFS00191 |
| 169 | DEFS00207 – DEFS00210 |
| 170 | DEFS00223 - DEFS00247 |
| 171 | DEFS00254 – DEFS00263 |
| 172 | DEFS00269 – DEFS00296 |
| 173 | DEFS00326 – DEFS00327 |
| 174 | DEFS00333 – DEFS00338 |
| 175 | DEFS00339 – DEFS00344 |
| 176 | DEFS00348 |
| 177 | DEFS00349 |
| 178 | DEFS00350 |
| 179 | DEFS00570 - DEFS00579 |
| 180 | DEFS00580 - DEFS00585 |
| 181 | DEFS00586 - DEFS00590 |
| 182 | DEFS00591 - DEFS00599 |
| 183 | DEFS00600 - DEFS00608 |
| 184 | DEFS00609 - DEFS00617 |
| 185 | DEFS00618 - DEFS00626 |
| 186 | DEFS00627 - DEFS00635 |
| 187 | DEFS00636 - DEFS00641 |

| 188 | DEFS00642 - DEFS00650 |
| 189 | DEFS00651 - DEFS00659 |
| 190 | DEFS00660 - DEFS00666 |
| 191 | DEFS00667 - DEFS00674 |
| 192 | DEFS00668 – DEFS00674 |
| 193 | DEFS00675 – DEFS00676 |
| 194 | DEFS00677 – DEFS00678 |
| 195 | DEFS00679 |
| 196 | DEFS00680 |
| 197 | DEFS00683 - DEFS00696 |
| 198 | DEFS00697 - DEFS00701 |
| 199 | DEFS00702 |
| 200 | DEFS00703 |
| 201 | DEFS00705 |
| 202 | DEFS00708 – DEFS00713 |
| 203 | DEFS00760 – DEFS00763 |
| 204 | DEFS00796 – DEFS00797 |
| 205 | DEFS00798 – DEFS00799 |
| 206 | DEFS00802 – DEFS00804 |
| 207 | DEFS00805 |
| 208 | DEFS00806 - DEFS00810 |
| 209 | DEFS00811 - DEFS00816 |
| 210 | DEFS00817 - DEFS00824 |
| 211 | DEFS00825 - DEFS00833 |
| 212 | DEFS00834 - DEFS00842 |
| 213 | DEFS00843 - DEFS00850 |
| 214 | DEFS00851 - DEFS00857 |
| 215 | DEFS00858 - DEFS00865 |
| 216 | DEFS00866 |
| 217 | DEFS00879 – DEFS00883 |
| 218 | DEFS00889 - DEFS00896 |
| 219 | DEFS00894 – DEFS00898 |
| 220 | DEFS00902 – DEFS00904 |
| 221 | DEFS00909 - DEFS00911 |
| 222 | DEFS00915 |
| 223 | DEFS00916 – DEFS00917 |
| 224 | DEFS00918 - DEFS00919 |
| 225 | DEFS00921 |
| 226 | DEFS00955 – DEFS00956 |
| 227 | DEFS00989 |
| 228 | DEFS00989 - DEFS00992 |
| 229 | DEFS00993 - DEFS00994 |
| 230 | DEFS01000 |
| 231 | DEFS01003 – DEFS01004 |

| | |
|---|---|
| 232 | DEFS01036 - DEFS01039 |
| 233 | DEFS01040 |
| 234 | DEFS01056 – DEFS01058 |
| 235 | DEFS01080 – DEFS01081 |
| 236 | DEFS01082 – DEFS01083 |
| 237 | DEFS01190 |
| 238 | DEFS01202 – DEFS01204 |
| 239 | DEFS01215 - DEFS01216 |
| 240 | DEFS01237 |
| 241 | DEFS01237 - DEFS01244 |
| 242 | DEFS01245 – DEFS01248 |
| 243 | DEFS01250 |
| 244 | DEFS01284 – DEFS01286 |
| 245 | DEFS01308 |
| 246 | DEFS01323 - DEFS01329 |
| 247 | DEFS01328 – DEFS01329 |
| 248 | DEFS01330 – DEFS01332 |
| 249 | DEFS01335 – DEFS01338 |
| 250 | DEFS01339 - DEFS01340 |
| 251 | DEFS01347 - DEFS01348 |
| 252 | DEFS01349 – DEFS01367 |
| 253 | DEFS01371 – DEFS01374 |
| 254 | DEFS01421 |
| 255 | DEFS01422 |
| 256 | DEFS01665 – DEFS01677 |
| 257 | DEFS01679 |
| 258 | DEFS01683 |
| 259 | DEFS01688 – DEFS01689 |
| 260 | DEFS01808 – DEFS01823 |
| 261 | DEFS01829 |
| 262 | DEFS01948 – DEFS01950 |
| 263 | DEFS0228 - DEFS0238 |
| 264 | DEFS02367 – DEFS02372 |
| 265 | DEFS02375 – DEFS02378 |
| 266 | DEFS02495 – DEFS02496 |
| 267 | DEFS02503 - DEFS02305 |
| 268 | DEFS02506 – DEFS02507 |
| 269 | DEFS02523 - DEFS02324 |
| 270 | DEFS02597 - DEFS02598 |
| 271 | DEFS02708 - DEFS02727 |
| 272 | DEFS02733 |
| 273 | DEFS02735 - DEFS02738 |
| 274 | DEFS02739 |
| 275 | DEFS02808 – DEFS02809 |

| 276 | DEFS02812 |
|-----|-----------|
| 277 | DEFS02824 – DEFS02828 |
| 278 | DEFS03008 |
| 279 | DEFS03076 – DEFS03077 |
| 280 | DEFS03844 |
| 281 | DEFS03846 |
| 282 | DEFS03886 – DEFS03915 |
| 283 | DEFS04108 |
| 284 | DEFS05598 – DEFS05600 |
| 285 | DEFS06040 – DEFS06043 |
| 286 | DEFS06048 – DEFS06051 |
| 287 | DEFS06058 – DEFS06074 |
| 288 | DEFS06075 |
| 289 | DEFS06076 – DEFS06077 |
| 290 | DEFS06114 – DEFS06143 |
| 291 | DEFS06175 – DEFS06176 |
| 292 | DEFS06177 – DEFS06178 |
| 293 | DEFS06342 |
| 294 | DEFS06429 |
| 295 | DEFS06432 - DEFS06433 |
| 296 | DEFS06434 |
| 297 | DEFS06520 |
| 298 | DEFS06530 |
| 299 | DEFS06567 |
| 300 | DEFS06571 – DEFS06610 |
| 301 | DEFS06836 |
| 302 | DEFS06844 - DEFS06848 |
| 303 | DEFS06849 – DEFS06852 |
| 304 | DEFS06853 - DEFS06857 |
| 305 | DEFS07068 – DEFS07071 |
| 306 | DEFS07160 - DEFS07162 |
| 307 | DEFS07163 |
| 308 | DEFS07164 - DEFS07166 |
| 309 | DEFS07167 - DEFS07170 |
| 310 | DEFS07219 |
| 311 | DEFS07220 – DEFS07222 |
| 312 | DEFS07227 |
| 313 | DEFS07236 |
| 314 | DEFS07242 |
| 315 | DEFS07246 |
| 316 | DEFS07254 – DEFS07255 |
| 317 | DEFS07258 – DEFS07259 |
| 318 | DEFS07265 – DEFS07267 |
| 319 | DEFS07272 – DEFS07274 |

| 320 | DEFS07277 – DEFS07279 |
| 321 | DEFS07283 |
| 322 | DEFS07288 – DEFS07289 |
| 323 | DEFS07300 – DEFS07303 |
| 324 | DEFS07320 |
| 325 | DEFS07357 – DEFS07360 |
| 326 | DEFS07361 – DEFS07362 |
| 327 | DEFS07396 |
| 328 | DEFS07421 – DEFS07422 |
| 329 | DEFS07425 |
| 330 | DEFS07479 – DEFS07483 |
| 331 | DEFS07531 |
| 332 | DEFS0755, DEFS08760, DEFS08765 |
| 333 | DEFS07580 – DEFS07581 |
| 334 | DEFS07662 – DEFS07663 |
| 335 | DEFS07668 |
| 336 | DEFS07669 – DEFS07671 |
| 337 | DEFS07718 – DEFS07722 |
| 338 | DEFS07726 – DEFS07729 |
| 339 | DEFS07740 |
| 340 | DEFS07748 - DEFS07750 |
| 341 | DEFS07751 - DEFS07753 |
| 342 | DEFS07754 - DEFS07757 |
| 343 | DEFS07758 - DEFS07760 |
| 344 | DEFS07761 - DEFS07763 |
| 345 | DEFS07767 - DEFS07769 |
| 346 | DEFS07770 - DEFS07772 |
| 347 | DEFS07773 - DEFS07775 |
| 348 | DEFS07777 – DEFS07821 |
| 349 | DEFS07781 - DEFS07766 |
| 350 | DEFS0800 - DEFS00801 |
| 351 | DEFS08127 - DEFS08129 |
| 352 | DEFS08135 - DEFS08140 |
| 353 | DEFS08141 - DEFS08145 |
| 354 | DEFS08147 |
| 355 | DEFS08148 |
| 356 | DEFS08149 |
| 357 | DEFS08150 |
| 358 | DEFS08151 – DEFS08156 |
| 359 | DEFS08157 – DEFS08158 |
| 360 | DEFS08159 – DEFS08166 |
| 361 | DEFS08167 – DEFS08172 |
| 362 | DEFS08173 – DEFS08177 |
| 363 | DEFS08207 – DEFS08212 |

| 364 | DEFS08213 - DEFS08216 |
|---|---|
| 365 | DEFS08217 |
| 366 | DEFS08218 |
| 367 | DEFS08220 |
| 368 | DEFS08241 – DEFS08249 |
| 369 | DEFS08267 |
| 370 | DEFS08269 |
| 371 | DEFS08270 |
| 372 | DEFS08292- DEFS08296 |
| 373 | DEFS08303 - DEFS08311 |
| 374 | DEFS08312 - DEFS08320 |
| 375 | DEFS08322 – DEFS08330 |
| 376 | DEFS08342 |
| 377 | DEFS08343 |
| 378 | DEFS08345 - DEFS08350 |
| 379 | DEFS08351 - DEFS08356 |
| 380 | DEFS08358 – DEFS08366 |
| 381 | DEFS08367 - DEFS08375 |
| 382 | DEFS08376 |
| 383 | DEFS08387 - DEFS08389 |
| 384 | DEFS08397 |
| 385 | DEFS08415 – DEFS08421 |
| 386 | DEFS08430 - DEFS08437 |
| 387 | DEFS08438 - DEFS08444 |
| 388 | DEFS08446 - DEFS08447 |
| 389 | DEFS08448 |
| 390 | DEFS08449 - DEFS08452 |
| 391 | DEFS08453 - DEFS08457 |
| 392 | DEFS08458 |
| 393 | DEFS08461 - DEFS08468 |
| 394 | DEFS08469 - DEFS08477 |
| 395 | DEFS08478 - DEFS08781 |
| 396 | DEFS08484 |
| 397 | DEFS08486 |
| 398 | DEFS08487 - DEFS08490 |
| 399 | DEFS08493 |
| 800 | DEFS08500 - DEFS08506 |
| 801 | DEFS08507 - DEFS08511 |
| 802 | DEFS08512 - DEFS08513 |
| 803 | DEFS08514 - DEFS08515 |
| 804 | DEFS08516 - DEFS08521 |
| 805 | DEFS08522 |
| 806 | DEFS08523 |
| 807 | DEFS08524 |

| | |
|---|---|
| 808 | DEFS08525 |
| 809 | DEFS08526 - DEFS08529 |
| 810 | DEFS08530 |
| 811 | DEFS08533 – DEFS08534 |
| 812 | DEFS08561 |
| 813 | DEFS08562 – DEFS08563 |
| 814 | DEFS08564 |
| 815 | DEFS08565 - DEFS08570 |
| 816 | DEFS08571 - DEFS08578 |
| 817 | DEFS08579 - DEFS08587 |
| 818 | DEFS08588 - DEFS08596 |
| 819 | DEFS08597 - DEFS08605 |
| 820 | DEFS08606 – DEFS08612 |
| 821 | DEFS08613 |
| 822 | DEFS08614 |
| 823 | DEFS08615 |
| 824 | DEFS08616 - DEFS08617 |
| 825 | DEFS08618 |
| 826 | DEFS08619 - DEFS08624 |
| 827 | DEFS08625 |
| 828 | DEFS08626 - DEFS08633 |
| 829 | DEFS08634 - DEFS08641 |
| 830 | DEFS08642 |
| 831 | DEFS08643 |
| 832 | DEFS08644 – DEFS08671 |
| 833 | DEFS08672 - DEFS08673 |
| 834 | DEFS08674 |
| 835 | DEFS08675 |
| 836 | DEFS08681 |
| 837 | DEFS08682 |
| 838 | DEFS08683 |
| 839 | DEFS08688 – DEFS08691 |
| 840 | DEFS08694 – DEFS08695 |
| 841 | DEFS08698 |
| 842 | DEFS08706 |
| 843 | DEFS08707 |
| 844 | DEFS08708 |
| 845 | DEFS08709 |
| 846 | DEFS08711 – DEFS08723 |
| 847 | DEFS08724 |
| 848 | DEFS08729 |
| 849 | DEFS08733, DEFS08739, DEFS08745 |
| 850 | DEFS08734, DEFS08740, DEFS08746, DEFS08747 |
| 851 | DEFS08735 - DEFS08748 |

| | |
|---|---|
| 852 | DEFS08736, DEFS08742, DEFS08749 |
| 853 | DEFS08737, DEFS0743, DEFS08750 - DEFS08751 |
| 854 | DEFS08752, DEFS08757, DEFS08762 |
| 855 | DEFS08753, DEFS08758, DEFS08763 |
| 856 | DEFS08754 - DEFS08764 |
| 857 | DEFS08756, DEFS08761, DEFS08766 |
| 858 | DEFS08767 - DEFS08769 |
| 859 | DEFS08770 - DEFS08774 |
| 860 | DEFS08775 - DEFS08779 |
| 861 | DEFS08780 - DEFS08783 |
| 862 | DEFS08784 - DEFS08786 |
| 863 | DEFS08788 – DEFS08791 |
| 864 | DEFS08792 |
| 865 | DEFS08793 |
| 866 | DEFS08794 - DEFS08796 |
| 867 | DEFS08797 - DEFS08798 |
| 868 | DEFS08799 - DEFS08800 |
| 869 | DEFS08801 - DEFS08805 |
| 870 | DEFS08807 - DEFS08808 |
| 871 | DEFS08809 |
| 872 | DEFS08810 - DEFS08811 |
| 873 | DEFS08812 – DEFS08814 |
| 874 | DEFS08815 - DEFS08816 |
| 875 | DEFS08817 - DEFS08820 |
| 876 | DEFS08821 - DEFS08823 |
| 877 | DEFS08831 – DEFS08836 |
| 878 | DEFS08837 - DEFS08840 |
| 879 | DEFS08841 - DEFS08842 |
| 880 | DEFS08843 - DEFS08849 |
| 881 | DEFS08851 – DEFS08857 |
| 882 | DEFS08858 - DEFS08862 |
| 883 | DEFS08863 - DEFS08864 |
| 884 | DEFS08865 - DEFS08870 |
| 885 | DEFS08871 - DEFS08875 |
| 886 | DEFS08876 - DEFS08878 |
| 887 | DEFS08879 - DEFS08881 |
| 888 | DEFS08882 - DEFS08883 |
| 889 | DEFS08884 |
| 890 | DEFS08885 |
| 891 | DEFS08886 – DEFS08889 |
| 892 | DEFS08890 - DEFS08892 |
| 893 | DEFS08893 - DEFS08895 |
| 894 | DEFS08896 - DEFS08898 |
| 895 | DEFS08899 - DEFS08900 |

| | |
|---|---|
| 896 | DEFS08901 |
| 897 | DEFS08902 - DEFS08905 |
| 898 | DEFS08910 - DEFS08916 |
| 899 | DEFS08917 - DEFS08921 |
| 900 | DEFS08922 - DEFS08926 |
| 901 | DEFS08922 - DEFS08926 |
| 902 | DEFS08927 - DEFS08930 |
| 903 | DEFS08931 - DEFS08935 |
| 904 | DEFS08936 - DEFS08941 |
| 905 | DEFS08942 – DEFS08945 |
| 906 | DEFS08946 - DEFS08947 |
| 907 | DEFS08957 - DEFS08989 |
| 908 | DEFS08990 - DEFS08996 |
| 909 | DEFS08997 – DEFS08998 |
| 910 | DEFS08999 – DEFS09059 |
| 911 | DEFS09060 |
| 912 | DEFS09061 - DEFS09063 |
| 913 | DEFS09064 |
| 914 | DEFS09065 – DEFS09074 |
| 915 | DEFS09075 |
| 916 | DEFS09076 - DEFS09079 |
| 917 | DEFS09084 - DEFS09106 |
| 918 | DEFS09114 |
| 919 | DEFS09116 |
| 920 | DEFS09126 – DEFS09129 |
| 921 | DEFS09147 |
| 922 | DEFS09148 |
| 923 | DEFS09149 |
| 924 | DEFS09151 |
| 925 | DEFS09152 |
| 926 | DEFS09156 |
| 927 | DEFS09158 |
| 928 | DEFS09159 |
| 929 | DEFS09174 – DEFS09194 |
| 930 | DEFS09181 - DEFS09205 |
| 931 | DEFS09195 - DEFS09205 |
| 932 | DEFS09207 – DEFS09213 |
| 933 | DEFS09207 - DEFS09217 |
| 934 | DEFS09218 – DEFS09225 |
| 935 | DEFS09226 |
| 936 | DEFS09239 |
| 937 | DEFS09240 |
| 938 | DEFS09241 |
| 939 | DEFS09495 |

| | |
|---|---|
| 940 | DEFS09591 – DEFS09592 |
| 941 | DEFS09597 |
| 942 | DEFS09598 |
| 943 | DEFS09599 |
| 944 | DEFS09606 – DEFS09612 |
| 945 | DEFS09633 – DEFS09637 |
| 946 | DEFS09659 – DEFS09710 |
| 947 | DEFS09712 |
| 948 | DEFS09764 – DEFS09797 |
| 949 | DEFS09815 |
| 950 | DEFS09816 |
| 951 | DEFS09817 - DEFS09819 |
| 952 | DEFS10053 |
| 953 | DEFS10054 |
| 954 | DEFS10072 |
| 955 | DEFS10073 |
| 956 | DEFS10074 – DEFS10078 |
| 957 | DEFS10079 – DEFS10080 |
| 958 | DEFS10081 - DEFS10087, DEFS10101 |
| 959 | DEFS10088 |
| 960 | DEFS10091 – DEFS10093 |
| 961 | DEFS10102 – DEFS10119 |
| 962 | DEFS10120 |
| 963 | DEFS10121 |
| 964 | DEFS10123 |
| 965 | DEFS10124 |
| 966 | DEFS10125 |
| 967 | DEFS10126 |
| 968 | DEFS10127 |
| 969 | DEFS10128 |
| 970 | DEFS10129 – DEFS10130 |
| 971 | DEFS10131 – DEFS10147 |
| 972 | DEFS10148 |
| 973 | DEFS10149 |
| 974 | DEFS10150 |
| 975 | DEFS10151 – DEFS10152 |
| 976 | DEFS10153 |
| 977 | DEFS10154 |
| 978 | DEFS10155 |
| 979 | DEFS10156 |
| 980 | DEFS10157 - DEFS10159 |
| 981 | DEFS10160 - DEFS10161 |
| 982 | DEFS10162 |
| 983 | DEFS10164 - DEFS10172 |

| | |
|---|---|
| 984 | DEFS10173 |
| 985 | DEFS10174 |
| 986 | DEFS10175 |
| 987 | DEFS10176 |
| 988 | DEFS10177 – DEFS10178 |
| 989 | DEFS10189 - DEFS10190 |
| 990 | DEFS10190 |
| 991 | DEFS10192 |
| 992 | DEFS10195 – DEFS10196 |
| 993 | DEFS10197 - DEFS10198 |
| 994 | DEFS10198 |
| 995 | DEFS10201 – DEFS10203 |
| 996 | DEFS10537 – DEFS10538 |
| 997 | DEFS10548 – DEFS10557 |
| 998 | DEFS10558 – DEFS10565 |
| 999 | DEFS10566 – DEFS10574 |
| 1,000 | DEFS10609 – DEFS10611 |
| 1,001 | DEFS10612 – DEFS10617 |
| 1,002 | DEFS10621 – DEFS10629 |
| 1,003 | DEFS10630 - DEFS10653 |
| 1,004 | DEFS10648 - DEFS10665 |
| 1,005 | DEFS10666 - DEFS10674 |
| 1,006 | DEFS10675 - DEFS10684 |
| 1,007 | DEFS10685 – DEFS10705 |
| 1,008 | DEFS10725 – DEFS10761 |
| 1,009 | DEFS10762 – DEFS10769 |
| 1,010 | DEFS10785 – DEFS10793 |
| 1,011 | DEFS10794 – DEFS10813 |
| 1,012 | DEFS10826 - DEFS10827 |
| 1,013 | DEFS10827 |
| 1,014 | DEFS10867 |
| 1,015 | DEFS10868 |
| 1,016 | DEFS10869 |
| 1,017 | DEFS10870 |
| 1,018 | DEFS10871 |
| 1,019 | DEFS10872 |
| 1,020 | DEFS10886 |
| 1,021 | DEFS10887 |
| 1,022 | DEFS10888 |
| 1,023 | DEFS10889 |
| 1,024 | DEFS10890 – DEFS10895 |
| 1,025 | DEFS10897 |
| 1,026 | DEFS10898 - DEFS10916 |
| 1,027 | DEFS10918 |

| 1,028 | DEFS10919 – DEFS10925 |
|---|---|
| 1,029 | DEFS10927 |
| 1,030 | DEFS10928 – DEFS10936 |
| 1,031 | DEFS10938 |
| 1,032 | DEFS10939 |
| 1,033 | DEFS10940 – DEFS10958 |
| 1,034 | DEFS10960 |
| 1,035 | DEFS10969 – DEFS10973 |
| 1,036 | DEFSS08700 - DEFS08701 |
| 1,037 | DEMOS946 |
| 1,038 | DEMOS955 |
| 1,039 | DEMOS1005 - DEMOS1006 |
| 1,040 | DEMOS673 - DEMOS780 |
| 1,041 | DEMOS869 - DEMOS871 |
| 1,042 | DEMOS928 |
| 1,043 | DEMOS946 - DEMOS957 |
| 1,044 | DEMOS953 - DEMOS954 |
| 1,045 | DEMOS981 - DEMOS990 |
| 1,046 | DEMOS990 - DEMOS997 |
| 1,047 | P000008 |
| 1,048 | P000117-P000118 |
| 1,049 | P000150–P000154 |
| 1,050 | P000216 – P000217 |
| 1,051 | P000219 – P000220 |
| 1,052 | P000230–P000232 |
| 1,053 | P000235 – P000236 |
| 1,054 | P000241 |
| 1,055 | P000278 – P000671 |
| 1,056 | P000722 |
| 1,057 | P000736–P000739 |
| 1,058 | P000743 - P000745 |
| 1,059 | P000758 |
| 1,060 | P000763–P000764 |
| 1,061 | P000766–P000767 |
| 1,062 | P000768 |
| 1,063 | P000769–P000772 |
| 1,064 | P000773–P000780 |
| 1,065 | P000781–P000790 |
| 1,066 | P000791 |
| 1,067 | P000792–P000795 |
| 1,068 | P000796–P000799 |
| 1,069 | P000800–P000803 |
| 1,070 | P000804–P000809 |
| 1,071 | P000810 |

| 1,072 | P000824–P000827 |
|---|---|
| 1,073 | P000828 |
| 1,074 | P000829–P000831 |
| 1,075 | P000832 |
| 1,076 | P000833–P000835 |
| 1,078 | P000836–P000840 |
| 1,079 | P000841–P000843 |
| 1,080 | P000844–P000904 |
| 1,081 | P000905–P000906 |
| 1,082 | P000912–P000914 |
| 1,083 | P000915 |
| 1,084 | P000916 |
| 1,085 | P000920–P000923 |
| 1,086 | P000924 |
| 1,087 | P000930–P000931 |
| 1,088 | P000945–P000959 |
| 1,089 | P000971–P000973 |
| 1,090 | P000974–P000975 |
| 1,091 | P000976–P000987 |
| 1,092 | P001028–P001030 |
| 1,093 | P001033–P001091 |
| 1,094 | P001098–P001101 |
| 1,095 | P001102–P001109 |
| 1,096 | P001142–P001185 |
| 1,097 | P001201 |
| 1,099 | P001221 |
| 1,100 | P001229–P001230 |
| 1,101 | P001231–P001241 |
| 1,102 | P001292 |
| 1,103 | P001406–P001408 |
| 1,104 | P001409 |
| 1,105 | P001420–P001427 |
| 1,106 | P001442–P001444 |
| 1,107 | P001451–P001453 |
| 1,108 | P001451–P001456 |
| 1,109 | P001459–P001461 |
| 1,110 | P001462–P001464 |
| 1,111 | P001468–P001469 |
| 1,112 | P001470–P001475 |
| 1,113 | P001476–P001516 |
| 1,114 | P001521–P001536 |
| 1,115 | P001537 |
| 1,116 | P001595–P001603 |
| 1,117 | P001604 |

| 1,118 | P001621–P001669 |
|---|---|
| 1,119 | P001715–P001723 |
| 1,120 | P001724 |
| 1,121 | P001787 |
| 1,122 | P001791–P001968 |
| 1,123 | P001969 - P001994 |
| 1,124 | P001995–P001997 |
| 1,125 | P001998–P002060 |
| 1,126 | P002094–P002096 |
| 1,127 | P002097–P002098 |
| 1,128 | P002099–P002101 |
| 1,129 | P002102–P002104 |
| 1,130 | P002105–P002107 |
| 1,131 | P002108 |
| 1,132 | P002109 |
| 1,133 | P002110–P002111 |
| 1,134 | P002112 |
| 1,135 | P002117–P002138 |
| 1,136 | P002139 |
| 1,137 | P002140–P002145 |
| 1,138 | P002146 |
| 1,139 | P002147 |
| 1,140 | P002159–P002162 |
| 1,141 | P002163 – P002164 |
| 1,142 | P002165 |
| 1,143 | P002166 – P002167 |
| 1,144 | P002168 – P002169 |
| 1,145 | P002170–P002173 |
| 1,146 | P002174 |
| 1,147 | P002175–P002202 |
| 1,148 | P002203–P002206 |
| 1,149 | P002207 |
| 1,150 | P002208 |
| 1,151 | P002209 |
| 1,152 | P002211 |
| 1,153 | P002212 – P002214 |
| 1,154 | P002215 - P002216 |
| 1,155 | P002217 - P002218 |
| 1,156 | P002219 |
| 1,157 | P002224–P002226 |
| 1,158 | P002227 |
| 1,159 | P002228 |
| 1,160 | P002229–P002235 |
| 1,161 | P002236 |

| 1,162 | P002237–P002238 |
| 1,163 | P002239–P002240 |
| 1,164 | P002241–P002248 |
| 1,165 | P002249 – P002256 |
| 1,166 | P002257 – P002266 |
| 1,167 | P002267 – P002268 |
| 1,168 | P002269 – P002270 |
| 1,169 | P002271 |
| 1,170 | P002272 – P002273 |
| 1,171 | P002274 |
| 1,172 | Q1 2021 Auditors' Report and Consolidated Financial Statements of Absolute Software Corporation |
| 1,173 | Q2 2021 Auditors' Report and Consolidated Financial Statements of Absolute Software Corporation |
| 1,174 | Q3 2021 Auditors' Report and Consolidated Financial Statements of Absolute Software Corporation |
| 1,175 | Steven J. Shapiro Resume (03-01-21) |
| 1,176 | Steven J. Shapiro Testimony Experience (03-01-21) |
| 1,177 | Paul F. White, "Review of Tenure, Discrimination, and the Courts" |
| 1,178 | Paul White et al., "The Use Of Attrition Rates For Economic Loss Calculations in Employment Discrimination Cases: A Hypothetical Case Study" |
| 1,179 | Pay Equity Compliance – Practical Guide For Employers in 2019 |
| 1,180 | Reopening the Workplace – COVID–19 Special Series: How To Handle Sick Employees In The Workplace |
| 1,181 | Richard D. Raymond, Comment on "The Use Of Attrition Rates For Economic Loss Calculations In Employment Discrimination Cases: A Hypothetical Case Study" |
| 1,182 | Skoog et al., "The Markov Model of Labor Force Activity 2012–17: Extended Tables of Central Tendency Shape Percentile Points and Bootstrap Standard Errors" |
| 1,183 | Summary Of Adverse Actions Suffered By Piehler |
| 1,184 | Transcript of Proceedings (8-13-19) |
| 1,185 | Troubling Sales Turnover: 34% Of SAAS Sales Reps Will Not Finish The Year |
| 1,186 | White et al., "The Use of an Economist in Labor and Employment Disputes – Legal and Practical Consideration" |
| 1,187 | White et al., "Use of 'Reverse Regression' in Employment Discrimination Analyses" |
| 1,188 | White, "9 Ways To Manage Risks Associated With Year–End Bonuses" |
| 1,189 | White, "Approaches For Dealing With Small Sample Sizes in Employment Discrimination Litigation" |

| | |
|---|---|
| 1,190 | DKT. 157 Affirmation of JWF In Opposition To Motion For Summary Judgement |
| 1,191 | Employer Strategies To Limit Covid–19 Discrimination Claims – Law360 |
| 1,192 | Haworth et al., "Recent Developments in the Analysis of Employment Practices" |
| 1,193 | I Was Told There Would Be No Math – What Every Employment Lawyer Should Know About Statistical Proof In Employment Matters |
| 1,194 | Johnson and Roney, "Make Whole": The Need For Gross-Ups In Employment Discrimination Cases |
| 1,195 | Layoff And Statistical Evidence Of Discrimination – Law360 |
| 1,196 | LinkedIn Job Postings For Regional Director Positions |
| 1,197 | Lubahn Complaint And Amended Complaint |
| 1,198 | Lubahn Docket Report |
| 1,199 | Making and Messaging Pay Equity Salary Adjustments, 2020 |
| 1,200 | Mary Piehler Tax Returns 2019** |
| 1,201 | Mary Piehler Commission Statements |
| 1,202 | Mary Piehler Tax Returns 2015** |
| 1,203 | Mary Piehler Tax Returns 2016** |
| 1,204 | Mary Piehler Tax Returns 2017 (P002223)** |
| 1,205 | Mary Piehler Tax Returns 2018** |
| 1,206 | Mary Piehler Tax Returns 2020** |
| 1,207 | New Tools for the Calculation of Infringement Damages |
| 1,208 | Opinion Denying Motion For Summary Judgment (Doc 309) |
| 1,209 | Barton et al., "Software Sales Professionals are on the Move as the Technology Sector Booms" |
| 1,210 | Ben–Zion, "Neutralizing The Adverse Tax Consequences Of A Lump-Sum Award In Employment Cases" |
| 1,211 | Business Software And Services Market Report, 2021–2028 |
| 1,212 | Commission Statements Of Amy Rathbun (April 2011 - March 2017) |
| 1,213 | Commission Statements Of Art Robinson (April 2011 - January 2018) |
| 1,214 | Commission Statements Of David Armstrong (April 2011 - February 2015) |
| 1,215 | Commission Statements Of Joe Morini (October 2015 - November 2017) |
| 1,216 | Commission Statements Of Kurt Luporini (May 2015 - October 2016) |
| 1,217 | Commission Statements Of Mary Piehler (April 2011 - July 2015) |
| 1,218 | Commission Statements Of Michael Kenny (June 2014 - January 2018) |

| 1,219 | Commission Statements Of Scott Barker (April 2011 - July 2015) |
| 1,220 | Commission Statements Of Troy Stultz (September 2013 - May 2017) |
| 1,221 | Commission Statements Of Warren Young (April 2011 - January 2018) |
| 1,222 | Compensation Roundtable with OFCCP, "Highlights From The OFCCP And NILG Compensation Roundtable" |
| 1,223 | Compensation Roundtable with OFCCP, "OFCCP And NILF Hold Compensation Roundtable" |
| 1,224 | Compensation Roundtable with OFCCP, "OFCCP Week In Review Bonus" |
| 1,225 | Defendants' Amended Objections And Responses To Plaintiff's First Request For Production Of Documents (Doc 115) |
| 1,226 | Defendants' Objections And Responses To Plaintiff's Second Request For Production Of Documents (Doc 128) |
| 1,227 | Defendant's Privilege Log |
| 1,228 | 2014 Sales List |
| 1,229 | 2015 Sales List |
| 1,230 | Aamodt, et al. "The Science, Art & Whimsy of Making Salary Adjustments Following A Proactive Pay Equity Study" |
| 1,231 | Absolute Software Corporation Protected Class Terminations July 1, 2014 |
| 1,232 | Absolute Software, Inc. Protected Class Terminations July 1, 2014 |
| 1,233 | Ahmed et al., "The Proposed Virginia Coal Slurry Pipeline and Its Employment Effects on the Railroad Industry" |
| 1,234 | Amended Answer To Amended Complaint (Doc 42) |

** Will be provided subject to redactions and appropriate confidentiality provisions.

Dated: July 13, 2021

THOMAS & SOLOMON LLP

By:    s/ Jonathan W. Ferris

J. Nelson Thomas, Esq.
Jonathan W. Ferris, Esq.
*Attorneys for Plaintiff*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540

nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com