UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY VAN BRUNT-PIEHLER,<br><br>     *Plaintiff*,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC., ABSOLUTE SOFTWARE CORPORATION, GEOFF HAYDON, THOMAS KENNY, and TODD AWTRY,<br><br>     *Defendants*. | Civil Action No.: 16-cv-6313 (EAW) (MWP)<br><br>**NOTICE OF MOTION FOR DEFENDANTS' OMNIBUS MOTION *IN LIMINE*** |

**PLEASE TAKE NOTICE:**

| | |
|---|---|
| **MOTION BY:** | Defendants Absolute Software, Inc., Absolute Software Corporation, Geoff Haydon, Thomas Kenny, and Todd Awtry (collectively, "Defendants"). |
| **DATE, TIME AND PLACE OF HEARING:** | July 26, 2021 at 2:00 p.m. at the United States District Court for the Western District of New York at the United States Courthouse, Kenneth B. Keating Federal Building, 100 State Street, Rochester, New York 14614. |
| **RELIEF SOUGHT:** | Omnibus Motion *in Limine* to Exclude or Include Certain Evidence |
| **GROUNDS FOR RELIEF:** | Certain evidence that Defendants expect Plaintiff to introduce at trial is barred by the Federal Rules of Evidence. Certain evidence should be admitted because it is highly probative. |
| **SUPPORTING PAPERS:** | Memorandum of Law in Support of Omnibus Motion *in Limine*; Declaration of Laura M. Lestrade dated July 12, 2021 and exhibits attached thereto. |
| **DEADLINES FOR RESPONSE PAPERS PURSUANT TO PRETRIAL ORDER** | July 19, 2021 |

| | |
|---|---|
| **STATEMENT RE: REPLY PAPERS PURSUANT TO L.R.CIV.P. 7(A)(1)** | Defendants do not intend to file and serve reply papers. |

Dated: New York, New York
       July 13, 2021

**DORSEY & WHITNEY LLP**

By:    /s/ *Laura M. Lestrade*
      Laura M. Lestrade
      Mark S. Sullivan
      Joshua R. Kornfield
      51 West 52nd Street
      New York, New York 10019
      (212) 415-9200
      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021, I caused a copy of the foregoing Notice of Motion, to be electronically filed with the Clerk of the Court and served upon all counsel of record using the CM/ECF system.

*/s/ Laura M. Lestrade*

Laura M. Lestrade