UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY VAN BRUNT-PIEHLER,<br><br>         Plaintiff,<br><br>    v.<br><br>ABSOLUTE SOFTWARE, INC., ABSOLUTE SOFTWARE CORPORATION, GEOFF HAYDON, THOMAS KENNY and TODD AWTRY,<br><br>         Defendants. | Index No. 16-cv-6313(EAW) (MWP) |

## AMENDED VOIR DIRE INFORMATION

Pursuant to Section II of the Pretrial Order (Dkt. 257), Defendants Absolute Software, Inc., Absolute Software Corporation, Geoff Haydon, Thomas Kenny and Todd Awtry submit the following Amended Voir Dire Information.

 **1. NAME AND ADDRESS OF DEFENSE COUNSEL**

  Laura M. Lestrade
  Mark S. Sullivan
  Joshua R. Kornfield
  Natalie Athas (Paralegal)
  Vicki Obergfell (Trial Technology Specialist)
  Dorsey & Whitney LLP
  51 West 52nd Street
  New York, NY 10019

 **2. NAME AND ADDRESS OF DEFENDANTS**

  Absolute Software Corporation
  Vancouver, British Columbia, Canada
  Corporate Representative:
  Peter Chess
  General Counsel

Absolute Software, Inc.
Austin, Texas
Corporate Representative:
Peter Chess
General Counsel

Geoff Haydon
Atlanta, Georgia

Thomas Kenny
Missoula, Montana

Todd Awtry
Tyrone, Georgia

**3. LIST OF PROSPECTIVE DEFENSE WITNESSES**

a. **Todd Awtry**
Former Vice President of North American Sales for Absolute
Tyrone, Georgia

Mr. Awtry was plaintiff's immediate supervisor from January 2013 until the termination of her employment on July 1, 2015.  Mr. Awtry made the decision to terminate plaintiff's employment. Mr. Awtry is expect to provide testimony concerning plaintiff's job duties, performance, conduct, and compensation as well as his interactions with plaintiff and other employees.

b. **Thomas Kenny**
Former Executive Vice President and General Manager of Worldwide Sales for Absolute
Missoula, MT

Mr. Kenny was Mr. Awtry's supervisor and is expected to provide testimony concerning the organization and operations of Absolute's sales force, including the reorganization that became effective on July 1, 2015, and the hiring of individuals for the newly created sales acquisition roles. Mr. Kenny is also expected to testify about plaintiff's job duties, performance, conduct, compensation and termination.

c. **Geoff Haydon**
Former Chief Executive Office of Absolute
Atlanta, Georgia

Mr. Haydon is expected to testify about his efforts as CEO to transform Absolute from a company that focused on providing goods and services to

      state and local education departments and governments to one that focused on information security solutions for private enterprise clients.

   d. **Robert Booker**
      Executive Vice President, Human Resources
      Vancouver, British Columbia, Canada

      Mr. Booker is expected to testify concerning the demographics of Absolute's employees.

   e. **Leigh Ramsden**
      Former Director of Finance at Absolute
      Vancouver, British Columbia, Canada

      Mr. Ramsden is expected to testify concerning how quota attainment was credited on sales to the New York City Department of Education and the reporting of sales information at Absolute.  Mr. Ramsden is also expected to testify concerning his interactions with plaintiff.

   f. **Art Robinson**
      Former Area Vice President Sales at Absolute
      Norcross, Georgia

      Mr. Robinson is expected to testify concerning his interactions with plaintiff, Amy Rathbun and the individual defendants.

   g. **David Olshanski**
      Senior Litigation Technology Specialist, Dorsey & Whitney LLP

      Mr. Olshanski is expected to testify regarding his review of the metadata of document DEFS02735-2738 produced by Absolute to plaintiff.

   h. **Mary Van Brunt Piehler**
      Plaintiff

      Ms. Piehler is expected to testify as to the claims and defenses in this case. Defendants expect to call her for live testimony but reserve the right to offer her testimony through her deposition transcript.

   **Deposition Witnesses**

   i. **Daniel Berardo** (testimony to be submitted via his deposition transcript)
      Former Director of Human Resources at Absolute.
      Vancouver, British Columbia, Canada

      Mr. Berardo is expected to testify concerning the role and operation of Absolute's HR department and his conversations and communications with plaintiff regarding Todd Awtry and how quota attainment was credited on sales to the New York City Department of Education and his conversations with Todd Awtry and the reasons for the termination of plaintiff's employment..

j. **Errol Olsen**  (testimony to be submitted via his deposition testimony)
Former Chief Financial Officer at Absolute
Vancouver, British Columbia

Mr. Olsen is expected to testify about conversations he had with plaintiff regarding Todd Awtry, the change in culture at Absolute following the hiring of Thomas Kenny and Todd Awtry.

k. **Amy Rathbun** (testimony to be submitted via her deposition testimony)
Former Area Vice President at Absolute.
Austin, Texas

    Ms. Rathbun is expected to testify about her employment at Absolute.

l. **Chris Covell** (testimony to be submitted via deposition transcript)
Former Chief Information Officer at Absolute
Vancouver, British Columbia, Canada

Mr. Covell is expected to testify that plaintiff's email files from her email account at Absolute were preserved.

Dated: March 3, 2023                          DORSEY & WHITNEY LLP

                                                By  s/Laura M. Lestrade
                                                     Laura M. Lestrade
                                                     lestrade.laura@dorsey.com
                                                   Mark S. Sullivan
                                                   sullivan.mark@dorsey.com

                                                      51 West 52nd Street
                                                      New York, NY 10019
                                                      Telephone:  (212) 415-9200

                                                *Counsel for Defendants*