UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARY VAN BRUNT-PIEHLER,

                                       *Plaintiff,*

v.

ABSOLUTE SOFTWARE, INC., ABSOLUTE SOFTWARE CORPORATION, GEOFF HAYDON, THOMAS KENNY, and TODD AWTRY,

                                         *Defendants.*

---

**STIPULATION OF PARTIAL DISMISSAL**

Civil Action No.
16-CV-6313-EAW-MWP

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Mary Van Brunt-Piehler and Defendants Absolute Software, Inc., Absolute Software Corporation, Geoff Haydon, Thomas Kenny, and Todd Awtry, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff's claims that pertain to age discrimination under the Second Cause of Action (ADEA), the Sixth Cause of Action and the Eighth Cause of Action are dismissed with prejudice, and without fees, costs, or any other relief against Plaintiff or Defendants to the extent such costs or fees relates solely to those dismissed claims.

Dated: March 5, 2023

DORSEY & WHITNEY LLP

/s/ *[signature]*

Mark S. Sullivan, Esq.
Laura M. Lestrade, Esq.
Joshua R. Kornfield, Esq.
51 West 52nd Street
New York, New York 10019
*Attorneys for Defendants*

THOMAS & SOLOMON LLP

/s/ *[signature]*

J. Nelson Thomas, Esq.
Jonathan W. Ferris, Esq.
693 East Avenue
Rochester, New York 14607
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
Honorable Elizabeth A. Wolford
United States District Judge
Dated: March ___, 2023