

March 6, 2023

**VIA CM/ECF**

Honorable Elizabeth A. Wolford
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

    Re:    <u>Van Brunt-Piehler v. Absolute Software, Inc. et al.</u>
                  Civil Action No. 16-cv-6313-EAW-MWP

Dear Judge Wolford:

      Pursuant to Your Honor's request today for a proffer regarding how Ms. Piehler was not paid her Department of Education ("DOE") commissions, Plaintiff's Exhibit 166 demonstrates Mr. Awtry's directive that females be paid less than males. A copy of Exhibit 166 is attached as **<u>Exhibit A</u>**.

                                                     Very truly yours,

                                                     **/s/ Jonathan W. Ferris**

                                                     Jonathan W. Ferris

cc:    All counsel of record (via email)

# Exhibit A

Case 6:16-cv-06313-EAW-MWP   Document 351   Filed 03/06/23   Pag...

Plaintiff's Exhibit 166

| | |
|---|---|
| **From:** | Todd Awtry |
| **To:** | Mary Piehler |
| **Cc:** | Daniel Berardo; Caroline Nelson; Leigh Ramsden |
| **Subject:** | NY DOE Follow-up |
| **Date:** | Monday, June 30, 2014 6:01:44 PM |

Mary –

As a follow-up to our conversation earlier today around NY DOE.

We have finished our review of the NY DOE ordering process and wanted to share with you next steps:

- As you already probably noticed we held commissions until we were able to determine what commissions were actually earned.
    - We have determined that the bulk of the orders relate to accounts that were on the frozen list and should have been paid at 80%.
    - We will be paying all the New York Upper eastside and all other accounts that appear to be RESO A at 80% unless you can demonstrate to us that the order was from a new school where the funding source does not require Absolute Software to be part of the order.
    - Now that the investigation is complete we'll do a revised commissions calculation later today and overnight a manual check to you. Any additional commission will be paid once we have confirmed the facts.

- It appears there was some confusion around how best to handle these orders.
    - Starting July 1st all NY DOE orders should be entered as follows
        - All NY DOE orders and orders from the 5 NY DOE integrators should be entered in the NY DOE RESO A (master account) account
            UNLESS
        - It's a direct order from a "new school" where ABT S/W is not already baked into the requirements via the funding source.
    - Direct orders from "new schools" should have their own unique ID and customer center login to be considered a "new school".
    - Additionally all NYC DOE orders will be paid at 80% until the semi-annual review, except if they are new schools.

- The frozen list must be followed. Any situation that has ambiguity moving forward will need agreement from Finance and myself to be paid anything other than 80%.

- Additionally a copy of this email will be put in your permanent HR file.

Thank you for your understanding in this matter.

**Todd M Awtry**
**Vice President of Sales North America**
Telephone: 877-410-1318
tawtry@absolute.com | www.absolute.com

**A B S O L U T E   S O F T W A R E | Track. Manage. Secure.**
Gartner Magic Quadrant – A Visionary Vendor!
This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal.

CONFIDENTIAL                                                                                              DEFS00136