# UNITED STATES DISTRICT COURT
for the

Western District of NY

MARY VAN BRUNT-PIEHLER,
*Plaintiff*
v.
ABSOLUTE SOFTWARE, INC.,
ABSOLUTE SOFTWARE CORPORATION,
GEOFF HAYDON, THOMAS KENNY,
and TODD AWTRY,
*Defendant*

Civil Action No. 16-CV-6313 EAW

## INTERIM JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Jury finds in favor of plaintiff on her retaliation claim pursuant to the NYS Human Rights Law. Compensatory damages awarded in the amount of $75,000.

This action was *(check one)*:

☒ tried by a jury with Judge Elizabeth A. Wolford presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 03/17/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*