**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

MARY VAN BRUNT-PIEHLER,

*Plaintiff*,

v.

ABSOLUTE SOFTWARE, INC., ABSOLUTE
SOFTWARE CORPORATION, GEOFF
HAYDON, THOMAS KENNY, and TODD
AWTRY,

*Defendants*.

---

Civil Action No.: 16-cv-6313
(EAW) (MWP)

**NOTICE OF MOTION FOR
DEFENDANTS' MOTION FOR
NONTAXABLE COSTS**

**PLEASE TAKE NOTICE:**

| | |
|---|---|
| **MOTION BY:** | Defendants Absolute Software, Inc. and Absolute Software Corporation (collectively, "Defendants"). |
| **DATE, TIME AND PLACE OF HEARING:** | On a date to be scheduled by the Court. |
| **RELIEF SOUGHT:** | Defendants' Motion for Nontaxable Costs to recover Plaintiff's portion of a mediation fee paid by Defendants. |
| **GROUNDS FOR RELIEF:** | Plaintiff agreed to pay half of the mediation fee. |
| **SUPPORTING PAPERS:** | Declaration of Laura Lestrade dated August 26, 2024 and exhibits attached thereto. |
| **DEADLINES FOR RESPONSE PAPERS PURSUANT TO L.R.CIV.P. 7(B)(2)(B)** | September 10, 2024 |
| **STATEMENT RE: REPLY PAPERS PURSUANT TO L.R.CIV.P. 7(A)(1)** | Defendants reserve the right to file reply papers by September 17, 2024. |

Dated: New York, New York
       August 27, 2024

**DORSEY & WHITNEY LLP**

By:      /s/ *Laura M. Lestrade*
       Laura M. Lestrade
       Mark S. Sullivan
       Joshua R. Kornfield
       51 West 52nd Street
       New York, New York 10019
       (212) 415-9200
       *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2024, I caused a copy of the foregoing Notice of Motion, to be electronically filed with the Clerk of the Court and served upon all counsel of record using the CM/ECF system.

*/s/ Laura M. Lestrade*

Laura M. Lestrade