EXHIBIT 10
WIT: Piehler
DATE: 3-5-18
Mary Agnes Drury

Plaintiff's
Exhibit
exhibitindexes.com #779
10

## Performance Review

| | | | |
|---|---|---|---|
| Employee Name: | Piehler, Mary | Performed On: | 8/23/2013 |
| Supervisor: | Awtry, Todd M | Review Period: | 7/1/2012 - 6/30/2013 |
| Job Title: | Regional Director | | |
| Review Type: | Annual Performance Review | | |

### Company Core Competency

**Question**

Creativity/Innovation - Generates new ideas, challenges the status quo, takes risks, supports change, encourages innovation, solves problems creatively.

| | | |
|---|---|---|
| Weight: | 1.00 | |
| Reviewer Evaluation Result: | Meets Expectations | Reviewer Score: 3.00 out of 5.00 |
| Employee Evaluation Result: | Exceeds Expectations | Employee Score: 4.00 out of 5.00 |

Reviewer Comments: I only had 6 mths visibility to observe the competency.

Employee Comments: I openly share ideas and suggestions with my team and management, and I am willing to try new initiatives to increase business. I am the one who makes the plan for how the region moves forward. I have tried new ways to generate business this year and drove the initiatives myself: I personally attended HP, Dell, CDW business reviews, participated in the INTEL/Microsoft Regional Roadshow. We were the only regions that was invited by HP to be part of the HP Corporate Roadshow for their new line of mobile products. This came at no cost to ABT, and was purely based on my relationships with the HP PBM's. Similar with Dell, we partnered veryclosely to several corporate events.

2 good examples of this are the Dell/NikeTown customer events, where we have had 16 customers, at 2 different events. Key opportunities to come from this were, Catholic Health and NY Presbyterian. Also, I was the driver for the Absolute Manage/Absolute Service lunch and learns, that have educated all our AM customers in NY Corporate and NJ on the benefits of the combined offering.

**Question**

Customer Focus - Builds customer confidence, is committed to increasing customer satisfaction, sets achievable customer expectations, assumes responsibility for solving customer problems, ensures commitments to customers are met, solicits opinions and ideas from customers, responds to internal customers, displays a servant's heart.

| | | |
|---|---|---|
| Weight: | 1.00 | |
| Reviewer Evaluation Result: | Meets Expectations | Reviewer Score: 3.00 out of 5.00 |
| Employee Evaluation Result: | Exceeds Expectations | Employee Score: 4.00 out of 5.00 |

Reviewer Comments: I only had 6 mths visibility to observe the competency.

P000051

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/23/2013 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2012 - 6/30/2013 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Annual Performance Review | | |

**Employee Comments:**

Since joining Absolute, I have had to function for at least a quarter if not more as the AE in every one of my territories. With 2 remote AE's. I often fill in when it is a week they cannot be in the territory. While we seemed to have stabilized the AE/TM team in FY13, we started the year with 3 new AE's that needed to come up to speed. I also function as the main point of contact for the VAR's and potential VAR's in the Northeast. My efforts with NETx , Systems of NY, Advistor, and ASI.

FY2013 brought a few customer satisfaction challenges (mostly based on product issues), with The University of Pittsburgh, Boston Public Library, and Morgan Stanley. I personally got involved in every one and owned the problem. I not only coordinated the solving of the issues but in
every case I did not disconnect until the customers acknowledged they were satisfied. Recently on a few days notice, we put together a Corporate dinner in NYC when Thomas Keny was in town. As I sat there, I realzied that a year ago, we would not have been able to get 9 customers to a dinner in NYC. With 3 different AE's the NYC territory in 12 months, I think it is fair to say that I have had to be extremely customer focused.

## Question

Job Knowledge - Understands duties and responsibilities, has necessary job knowledge, has necessary technical skills, understands company mission/values, keeps job knowledge current, is in command of critical issues.

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** | 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Substantially Exceeds Expectations | **Employee Score:** | 5.00 out of 5.00 |

**Reviewer Comments:**   I only had 6 mths visibility to observe the competency.

**Employee Comments:**   I can be counted on to do my job and more. With many years of sales management experience, I think I fully understand the responsibilities of the RD job. From an industry perspective, I have a very wide cross section of experience that spans hardware, software, direct selling, channel selling, and 9 years of actually managing a VAR.I feel these skills enhance my ability to do the RD job at Absolute.

Anyone who has worked with me knows I have a passion for this industry.
I am current and conversational on many segments of the IT industry, and my experience has afforded me the opportunity to know many executives and IT consultants, and to retain a professional relationship with them. I use these relationships to position Absolute, to find new leads, and to help my team become more well rounded. A good example of this is a CISO, who is also a partner at Bonadio and Company, a large regional IT Security firm. Carl Cadregari has brought us several leads, and continues to engage at no charge to Absolute and promote our products. Another example is my relationship with the OEM's, whether that is Steve Harris the AVP at Dell, Tom Kendra, the VP/GM at Dell's Software group, or Tom Looney at Lenovo. I can strategically use these relationships to help my team.

I am going to repeat something I said last year in my review. I understand the role of the RD, and honestly I wish we had wider responsibility for the region. It seems like so many things that impact us are decisions made by other orgs with no input from us, and I find that different from any RD role I have previously had. For example, I do not think that marketing should decide that me or my AE cannot attend a local event because they have decided to fly in other people? I don't think the strategic partners for my region should be chosen by people who have not been to the region. I understand the value of cross functions interacting, but I think the RD role is key and should have more influence, or at lest be included in all Region decisions with marketing, channels, technical resource allocations, etc.

P000052

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/23/2013 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2012 - 6/30/2013 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Annual Performance Review | | |

**Question**

Self Development - Seeks out and accepts feedback, is a proactive learner, takes on tough assignments to improve skills, keeps knowledge and skills up-to-date, turns mistakes into learning opportunities.

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** | 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** | 3.00 out of 5.00 |

**Reviewer Comments:** I only had 6 mths visibility to observe the competency.

**Employee Comments:** I certainly took on the tough assignment to rebuild the Northeast, and also to accept what was probably the largest growth budget over a one or two year period. This did require accepting alot of feedback, from managers, cross functions and CXO's as we worked to win large global accounts such as ESPN, Cigna, Morgan Stanley, Marsh, etc. There is no doubt that what we learned negotiating these deals was new and enlightening to Absolute, as we had not previoulsy not played in global corporate accounts.

## Role Specific Competency

**Question**

Communication - Communicates well both verbally and in writing, creates accurate and punctual reports, delivers presentations, shares information and ideas with others, has good listening skills, actively participates and updates resources to keep others informed.

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** | 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** | 3.00 out of 5.00 |

**Reviewer Comments:** I only had 6 mths visibility to observe the competency.

P000053

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/23/2013 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2012 - 6/30/2013 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Annual Performance Review | | |

**Employee Comments:**

I believe one of the most important traits of a sales manager is to communicate well both with customers and internal cross functions. To me, this does not only mean verbal communication, or going along. it means inclusiveness of all parties involved, open honest discussion of issues and suggested resolution, and being able to honestly level set everyone's expectations in order to get the team producing. This can be challenging at Absolute because we all have different goals, and so much is done over email, which is never the best form of communication. I believe my team would tell you I communicate early and often, and I share a sense of responsibility that we as a team communicate with the others at Absolute as openly. With management my reports are always on time, complete and accurate.

The theft recovery team recently told me that they have never felt more a part of a region than they do now in the Northeast and they are actively sharing leads and follow up on a weekly basis.

As a region we improved our communications within our team, with The Absolute Manage folks, the Absolute Service team. I took the initiative to drive 2 territory wide communications initiatives, one with Dell and one with HP, to get us better communicating with them at a higher management level and both yielded specific sales opportunities for FY'13. This included a trip to Rio Rancho to participate in a business review with the HP teams, and also a series of meetings with the Dell Healthcare and Corporate LE teams where we had the opportunity to present our strategy for compliance. Those meetings opened the doors for my team to get 1-1 with the OEM AE's and led to a win at Bridgeport, U Penn Medical, and a large opportunity at NY Presbyterian Hospital. Andit gave us a working relationship with new managers at Dell.

It does frustrate me when others are not accurate in their communications, and go over my head to forecast business that is not real, or that they have no understanding of. Especially when they have never spoken to/met the customer or been anywhere near the opportunity. This is a company issue at Absolute, that I continue to work to open communication. I do feel that management is more aware of this issue now, and that the RD's have a better opportunity to fix this going forward.

**Question**

Initiative - Tackles problems and takes independent action, seeks out new responsibilities, acts on opportunities, generates new ideas, practices self-development.

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** | 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Substantially Exceeds Expectations | **Employee Score:** | 5.00 out of 5.00 |

**Reviewer Comments:**   I only had 6 mths visibility to observe the competency.

P000054

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/23/2013 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2012 - 6/30/2013 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Annual Performance Review | | |

**Employee Comments:**

Rebuilding the Northeast has been all about my initiative. With 2/5 of my AE's reps flying in, and a TAM who lives in Canada, I fill in for them on weeks they are not in the territory.

I personally hosted every channel event that was funded in the Northeast, and many VAR events. In most cases, I am the one who brought the VAR onboard. This is specifically true with NETX, Advisor, SYSTMS of NY, Affinity and ePlus. With the exception of NETx which just came on board in June, each partner has brought us a deal.

We have built a reputation of being an organized region, where people are held responsible. Honestly, I like this part of my job. It keeps me much more "in the game" than if I was just managing CRM and spreadsheets.

My sense of personal responsibility makes me takes ownership of issues in my region. Rather than letting a situation escalate, I'll immediately get a handle on the problem and find a solution. While I act independently, I do so within the company guidelines and my first escalation is always my immediate manager.

We have tried many new ideas in order to get this region producing revenue. All I ask is that we equally share the MDF, and the funding that other regions have had in the past.

**Question**

Organizational Savvy - Operates within the organization's formal and informal structures, builds allies and relationships across departments, uses allies to build consensus and create results, is appropriately diplomatic, understands others' roles and perspectives, can sell projects and ideas across the organization.

| | |
|---|---|
| **Weight:** | 1.00 |
| **Reviewer Evaluation Result:** | Meets Expectations |
| **Employee Evaluation Result:** | Meets Expectations |

| | |
|---|---|
| **Reviewer Score:** | 3.00 out of 5.00 |
| **Employee Score:** | 3.00 out of 5.00 |

**Reviewer Comments:** I only had 6 mths visibility to observe the competency.

**Employee Comments:** I have learned to adapt my style and approach here at Absolute.
I can come across as aggressive, especially if someone is not doing their job, or if they are talking about our business without the correct information. I am aware that my energy, passion and ability to execute can occasionally intimidate others, and I seek to balance that with getting the job done as required. Interestingly, everyone likes it when it benefits them, but occasionally complains when they are called upon to really step up and do their job. I have learned what issues to avoid and what
to take on. I try to rally support, and build an internal network at Absolute. I seek to be highly respected by people at all levels in the company. I have also opened my external network to folks at Absolute, including customers, OEM Executives, and Industry consultants.

I come from a background where Cross functions, Services and Tech resources were an integral part of my success. I am inclusive of all orgs on my team calls and meetings and in my day to day business.

**Question**

P000055

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/23/2013 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2012 - 6/30/2013 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Annual Performance Review | | |

People Development - Provides feedback and coaching, rewards hard work and risk taking, takes mentoring role, challenges and develops employees, accepts mistakes, provides visibility/opportunity.

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** | 3.00 out of 5.00 |
| **Employee Evaluation Result:** | | **Employee Score:** | |

**Reviewer Comments:** I only had 6 mths visibility to observe the competency.

**Employee Comments:**

### Question

People Management - Defines roles and responsibilities, motivates and challenges employees, delegates effectively, rewards contributions, manages collaboratively.

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** | 3.00 out of 5.00 |
| **Employee Evaluation Result:** | | **Employee Score:** | |

**Reviewer Comments:** I only had 6 mths visibility to observe the competency.

**Employee Comments:**

| | |
|---|---|
| **Reviewer Final Score:** | 3.00 out of 5.00 |
| **Employee Final Score:** | 3.86 out of 5.00 |

| Participant Type | Name | Score |
|---|---|---|

**Reviewer Overall Comments:**

P000056

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/23/2013 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2012 - 6/30/2013 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Annual Performance Review | | |

In my view here are the most important skills that leaders need to have in order to elevate the performance of their team:
1. The ability to set a clear strategy and align the organization to the priorities of the company
2. Effective communication skills (reporting business results, feedback to employees, accuracy forecasting, holding people accountable in their sphere of influence, etc.)
3. Being an innovative & creative thinker
4. Executing & delivering consistent results
5. Developing the skills of their employees
6. The ability to accept change

**Employee Overall Comments:**

Categories Added per Teena Mola's request:
1) People Development - Provides feedback and coaching, rewards hard work and risk taking, takes mentoring role, challenges and develops employees, accepts mistakes, provides visibility/opportunity.
My Rating: 4
I spend alot of time with my reps coaching, and also encouraging them to take risks, call higher and challenging them to stand up for Absolute as an AE and not be OEM dependent. This was a change in directive at Absolute, and it required coaching for the 2 reps who were previously TM's and totally OEM drivent. I feel that as a region, we now do this very well and often run events as Absolute andnot HP, Dell or Lenovo. We have built a rep/manager relationship that is supportive and open, and yet they understnad I hold them responsible.
2) People Management - Defines roles and responsibilities, motivates and challenges employees, delegates effectively, rewards contributions, manages collaboratively.
My Rating: 4

I am not aware of any people issues on my team that have not been promptly and professionally handled. In Q1 FY13 we had a serious HR issue with my top performer, so I engaged my management (JS) and the HR VP at the time (Leah Rubin) and we mutually agreed on a plan to address and correct the situation immediately. I believe this sent a messsge that we do address issues, and have a certain standard of behavior that is required to function responsibly as a company. My collaborative working relationship with my "non-direct reports" meaning the Absolute Manage team, the Absolute Service Team, the TAM's and TM's, and Investigative Services folks has steadily grown, and I believe they are 100% supportive of the Northeast and feel very vested in our success.

My Additional Comments:
FY13 was a challenge in the Northeast for a variety of reasons, the biggest issue being we started the FY with 3 newly hired AE's.

I felt the ramp up time of a new territory and new AE's held us back in Q1 and Q2, while we carried a 62% growth quota over a 2 year period. In FY12 we closed 2 large, non repeatable, deals (Morgan Stanley Enterprise 400K and DOE ILearn Federal Grant for 800K), and that propelled our quota in FY13. But I do understand that quotas are not calculated with repeatable deals in mine, we have to grow. I just felt the expected pace we were assigned in the Northeast, may have been out of line with the company's overall growth plan.

I think the overall performance of this region has pleasantly surprised many who knew the history of th eNortheat at Absolute, and know the model we currently work in. In the 10 quarters I have been employed at Absolute, we have grown the business Quarter over Quarter, 8 out of the 10, and almost 40% since I accepted the position.

I was in discussions last year at my performance review, to be promoted to an AVP (similar to Warren and Art) and I was assured that would happen in FY13. I came to ABT having been a VP for 8 years in a company of similar size. I do understand the management changes, and challenging issues at Absolute all were in play in FY13. But I would like to revisit the conversation in FY14.

I see huge potential at Absolute. with a growing portfolio of unique products and a passionate organization, and I look forward to making a great contribution in FY14!

**Employee Review Goal:**

Emailed metrics to everyone in organization July 22nd, 2013 for FY14

**Confidential Comments:**

**Manager's Signature:** _____                    **Date:** _____

P000057

## Performance Review

| | | | |
|---|---|---|---|
| Employee Name: | Piehler, Mary | Performed On: | 8/23/2013 |
| Supervisor: | Awtry, Todd M | Review Period: | 7/1/2012 - 6/30/2013 |
| Job Title: | Regional Director | | |
| Review Type: | Annual Performance Review | | |

I understand that my signature does not imply that I agree with the appraisal ,rather it acknowledges that the appraisal has been discussed with me.

**Employee's Signature:**                                                                                              **Date:**

P000058

*Ex 11*

## Performance Review

EXHIBIT  11
WIT: *Piehler*
DATE: *3-5-18*
Mary Agnes Drury

Plaintiff's
Exhibit
11

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/6/2014 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 1/1/2014 - 6/30/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

### Semi-Annual Performance Objectives

#### Question

2H - Q3 Revenue Attainment

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Needs Development | **Reviewer Score:** | 2.00 out of 5.00 |
| **Employee Evaluation Result:** | Needs Development | **Employee Score:** | 2.00 out of 5.00 |

**Reviewer Comments:** 68.9% attainment of Q3 Revenue

**Employee Comments:** We had a horrible Q3. Many deals slipped out to Q4. While the industry cited weather, business closings etc. for poor economic performance, we simply did not generate enough closeable business to carry us through Q3. The good news is, we did close the business in Q4, thus leading to substantial over-performacne.

#### Question

2H - Q4 Revenue Attainment

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** | 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Substantially Exceeds Expectations | **Employee Score:** | 5.00 out of 5.00 |

**Reviewer Comments:** 116.4% attainment of Q4 revenue

**Employee Comments:** Q4 was an all time high in raw sales for the Northeast. With raw sales of $5513 (116%)  and quota credit of $6189 (130%) This performance was led by a key win at Omnicom, and many mid-level enterprise wins. and the pick up in business at the Dept. of Education.  We were able to make the 2H quota and make up for the Q3 miss.

#### Question

P000041

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/6/2014 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 1/1/2014 - 6/30/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

Achieve BCG (Blood Commit Goal) accuracy of ~5+/-% by end of month 2 of the quarter

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** | 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** | 4.00 out of 5.00 |

**Reviewer Comments:** The goal for the year was to achieve +/- 5% of your end of month 2 call the ball. You achieved 5.3%.

**Employee Comments:** I feel my commits are accurate and I also increase them as I see move deals moving. I closely monitor CFI and Carepack sales where business has closed, however shipment and timing of registeration can impact the commit if the revenue is not recorded in the quarter desired. My individual teams accuracy is also very good.

### Question

Balance achievement through entire portfolio

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Needs Development | **Reviewer Score:** | 2.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** | 3.00 out of 5.00 |

**Reviewer Comments:** Manage and MDM combined are up 2% year on year and are the smallest in aggregate of all the 5 regions. Service is up 342% but the number is Up $100k year over year and only $127,000. While I understand the challenge around resources. It is your job to communicate what's not happening from a quantitative perspective so that others can make necessary adjustments to support you

**Employee Comments:** Balancing has been difficult for us since our largest account (NYC DOE) is 100% Computrace. However our AM business was up YOY and our Service business was up YOY. Until we get those stats to a reasonable level, vs CT sales, there will not be true "Balance". The company itself is no where near "Balance" so best we can hope for is YOY growth in order to get us going in the right direction. Neither the AM or ABS Service resource live in the Northeast and it is clear to see that those regions who are doing better in this metric are glued to local resources such as Todd Nugent, Drew Dennis, Phil Byrd. If Balance is the goal, we have to balance the resource participation.

P000042

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/6/2014 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 1/1/2014 - 6/30/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

### Question

Ensure the team is driving strong relationships with ALL OEM's in their patch.

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** | 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** | 4.00 out of 5.00 |

**Reviewer Comments:** Your OEM relationships are strong

**Employee Comments:** We do well with OEM relationships and I lead that charge. I hold key relationships with HP, Dell and Lenovo Management. I heavily used this to assist with closing UTC by engaging Dell's management. I regularly attend HP and Dell business reviews and meet F2F with Dell's AVP in the EUC division, Brian Chester the Area VP and his 3 direct RD's. With Apple, there was a 100% management change in the Northeast and I immediately engaged with the new VP for the East, Monte Rector.
I also led a Regional initiative to do more business with Panasonic, Toshiba and Motion, that led to closing a large Panasonic deal in the Mid A..

### Question

Establish tight linkage and communication with the VAR team.

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** | 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Substantially Exceeds Expectations | **Employee Score:** | 5.00 out of 5.00 |

**Reviewer Comments:** I'm not sure if you have engaged in with her how you can substantially exceed. I think there's much more work to do here

**Employee Comments:** I have not only engaged with Sara, I have accompanied her to meet VAR's that I hold relationships with such as ASI. I did participate in helping her with her PMP and I speak regularly with Sara about how we can best engage, and she actively participates on my team calls and forecasts.
I have suggested that it's time to move the conversation away from the VAR's offices and to engage with them and their customers/prospects. I included her in a Dell dinner in NYC so she could meet Dell Management and get a feel for their partners.

P000043

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/6/2014 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 1/1/2014 - 6/30/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

**Question**

Expense Reporting submitted every 2 weeks, forecasts and other required reports submitted on time with accurate details and information.

**Weight:** 1.00

| | | | |
|---|---|---|---|
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** | 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** | 3.00 out of 5.00 |

**Reviewer Comments:** I agree your expenses are turned in adequately

**Employee Comments:** I believe my expenses are timely and within corporate policy. If I need an exception I ask in advance.

**Question**

Grow Year over Year revenue in Absolute Manage

**Weight:** 1.00

| | | | |
|---|---|---|---|
| **Reviewer Evaluation Result:** | Needs Development | **Reviewer Score:** | 2.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** | 3.00 out of 5.00 |

**Reviewer Comments:** Manage and MDM combined are up 2% year on year and are the smallest in aggregate of all the 5 regions. Only $654,640 for the year in NE, that's an average of $130k annually per rep and $12.5k per month

**Employee Comments:** Statistically we did grow YOY according to my last Warbook.
What we lack is large sales to our CT base and this is a key initiative in FY15.
We have sold some key accounts AM that are not CT users, which is unusual (NewsCorp, Time, Estee Lauder). So we need to re-examine the CT installs and see if we can get more interest.

**Question**

Grow Year over Year revenue in Absolute Service

**Weight:** 1.00

P000044

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/6/2014 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 1/1/2014 - 6/30/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

| | | |
|---|---|---|
| **Reviewer Evaluation Result:** | Needs Development | **Reviewer Score:** 2.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** 3.00 out of 5.00 |

**Reviewer Comments:** $127k this needs to be a focus this upcoming year. This dollar amount is 50% lower than the next closest region.   If you don't feel like you have the right resources necessary to be successful, it's important to quantify that, and share that with the appropriate folks.  Face-to-face meetings that weren't delivered on demos that weren't followed up on, etc.

**Employee Comments:** While this has been difficult for us, we did have YOY growth.
with a key win at Maines Paper and Philadelphia Schools. We have had
many support challenges and lack the resources to work through them in a timely fashion with the customer.

We also identified large Service opportunities at Cornell (in pilot now), Sacred Heart University and
Omnicom. I feel our business would be accelerated if we had better pre-sales support.
The web demo is not a substitute for F2F sales calls.
This is easily demonstrated by Todd Nugent at GSM showing us a mobile app
that we did not know existed! Darren has told me that he plans to add a
resource in the Norheast in FY15.

## Question

Lead your team by example – approach the business with a CAN DO attitude that drives creativity in closing business.  Maintain professionalism with your direct reports when discussing all aspects of Absolute's business.

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Substantially Exceeds Expectations | **Employee Score:** 5.00 out of 5.00 |

**Reviewer Comments:** You play an active role and closing deals. Now you need to demonstrate the can-do attitude in service and manage

**Employee Comments:** I play a very active role in this region. With the reps, the customers, the partners and OEM's.
Even as far as events, I am onsite, and susually the driver in dinner meetings and overall coordination.
Honestly, I feel the team knows they can count on me whether that is to fill
in for meetings they are unable to make, or to attend OEM business reviews
and come back with new opportunities identified. Right now, I am trying to
drive the Microsoft Surface Pro3 initiative with the MSoft Northeast VP's. I
do not need to be told to do this, I take the iniative to do things that will help us get
new business.

P000045

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/6/2014 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 1/1/2014 - 6/30/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

### Question

Maintain an accurate and healthy pipeline that supports quota attainment of 110% in CRM.

**Weight:** 1.00

**Reviewer Evaluation Result:** Meets Expectations    **Reviewer Score:** 3.00 out of 5.00

**Employee Evaluation Result:** Meets Expectations    **Employee Score:** 3.00 out of 5.00

**Reviewer Comments:** You maintain a healthy and accurate pipeline in CRM

**Employee Comments:** Our pipeline is accurate, reviewed weekly, and I focus more on quality than quantity of opportunities. I do micro manage the leads weekly as I feel this is key to new accounts. Mike Kenny noted we are the best in NA as far as statistical follow-up.

### Question

Operate within the organizations formal and informal structures and build alllies and relationships across the company. Use these alliances to build consensus and create results while sharing best practices across the organization. Be prepared to discuss in detail how your met this objective each quarter.

**Weight:** 1.00

**Reviewer Evaluation Result:** Meets Expectations    **Reviewer Score:** 3.00 out of 5.00

**Employee Evaluation Result:** Exceeds Expectations    **Employee Score:** 4.00 out of 5.00

**Reviewer Comments:** It is important for you to build alliances and relationships across the enterprise, not only with the resources that are in the Northeast, but the entire company you need to take personal ownership in the success of your region, if you're NOT getting what you need you need to relentless in your pursuit of the resources

**Employee Comments:** I reach out to other orgs all the time. I have to, as the resources are not located here, nor do they know the Northeast business. Traditionally the NE has not had attention from the cross functions or support orgs, probably due to geographic location more than anything else. But also we are a "new" team, meaning not a lot of heritage Absolute people.
-The Investigative Services team is very tightly aligned with my AE's and we go on calls together.
-We led the country in UCI Sales with Harvard and University of Pittsburgh, RIT
-We tightly partner with the channel team and I attend more reviews and mtgs with Northeast OEM management than they do. In fact, when Lenovo needed to hire a rep in the Northeast, the manager called me to recommend someone, I did, and they hired my recommendation.
- We work closely with Global Support on the large key accounts (UTC, Morgan Stanley, Fidelity, ESPN).

P000046

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/6/2014 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 1/1/2014 - 6/30/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

**Question**

Seek out feedback, be a proactive learner and take on challenging assignments as needed. Be a creative problem solver welcoming and attacking the unknown. At the end of the half be ready to communicate what challenging assignments you took on and how you did on the assignment.

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Needs Development | **Reviewer Score:** | 2.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** | 4.00 out of 5.00 |

**Reviewer Comments:** While being creative and taking on challenging customers is a strength of yours.... the goal as documented was to take on proactive learning and challenging assignments I have seen very little of the pro activity and request for challenging assignments from you in FY14

**Employee Comments:** I was hired here to tackle a problem with this region, that had constant turnover of AE and RD's and very little business, less than $10 mil a year.
In my tenure the region has grown 50% in revenue and added marquis accounts, such as Morgan Stanley, M&T, UTC, Omnicom, Time, News Corp, ESPN, M&T, Cornell, just to mane a few. This year we grew 14% with one less team for 6 months and no channel rep in play.  Very rarely do we have a problem that I don't take responsibility to solve, seek input and then communicate the fix.
Clearly wining UTC and Omnicom, totaling over $1.5 in revenue was a key differentiator in our revenue. The creative packaging on both deals, the assistance of Dell on UTC to get us in front of the right people with our proposal and to get the approvals needed, was assisted by my relationship with the GAM's and integrators (CSC).

Very specifically,  I did the research on the penalties UTC was incurring for losing data/laptops, and did the ROI  on the remediation they could enjoy if we could convince them that CDP eliminated those concerns. called out in the lawsuit they were served. I do feel understanding this process may help us in other accounts  if we can uncover similar issues.

**Question**

Set a high cadence for customer interaction and continue to push the team to be proactive in developing new customer relationships.

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** | 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Substantially Exceeds Expectations | **Employee Score:** | 5.00 out of 5.00 |

P000047

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/6/2014 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 1/1/2014 - 6/30/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

**Reviewer Comments:** I know you take a pro active role in developing new customer relationships in your region

**Employee Comments:** I am very pro-active with customers. In addition, I have a short list of customers and VAR's who call me first to solve their issues. (U Pitt, is a great example) I am not sure this is ideal, but it does demonstrate my involvement and trust the customers put in my ability to interact with them. Since I started here, I have been the AE for some period of time in every territory as we replaced people. This gave me a different perspective on coverage and interaction. This year I filled in for Dan Potter, carrying M&T, RCSD, Corning, and all the NYS Contract activity with HP and Lenovo for 2 quarters. When Randy left in Q4 I had to assist with U Penn, Asplundh and Grove City. With 2 reps traveling in from Vancouver, I have been the fill in on many occasions with customers, representing Absolute.

**Question**

Set clear goals around accountability and predictability for your team

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** | 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** | 3.00 out of 5.00 |

**Reviewer Comments:** I can see you're working for more predictability in your region keep up the work

**Employee Comments:** Our goals and expectations are very clear and I believe my team will tell you that. I document the good and bad and we discuss much more than just sales, as we often talk about the importance of a longer tem account plan, as we struggle to cross sell and seek that "balance"

**Question**

Show revenue growth Year over Year in your territory

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Needs Development | **Reviewer Score:** | 2.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** | 4.00 out of 5.00 |

P000048

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/6/2014 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 1/1/2014 - 6/30/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

**Reviewer Comments:** While your tenure growth has been good. The goal was 20% growth year on year and the next closest region was 10% points higher than you

**Employee Comments:** We had solid YOY revenue growth of 14% with one less sales team vs. FY13.. Since my arrival at Absolute the Northeast has had over 52% revenue growth. (10 mil vs,15.2 mil).

**Question**

Take "ownership" of resources that support your district – SE's, VAR etc. – and ensure you are getting the value from them to drive and close business within your district.

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** | 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** | 3.00 out of 5.00 |

**Reviewer Comments:** If you feel you don't have the real control you need to get some documented agreed upon committments with all associated stakeholders and get this squared away your success is dependent on it

**Employee Comments:** While I do take "ownership", I don't feel I have real "control". Meaning that we are not in the desired model, nor are the support resources of the skill level that other regions have. I have addressed this, as has my team, but we have not seen any action to assist us. I do feel the company recognizes this, but has not yet taken action. Darren says he plans to hire a Northeast resource in FY15. Bill D has not made any commitment, but it is clear we don't have a resource at the level of a Drew Dennis, Conan Taylor of Charlie Noonan, and my team is asking for this regularly. They have specifically communicated to Bill D that we lack some key expertise needed to win new accounts. Peter Frankl has worked very closely with us to boost AM business. In order for me to have "ownership" of this, I need a receptive Senior Management Team to reconfigure support in the Northeast. This is a good discussion for FY15. As Absolute grows and we have more cross functions, it becomes imperative that the RD has a louder voice in what is happening in their region, if we are to be held accountable.

A good example this year was uncovering Oktay had a part time job during the work day. He was not my employee, so I reported it, and then allowed his management to proceed. We lost value from him as a CER, so I did not feel I had "ownership" or "control" of the situation. This put me in an awkward position with my team, who depended on him as a CER. I continued to support the CER role, and yet this occurred for over 4 months unaddressed. I would like to see the RD's have a louder voice when issues impacting their revenue occur.

P000049

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 8/6/2014 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 1/1/2014 - 6/30/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

**Reviewer Final Score:** 2.94 out of 5.00
**Employee Final Score:** 3.71 out of 5.00

**Reviewer Overall Comments:**

One of the organization's new mandates is consistent quarter on quarter growth

**Employee Overall Comments:**

We kept motivated through a very difficult year and ended up succeeding in 2H and finishing at an estimated 96% of annual goal. I am proud of my team for the strong finish.

I am committed to Absolute, as I think the potential here is worth the stretch. I'm encouraged by the new CEO who seems to be aggressive, and yet has an understanding of the great potential ahead of us, if we all pull together. I think we can do well in FY15.

**Employee Review Goal:**

**Confidential Comments:**

**Manager's Signature:**                                                                                  Date:

I understand that my signature does not imply that I agree with the appraisal ,rather it acknowledges that the appraisal has been discussed with me.

**Employee's Signature:**                                                                                Date:

P000050

# This may help on the DOE discussion



EXHIBIT 15
WIT: Piehler
DATE: 3-5-18
Mary Agnes Drury

Plaintiff's Exhibit
15

**From:**

Mary Piehler <mpiehler@absolute.com>

**To:**

Todd Awtry <tawtry@absolute.com>, Leigh Ramsden <lramsden@absolute.com>

**Date:**

Thu, 26 Jun 2014 21:59:11 +0000

See below for my original "ask" and explanation for the DOE and how we could break out the old vs. new business in order to determine what was to be accelerated. Maybe this will help, as this is what got agreed to.

As for specific schools, we called out the frozen schools on this list below, that was sent by Leigh on 8/21:

| | |
|---|---|
| Brooklyn Public Library | 3,922 |
| College of New Rochelle | 6,135 |
| Community Roots Charter School | 2,941 |
| Connetquot Central School District | 5,191 |
| CUNY - BOROUGH OF MANHATTAN COMM COLLEGE | 2,483 |
| CUNY - Bronx Community College | 4,025 |
| CUNY - CITY COLLEGE OF NEW YORK | 11,797 |
| CUNY - College of Staten Island | 2,011 |
| CUNY - Graduate Center | 2,268 |
| CUNY - HOSTOS COMMUNITY COLLEGE - Main Account | 12,739 |
| CUNY - John Jay College | 4,703 |
| CUNY - Lehman College | 19,381 |
| CUNY - Medgar Evers College | 3,502 |
| CUNY - Queens College | 16,813 |
| CUNY - York College | 4,181 |
| DORMITORY AUTHORITY | 2,549 |
| EASTCHESTER UNION FREE SCHOOL DISTRICT | 2,530 |
| Edison Learning Center | 19,187 |
| Half Hollow Hills School District | 4,863 |
| Hewlett Woodmere Public School | 1,900 |
| Levittown Public Schools | 4,963 |
| Mount Vernon City School District | 2,740 |
| New Visions For Public Schools | 29,497 |
| New York Public Library | 27,713 |
| NYC Dept of Homeless Services | 3,304 |
| NYC DOE - ARRA Independent Schools | 70,397 |
| NYC DOE - AUGUST MARTIN HIGH SCHOOL | 1,744 |
| NYC DOE - BAYCHESTER ACADEMY | 2,943 |
| NYC DOE - Bronx Charter School for Better Learning | 3,459 |
| NYC DOE - BRONX LEADERSHIP ACAD 11 HS | 2,599 |
| NYC DOE - Bureau of Non Public Schools | 196,105 |

DEFS01030

| | |
|---|---:|
| NYC DOE - CASS | 12,550 |
| NYC DOE - CE HUGHES H S F/ THE HUMANITIE | 2,886 |
| NYC DOE - Eleanor Roosevelt High School | 6,841 |
| NYC DOE - Forest Hills High School | 2,736 |
| NYC DOE - I.S. 181 Pablo Casals | 2,017 |
| NYC DOE - INTERMEDIATE SCHOOL 302 | 2,766 |
| NYC DOE - IS 235 | 513,111 |
| NYC DOE - iZone / iLearn | 344,251 |
| NYC DOE - LEON M GOLDSTEIN HIGH SCHOOL | 2,251 |
| NYC DOE - M.S. 243 THE CENTER SCHOOL | 3,471 |
| NYC DOE - Magnet School for Science & Technology | 8,890 |
| NYC DOE - Manhattan Comprehensive | 16,858 |
| NYC DOE - P.S. 008 Luis Belliard | 2,836 |
| NYC DOE - P.S. 065 | 2,893 |
| NYC DOE - P.S. 169 Sunset Park | 4,332 |
| NYC DOE - P.S. 171 Patrick Henry | 2,284 |
| NYC DOE - P.S. 207 Rockwood Park | 2,017 |
| NYC DOE - P.S. 290 Manhattan New School | 2,208 |
| NYC DOE - PS 048 William C. Wilcox | 2,292 |
| NYC DOE - PS 198 Isador E. Ida Straus | 2,807 |
| NYC DOE - PUBLIC SHCOOL 114 | 5,781 |
| NYC DOE - RESO A | 819,895 |
| NYC DOE - School Construction Authority | 29,949 |
| NYC DOE - SFP | 42,239 |
| NYC DOE - THE GLOBAL LEARNING COLLABORATIVE | 2,044 |
| NYC Office Of Emergency Management | 1,293 |
| NYU - School of Medicine | 39,689 |
| NYU Division of Libraries | 7,468 |
| PACE UNIVERSITY REAL | 4,107 |
| Pratt Institute - SCI | 7,212 |
| PUBLIC SCHOOL 120 | 2,342 |
| PUBLIC SCHOOL 62 | 2,027 |
| Queens Library | 6,099 |
| RESEARCH FOUNDATION OF CUNY | 1,756 |
| Roslyn Public Schools | 3,026 |
| Rye Neck UFSD | 6,658 |
| Sachem Central Schools | 10,551 |
| St. John's University | 190,625 |
| St. Luke's School | 2,335 |
| SUNY - Nassau Community College | 2,961 |
| SUNY - Old Westbury | 1,872 |
| SUNY - WESTCHESTER COMMUNITY COLLEGE | 5,482 |
| SUNY Fashion Institute of Technology | 3,076 |
| SUNY STONY BROOK UNIV MEDICAL CTR (Main Account) | 29,197 |
| The Educational Alliance | 2,899 |
| Uniondale UFSD | 12,889 |
| Village Community School | 3,482 |

Confidential

| | |
|---|---:|
| Westchester County | 31,420 |
| | **10,778,961** |

Regards,

Mary Piehler
Director, Northeast Region
phone: 585 425 1852  mobile: 585 721 9218
mpiehler@absolute.com | www.absolute.com
A B S O L U T E  S O F T W A R E | Track. Manage. Secure.
Gartner Magic Quadrant — A Visionary Vendor!
This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal.

---

**From:** Mary Piehler
**Sent:** Monday, July 22, 2013 7:55 AM
**To:** Leigh Ramsden; Todd Awtry
**Subject:** Northeast Hard Deck Contested List

Leigh/Todd,

The accounts I highlighted on the attached sheet are the ones the teams want to question. Below is a brief explanation for each.  Please let me know if you have any questions or want to discuss. Thanks.

**MidAtlantic:**

1. **Keystone Central Schools:** Absolute Manage opportunity where we actually sold a POC of 1000 licenses in Q4. Had we not charged for the POC this account would not be on the list. The order for the additional 3000 is in house. The customer had to wait for their new fiscal year to purchase.

2. **University of Pennsylvania:** Team has been discussing a University wide mandate for 20,000-30,000 MDM licenses While they have made some purchases, none of those are related to a university wide program of such size.

3. **Philadelphia Division of Technology:** is actually a buying consortium for many different entities. By blocking this, you block all new business that would go through them. For example a net new customer such as the opportunity identified as Philadelphia Airport will actually place a PO through this consortium.

4. **Public Health Management Corp:** This is a huge entity where we only have a 1753 licenses. The total potential there is over 20,000 CT licenses. Sp we are less than 10% penetrated

5. **Temple University**: Very small penetration, and we just started to call on this account. The CIO retired and we have to rebuild a relationship with the new IT team.

6. **West VA Office of Technology**: This is just the procurement office. Absolute is an option on the West VA contract win with HP. But we have to win each agency, by partnering with HP so that iPads, chrome books, etc do not become a standard where we cannot play with CTC. We have a customer event there in a few weeks to get state wide visibility for our products, using CT as the lead.

7. **Westinghouse Electric:** This is an account we sold a pilot in for 500 licenses and only 100 are currently deployed. The potential is 10,000+ if we can get the pilot implemented and successful.  What we have sold is a

DEFS01032

very small penetration.

**New England:**

1. **Cigna:** We just broke into this account in 2013. We have only been able to sell what could be paid for with extra funds, as no money was budgeted for CT.  We offered them a 3 Phase proposal and they have only accepted and purchased  Phase 1.  We are expecting 3,500 additional licenses if Phase @ is accepted and they  remain with CT for a different division. Phase # is a retro fit for current systems on lease without CDP. before the end of the year based

2. **Bridgeport Schools:**  This is a district, not a school.  IT was a net new account for us in FY13, however we saw no sales credit. This was a sale for the high school only that was closed in April of FY13 and the carepaks did not register untilFY14, even though the product shipped. There is a new project for a 1-1 School Initiative that will yield us additional revenue if we win, and if the customer sees value in staying with laptops with CT, as opposed to going chrome books or iPads. Considerable selling effort is going to have to be exerted in order for us to stay in play. This project includes the middle school and the elementary school, not the high school reflected in the prior purchase, so new seats, not just additional to the same school.

3. **Fidelity:** This is a special deal that Rob Chase cut with the customer. The deal expires in FY14 and unless we want to continue selling CT at about $5 per license, it will have to be totally re-sold at a higher price.  35,000 seats are at risk here from the previous 5 year deal. I do not believe this will be able to be managed or re-negotiated by a CER.

4. **Boston Public Schools**: has 8000 systems installed, sold school by school.  The potential here is for 100,000+ if we can continue to penetrate school by school. They d no not make overall buying decisions, but they centrally issue PO's when each school sends in procurement information.

5. **ESPN:** Very small % penetrated, less than 10%. Only 2000 seats, and the opportunity is for 30,000. Initiative in process with ESPN investigators and our recovery services team to discuss new projects and sell worldwide.

6. **Bain and Company:**  This is a high maintenance account, requiring constant  interaction and F2F  meetings in order for us to stay in the game. Mark Kelly meets with Michael Doherty, the Director, on a monthly basis and to discuss the Computrace license counts. which has led to an increase each year as Bain brings on new departments and divisions.

**New Jersey:**

1. **Mars:** We have only sold 100 licenses for their executive machines. Mars is a global, company with many divisions and 100 licenses is not much penetration.

2. **Medco:** This account was recently acquired by Express Scripts, who is not an ABT customer, and their CIO has ordered that no more CT be bought.  If we want to retain this account, it will require onsite mtgs with the new CIO and management team and a complete resell of the ROI of CT. This would represent an opportunity to cross sell into the base of Express Scripts PC's. We now only represent a small percentage of the overall new base.

3. **NRG:** They recently merged with a new company named GenOn, and most of the NRG IT staff was let go. GenOn is not a customer and has ceased buying new licenses from us at this point. Again, another sales job will need to be done as we meet with  new IT team. 50,000+ licenses at risk.

4. **Virtua Health:** We have sold less than 10% of the potential there, 10,000 seat opportunity.

5. **Covance:** We are currently in the process of negotiating a 3 year CT deal with very specific T's and C's..

Confidential                                                                                                                    DEFS01033

6.   **SGS:** The current MDM opportunity is WW for 10,000 licenses, so that would be "new".  They only have 2000 CT licenses, and with the MDM opportunity, we are looking to expand the CT base as well.  The CT potential is 80,000 seats, so again we have a very small penetration.

**Upstate:**  Indicated in RED where this account resides in FY14 since Upstate was disbanded.

1.   **Erie County Medical:** has only 74 active licenses in play. We are attempting to sell them 2000 more to penetrate the entire facility.  This account will move to NY Corporate in FY14.

2.   **M&T Bank:** M&T has never bought any product from Absolute. They acquired a bank (Wilmington Trust) who was a CT user in the branches,  and that account was merged into M&T in Q3 in our CRM.  At that time we had been working with M&T to get CT as a standard for the parent bank and all acquisitions.  Right now, they have stopped buying CT all together, and the license count is being retired, as most of the Wilmington IT employees were let go, and all IT decisions are now made in Buffalo. The bank is in the process of merging all the acquired banks into their IT strategy which at this time does not include CT.  M&T is also in the process of acquiring Hudson Bank Corp. which is not a current Absolute customer. Unless we can win M&T's overall strategy, Absolute will not have a presence in this account at all after June of 2014, when Wilmington's remaining licenses expire.  We have been working technical issues with HP and CDW to try and be named a standard in the  next image refresh to Windows 7 with CDP.  This account will move to NY Corporate in FY14.

3.   **WYNIT:** This is not an end user, this is a distributor, not a customer. Not sure why this even showed up.

4.   **SUNY Central:**  We are fine if this represents the central IT Org in Albany only, for their own use in Albany only. , but this should not represent new schools that we penetrate, such as SUNY Geneseo, Monroe Community College, etc.  We need the flexibility to name a new SUNY, even if the PO is generated at SUNY Central.  This account will move to NY Public for FY14

**New York Corporate:**

1.   **Broadridge:**  They bought an eval pilot in April of 2013 for 100 licenses. Had we not sold the eval, this account would be considered "net new". This represented way less than 10% of the overall potential. We currently have over 1000 systems quoted if the pilot  goes well.

2.   **Omnicom Group:** This is the parent company. WE understand that specific agencies who are users will be paid at the 80% rate. But the net new agencies should not be included in that rate. Licenses are bought per agency, and should be separately named to the Hard Deck, not the overall parent.  We have penetrated less than 7 agencies overall.

3.   **Morgan Stanley:** This is a strategic Enterprise account with an annual negotiation. This took 18 months to  get installed and has only been live since May 2013. Based on their complexity, and the amount of hand holding by the account team we need to stay in front of this account to insure that the CT remains in use as they virtualize their infrastructure.  We hold weekly calls and monthly onsite visits to the team. I am not comfortable with a CER talking to the Managing Director at Morgan Stanley on an enterprise deal.

**New York Public:**

1.   **NYC DOE iLearn/iZone:** This project was completed in FY13. There is a new project that will be federally funded in FY14 for additional, not yet named schools. Not sure how we will identify the new schools that will be funded under the new, soon to be approved federal grant.

2.   **NYC Department of Education:** The DOE business will be the major issue in NYP. Not sure how we can specifically identify new schools that purchase through SCA, ResoA or FAMIS, as those are "funding sources" and "buying vehicles" not entities that buy for their own use. All I can suggest is that we do the renewals at an 80% credit rate, but the new business at the other rate. Once a school has spent their project funding, we have to find new schools or new projects for additional licenses. There is no "run-rate" as the grants are spent in full, per new project. We are open to your suggestions as to how to best track and be credited for new business in the DOE.

- **Resolution "A" (Reso "A")** projects are school specific capital improvement or enhancement projects that are funded through individual grants which are allocated by the Borough Presidents or members of the New York City Council. The most common Reso "A" projects are upgrades to a school's technology, for specific schools and classrooms.

- **The School Construction Authority (SCA)** has also been able to utilize Reso "A" funding to complete some innovative projects such as a Challenger Space Center, an Edible Schoolyard farming project.

- **FAMIS** is a buying portal that certain schools have access to. Again, they do not buy for their own use. FAMIS was developed by the Contracts & Purchasing and Financial Operations. The Portal facilitates the ordering of goods and services, including products from Absolute Software. We continue to negotiate quarterly with the DOE to remain a choice in the FAMIS portal. Right now (July 2013) we are not offered in the portal and are attempting to re-negotiate as we speak.

Regards,

Mary Piehler
Director, Northeast Region| Absolute Software Corporation
phone: 585 425 1852 | mobile: 585 721 9218
mpiehler@absolute.com | www.absolute.com
**Absolute Software** | **Track. Manage. Secure.**

Gartner Magic Quadrant – A Visionary Vendor!
Become An Absolute Fan! Facebook | LinkedIn | Twitter
This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal.

Plaintiff's
Exhibit
18

*Bernardo says Sent to Todd + cc him*

*6/30*
*Bernardo*

Thank you for your explanation Todd.

While I don't feel that your information is all factually correct, I do understand that corporations conduct investigations and need to come to conclusions, whether I agree or not. I do want to document a few things in response to your email.

We met face to face in Philadelphia at the Q1 FY14 PMP and had a lengthily discussion of this issuea, and I felt we came to agreement last July. I documented the issues with ResoA, SCA, and FAMIS orders. It is disheartening now that the year is over and the business is closed, that you feel we are "baked in" so that is only worth 80%. While I have heard this term used at Absolute, let me be clear that there is no contractual agreement between the DOE and Absolute Software saying that any order going through ResoA has to include Computrace. This is Urban Legend, and although we sell a lot of CT through ResoA, there is no guarantee that this continues without us actively promoting our solution with the DOE schools, the OEM's and the Integrators. And these arrangements change all the time. What is stable is the bundled pricing. One price for laptops, one price for netbooks, both that include licenses and Professional Services.

If you can show me a contract/agreement that says we get all this business automatically, I would like to see it. And I would ask you how long do you think that term is for?

*I Know this does not exist- Todd is making this up.*

I point this out for a business reason. With an RFI for 10000+ Chromebooks on the street, Apple in there selling iPads vs. us and an OEM selling systems that are managed and protected, and a new DOE Chancellor, as the RD I feel it is a bad strategic decision for Absolute to assume that we are "baked in" and will automatically get this business. If we don't aggressively work with the DOE, the integrators and the continually changing list of *approved* OEM's, we have huge risk of being left out. I do understand that some people may tell you it's automatic, it's easy to say that after the deals are in. But there is no contractual agreement in place, you are assuming.

I also want to document in response to your note below, the account (34393) that people at Absolute call the "ResoA" account, contains a lot of non-ResoA business. It is not a ResoA "master account". For example, all business that is funded by the Office of Capital Budgets (OCB) goes into that account. All projects funded by the School Construction Authority go in to that account. This would include 1-1 programs that have nothing to do with ResoA. The DOE has asked Absolute (specifically Graham Gordon, The DOE Procurement Officer, asked Matt Meanchoff approximately 2 years ago) to eventually move to a model where there is (1) DOE account for all orders. Clearly that will not work with the scenario you describe below. PS combined several accounts this year in an effort to move toward what the DOE asked for, 1 pane of glass into all their licenses. For the record, ResoA is the name of account 34393. It is not representative of how orders are funded that are placed into that account. Going forward more individual accounts will be placed into that bucket, non ResoA.

*Bernardo not aware Todd had approved all this — He has now seen Todd's email saying it was ok.*

EXHIBIT 18
WIT: Piehler
DATE: 3-5-18
Mary Agnes Drury

P000176

I have spoken to Mike Kenny, and Justin will be creating a spreadsheet of every DOE order from 2H and identifying the school indicated on the PO. We will match that to the "Frozen List" using the information from the PO. Also, if it says "ResoA funded", I understand you want that credited at 80%. We will indicate that on the spreadsheet as well. Mike has committed to seeing that this gets done accurately.

Lastly, I was disappointed to hear you use the term "stealing" in our conversation last week. I felt it sounded accusational and you were questioning my integrity on this issue, as opposed to just trying to understand what has happened. I sent you several emails throughout the course of the year about the DOE crediting and not once did you raise a concern. I was not hiding anything, nor have I ever engaged in any activity that was inappropriate. I was openly communicating with you the difficulty in recording this business accurately in relation to the pay plan. I even identified to you that Justin came to me several times admitting he was entering this business incorrectly, and we were getting it adjusted, working with finance. 2 days before the fiscal year was over, you contacted me to say that this was potentially "stealing" by setting up "holding accounts"? I found that offensive and accusational. Your investigation found no proof that I have done anything inappropriate. What has happened is that you decided on the last day of the fiscal year to implement something other than what we discussed originally and continually thoughout the year.

I have always acted in the best interest of Absolute and will continue to do so. In my 35 year career, my integrity has never been questioned by my management. When I noticed I got no commission this week, I immediately called you, texted you and emailed you, but you ignored me. That is disrespectful. You at least could have called and said that you held my check. Or you could have told me that you intended to hold my commission last week when we spoke. I am diligent, responsible, and as an employee and a manager I deserve to be treated with more respect, regardless of your investigation. We are both here to represent the best interest of Absolute Software.

Please add this letter to my permanent HR file, and Todd's as well.

*Who is being looked at ?*

*- Scott Bunker got paid in accel when he was here*

*- then is being paid*

*Convo w/ Mike K. Says Matt Mo Todd are making this up !*

**Mary Piehler**

EXHIBIT   20
WIT:   Piehler
DATE: 3-5-18
Mary Agnes Drury

Plaintiff's
Exhibit
20

| | |
|---|---|
| **From:** | Mary Piehler |
| **Sent:** | Monday, June 30, 2014 11:19 AM |
| **To:** | Daniel Berardo |
| **Subject:** | Confidential HR issue: Request for a call today |

Daniel,

I am requesting a call with you today.  I would like to talk to you 1-1 and I ask that you do keep my call request confidential.

You can reach me on my home office phone at 585 425 1852 or my cell 585 721 9218.
I have an 11:30-12:00 call with my team and a 12:30-1:PM mgt call and am available for a call any other time.

Regards,

Mary Piehler
Director, Northeast Region
phone: 585 425 1852  mobile: 585 721 9218
mpiehler@absolute.com | www.absolute.com
A B S O L U T E  S O F T W A R E | Track. Manage. Secure.
Gartner Magic Quadrant – A Visionary Vendor!

This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal.

1

**Plaintiff's Exhibit**

**21**

EXHIBIT _21_
WIT: _Piehler_
DATE: _3-5-18_
Mary Agnes Drury

From: MPiehler@absolute.com
To: dberardo@absolute.com
Sent: 7/6/2014 7:35:16 A.M. Eastern Daylight Time
Subj: Response to Daniel B

Daniel, in response to your request, here is a little "color" in the comments I made to you. I can provide hard copy data for each point, but this email is getting really long. I don't want to be known as a troublemaker, all I want is the data reflected correctly and to be paid fairly. I am very committed to Absolute, but feel discouraged that 50% of the commission has been taken away from the DOE sales, given the effort we exerted. This struck me as a very odd thing to launch an "investigation" into, as opposed to just a conversation. We did not launch a corporate investigation in my CER who I identified as having a part time job, during the day, when Absolute is paying him to be here hunting business for the Northeast. We continued to pay him at full value, and I got an email telling me to "lay off"? But I am under investigation for selling to the DOE? You will see in my formal response to his final email coming to you shortly, Todd's information in his email to me is incorrect.

## 1. Q1 Warbook was incorrect for Q1:

*From:* Daniel Miller
*Sent:* Monday, October 28, 2013 1:32 PM
*To:* Mary Piehler
*Subject:* RE: Warbook Q1 2014 - Northeast Region

Certainly not petty Mary, I understand that hitting quota is one of the biggest measurements. I will watch for these adjustments going forward and will get a sanity check from the RDs before distributing to Todd/TK.

**Daniel Miller**
phone: 1.604.730.9851 | ext: 381 | mobile: 1.604.561.3980

*From:* Mary Piehler
*Sent:* October-28-13 10:18 AM
*To:* Daniel Miller
*Subject:* RE: Warbook Q1 2014 - Northeast Region

Thanks for your help on this. I hope it does not seem petty to you, it's a huge issue in my region. Especially when TK sent a note congratulating the Northeast teams at quota to New England and New Jersey and left Mid Atlantic B out.

Don't worry about the TV it should only be scrolling Q2 shortly.  I think the message going forward is that if we want to tout performance, we need to show it accurately on all fronts. I know it's a system issue and manuals are separate, we just have to cover it off somehow. AS you can see it made a huge difference in the region's overall performance.

Regards,

Mary Piehler
Director, Northeast Region
phone: 585 425 1852  mobile: 585 721 9218
mpiehler@absolute.com | www.absolute.com
A B S O L U T E   S O F T W A R E | Track. Manage. Secure.
Gartner Magic Quadrant – A Visionary Vendor!
This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal.

**From:** Daniel Miller
**Sent:** Monday, October 28, 2013 1:14 PM
**To:** Mary Piehler
**Subject:** RE: Warbook Q1 2014 - Northeast Region

We've addressed the warbook Mary.

Regarding the TV, McArdle's number was lower than expected because of the UCI UPitt adjustment. These are always added by Finance after quarter's end. I'll see if we can add a note to the TV explaining that UCI is not included.

**Daniel Miller**
phone: 1.604.730.9851 | ext: 381 | mobile: 1.604.561.3980

**From:** Mary Piehler
**Sent:** October-25-13 2:21 PM
**To:** Daniel Miller
**Subject:** RE: Warbook Q1 2014 - Northeast Region

It's not your fault, and we do know that. But if you send those to anyone, you need to put in comments in a note so that folks know they are wrong.

But it is an issue with the reps and morale. Mostly because we get "judged" and the information is wrong. JL sat down in my PMP next to Randy DeBrauwere from Mid Atlantic and had no idea Randy had made his number. McArdle is going nuts because they scroll performance in the Austin office on a flatscreen and they scrolled him wrong for 5 weeks, and never showed that he had a good quarter. I talked to Barker about it and he totally agrees, it's just not a good plan to publish wrong stuff daily or in a "Warbook".

I have my fingers crossed that those commission checks are right, if not I am going to have 2 angry reps, and 2 angry IAE's.

Regards,

Mary Piehler
Director, Northeast Region
phone: 585 425 1852  mobile: 585 721 9218
mpiehler@absolute.com | www.absolute.com
A B S O L U T E  S O F T W A R E | Track. Manage. Secure.
Gartner Magic Quadrant – A Visionary Vendor!
This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal.


**From:** Daniel Miller
**Sent:** Friday, October 25, 2013 5:10 PM
**To:** Mary Piehler
**Subject:** RE: Warbook Q1 2014 - Northeast Region

Mary,

You probably heard that I was on vacation, hence my delay in getting back to you.

There is a push to have these metrics completed as close to quarter end as possible, but yes, accuracy is paramount.

The figures for NE were correct for regular Sales, but as you pointed out, the adjustments were not shown at the "Region" level (they were only included at the "Geo" North American level). Typically rebates are subtracted so not including this at the "Region" level helps the optics, but obviously in this case the situation is reversed with you missing out on credits.  Regardless, I'll work with Finance on how best to display the adjustments and will re-distribute early next week.

Apologies for the confusion, this dashboard is relatively new and we're still working out the 'gotchas'.

Daniel

**Daniel Miller**
phone: 1.604.730.9851 | ext: 381 | mobile: 1.604.561.3980

**From:** Mary Piehler
**Sent:** October-25-13 11:48 AM
**To:** Daniel Miller
**Subject:** FW: Warbook Q1 2014 - Northeast Region

Can I get a corrected version of this? Mid Atlantic is off due to the U Pitt and NE is off due to Harvard. That is over 200K total bookings that are missing. I am very concerned that others seeing this do not know that detail and it is causing issues.

Rob Chase asked why we did not renew U Pitt,  and we did renew for 184K. It just does not show up anywhere.

Going forward you should check with us to see if these are correct prior to anyone seeing them as perception is reality, and it is incorrect here with our systems.
Please correct and resend, thanks!

Regards,

Mary Piehler
Director, Northeast Region
phone: 585 425 1852  mobile: 585 721 9218
mpiehler@absolute.com | www.absolute.com
A B S O L U T E   S O F T W A R E | Track. Manage. Secure.
Gartner Magic Quadrant – A Visionary Vendor!
This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal.

**From:** Sales-Corp-Global Sales Ops
**Sent:** Friday, October 11, 2013 11:34 AM
**To:** Mary Piehler
**Cc:** Todd Awtry
**Subject:** Warbook Q1 2014 - Northeast Region

Sending on behalf of Daniel...

Hi Mary,

Please find the attached your 'Warbook' for Q1 FY2014 as requested by TK, which covers the Northeast Region. It compares year over year Q1 Gross Sales Contracts (prior to adjustments from Finance) unless otherwise noted. DLP Sales are included in this report.

*Note: When pulling sales contracts, they are allocated to the account's current/today's territory, even for FY12 or FY13 sales. This becomes an issue when accounts are moved between territories/regions. An enhancement will be implemented in our BI this month so that we can report future sales based on territories at the time the order was processed.*

*Please let me know if you have questions.*

*Thanks,*


**Gabrielle Plé**
*Specialist, Sales Operations*
*direct: 1.604.628.5109 / ext: 109*
*gple@absolute.com | www.absolute.com*

**A B S O L U T E   S O F T W A R E | Track. Manage. Secure.**
*Gartner Magic Quadrant – A Visionary Vendor!*
*This message is confidential and intended only for the person or entity to which it is addressed.*
*For more information please visit absolute.com/company/legal.*

*Bid Desk requests? Email biddesk@absolute.com*
*General GSO requests? Email gso@absolute.com*

## 2.  Q3 Warbook incorrect:

The New England Team was left out of TK's email (below) on those who achieved Q3 quota. I sent an email to TK, Todd nd Daniel Miller, and after a review they agreed they left them out. TK later sent a correction.  Then the warbook was published showing they did not make quota and thus the region performance was not correct either. Daniel is correcting this. (see below)


**From:** Thomas Kenny
**Sent:** Wednesday, April 16, 2014 7:03 AM
**To:** Sales-Corp-Global-All
**Cc:** Nicole Cheffey; Daniel Miller; Gabrielle Plé; Errol Olsen; Rob Chase; Stephen Midgley
**Subject:** Our top performers head into the final lap
**Importance:** High


Team,

During GSM last year we announced a special incentive award for our top FY14 performers – those reps and managers that achieved quota all four quarters in the fiscal year would be eligible to win a one year lease of an Audi A5.

As we head into our final quarter I am pleased to highlight the following individuals that are on their way to the perfect season:

- **Sharon Byrne**
- **Colleen Crump**
- **Jason Duda**
- **Stephen Fisk**
- **Kris Kaluger**

- **Mark Lund**
- **Andrew McIlwaine**
- **Amy Rathbun**
- **Ashley van Niekerk**
- **Russell Welton**

Please join me in applauding the stellar efforts of these individuals for having achieved quota for the first 3 quarters of the year. Give them a special shout out of encouragement as we work our way to the end of the quarter.

I hope to see each of them on the stage in Vancouver this summer for their chance to drive away in a brand new Audi A5.

Great work Team.

Regards,

---

**From:** Daniel Miller
**Sent:** Wednesday, June 25, 2014 5:37 PM
**To:** Mary Piehler
**Subject:** RE: Warbook FY14Q3 Northeast

*Great example for New England.*
*Late adjustment by Finance to take them to $691,529 credit on $690,465 quota.*
*This is why we missed them in TK's email (and the warbook here).*
*This is noted for Excellence/Audi.*

*It's this tug-of-war we have of let's get these warbooks out ASAP vs. let's wait 3 weeks until all adjustments are final. Todd/TK want earlier, so some adjustments will be missed.*

*I'm the messenger here, we've brought this to their attention numerous times.*

**Daniel Miller**
*phone: 1.604.730.9851 / ext: 381 / mobile: 1.604.561.3980*
*dmiller@absolute.com / www.absolute.com*

From: Mary Piehler
**Sent:** June-25-14 2:27 PM
**To:** Daniel Miller
Subject: FW: Warbook FY14Q3 Northeast

*ok, now you got me thinking...the Q3 warbook is not right either as it has New England as not achieving Q3 and they did. Can I assume you knew that because if they make Q4 which is a high probability if we can get their deals thru the*

*channel they will be 4/4.*

*Plus my annual and 2H number are off by the delta also, right? The reason I am probing is that I may make 2H once the accelerators are in,*

*Sorry to be a pest!!*
*Regards,*

*Mary Piehler*
*Director, Northeast Region*
*phone: 585 425 1852  mobile: 585 721 9218*
*mpiehler@absolute.com | www.absolute.com*
*A B S O L U T E   S O F T W A R E | Track. Manage. Secure.*
*Gartner Magic Quadrant – A Visionary Vendor!*
*This message is confidential and intended only for the person or entity to which it is addressed.*
*For more information please visit absolute.com/company/legal.*

**From:** *Daniel Miller*
**Sent:** *Wednesday, April 16, 2014 12:24 AM*
**To:** *Mary Piehler*
**Cc:** *Todd Awtry*
**Subject:** *Warbook FY14Q3 Northeast*

*Hi Mary,*

*Attached is your 'Warbook' for Q3 FY2014 for Northeast.*
*It compares year over year Q3 Gross Sales Contracts (prior to final adjustments from Finance) unless otherwise noted.*

**Note:** *Sales Contracts for FY12 & FY13 are allocated to territories based on account to territory mapping at the start of FY14.*

*Please let me know if you have questions.*

**Daniel Miller**
*Manager, Global Sales Operations*
*phone: 1.604.730.9851 | ext: 381 | mobile: 1.604.561.3980*
*dmiller@absolute.com | www.absolute.com*

*A B S O L U T E   S O F T W A R E | Track. Manage. Secure.*
*Gartner Magic Quadrant – A Visionary Vendor!*
*This message is confidential and intended only for the person or entity to which it is addressed.*
*For more information please visit absolute.com/company/legal.*

*Bid Desk requests? Email biddesk@absolute.com*
*General GSO requests? Email gso@absolute.com*

### 3.  Managers Performance Reviews:

I emailed Teena on December 30th to see if there was ever a review done for me by Todd. Her email exchange is below. Have you ever seen the review he wrote for me? I attached the PDF.  Todd wrote one sentence per each category "I only had 6 mths visibility to observe the competency".

On January 30, 2014 Todd distributed via email o the RD's a spreadsheet of the performance ratings he had given each of us! I was rated the lowest manager. How is a manager here less than 6 months (Troy) able to get a higher performance rating, and does his review have any commentary? Since the Northeast finished 1H at 14.4% YOY growth (according to the warbook) I had achieved this growth with 5 territory teams, as opposed to the 6 teams I had in FY13 because Todd decided to terminate Dan Potter. So factored in, that is substancial growth YOY, with less manpower.

However, what I questioned even more was that I still never had a performance review with Todd?  Not to mention I do find it unprofessional that he shared these ratings with an email distribution list.

| Piehler | Regional Director | Sales | Sales North East | Awtry, Todd M | 3.35 |
| Young | Area Vice President, West | Sales | Sales West | Awtry, Todd M | 3.47 |
| Robinson | Area Vice President, Southeast Sales | Sales | Sales South East | Awtry, Todd M | 3.53 |
| Armstrong | Regional Director | Sales | Sales North Central | Awtry, Todd M | 3.65 |
| Stultz | Director, Partner Sales | Sales | Sales VAR | Awtry, Todd M | 3.73 |
| Rathbun | Regional Director | Sales | Sales South West | Awtry, Todd M | 3.76 |
| Barker | Regional Director, Inside Sales | Sales | Sales North America | Awtry, Todd M | 3.88 |

**From:** Mary Piehler
**Sent:** Monday, December 30, 2013 6:56 PM
**To:** Teena Mola
**Subject:** Re: Semi-Annual Review (Jellybean) Timeline and information

Just curious...I never even got a review last fall.

I did the self assessment, do you know did Todd ever complete one for me?

Regards,
Mary Piehler
NE Region Director
Absolute Software
585 425 1852

**From:** Teena Mola
**Sent:** Thursday, January 02, 2014 7:53 PM
**To:** Mary Piehler
**Subject:** RE: Semi-Annual Review (Jellybean) Timeline and information

Hi Mary,

Your annual was completed by Todd.  You should be able to see it in Epicor under Employee Self-Service>My Development>My Performance Review.

Let me know if you have any questions.

Happy New Year!
**Teena Mola**
**Human Resources Generalist**
phone: 604 730 9851 ext. 221 | secure fax: 604 629 7070
tmola@absolute.com
**Absolute Software** | **Track. Manage. Secure.**

*Gartner Magic Quadrant – A Visionary Vendor!*
*Become An Absolute Fan! Facebook | LinkedIn | Twitter*
*This message is confidential and intended only for the person or entity to which it is addressed.*
*For more information please visit absolute.com/company/legal.*
**Check out our Careers Opportunities! http://www.absolute.com/company/careers**

### 4.  Chicago RD meeting numbers slides 9attached)

The slides presented showed North Central growth without UHG. I made the comment at the meeting that if you were going to take an account out for one region, you needed to look at all regions for non repeatable business. In NYP we did over 2 mil in FY14 in one project (iLearn) that is non repeatable. If you take that number out of my performance, our region growth is off the chart. In fact, at that point in time NYP was down 60% YOY and yet they were included in my chart, which then presented us as flat. All I asked was to be treated the same, and if we were moving large 1 off deals out for a statistical presentation, we treat all regions the same. Todd and Daniel both commented that was a good point.

Maybe the overall bottom line is that there is no consistency in the data. I track it closely and you can see from my emails I apologize for being pesty to Daniel. But this is important. It is important not to miss people in congratulatory emails, and not to scroll incorrect performance in an office as others don't know the details.  It is important to get a performance review, and not read randomly that you are perceived as the lowest ranking manager in NA and you have not ever had a review with your manager. And certainly I would contest that I should not be the lowest ranking manager in NA, but that is not for this email.

Lastly on June 30 2013 I got a call from Todd telling me to set up a call with Dan Potter as he was terminating him. Dan was a  direct report to me, and we have never had a conversation about terminating him, not was he on a performance plan.. I was shocked as he was a new hire. When questioned, Todd got annoyed and said "I need his headcount to hire someone else" I asked if that was a Northeast hire, he said no. So Dan was terminated. Later I learned he also terminated my Channel rep, Margaret Onulak, another fairly new hire. So I started FY14, missing 2 people on my team, with a greatly accelerated budget. Everyone got a higher budget, no one else lost 2 contributors.

Now we close FY14 where we made great strides in 2H, only to learn that the commission is not being paid for NYP DOE business at 50% less than indicated all year, and that Todd can't remember the discussion in early FY2014.

I do want to add that Daniel Miller has been stellar at making the corrections to my numbers when asked, and sticking up for me when I point out the errors . He was new to this position, and obviously not close enough to know what business was missing in the reports being distributed. Every time I have gone to him with data, he has verified it and made corrections. And on every ask, I have been correct as you will see below.  The bottom line being, if I don't micromanage this, we are  mis-represented. I have no idea if the corrected versions are what is surfacing above me. I have reason to believe they are not, as I have included emails below after I fielded inquiries from Rob Chase about business and pointed out to him he was looking at incorrect data. John Livingston attended my Q2 PMP and was shocked some of the teams had done so well. He then sent emails to the reps following the PMP and apologized in the PMP to the teams that had done well, as he had no idea.


Regards,

Mary Piehler
Director, Northeast Region
phone: 585 425 1852  mobile: 585 721 9218
mpiehler@absolute.com | www.absolute.com
A B S O L U T E  S O F T W A R E | Track. Manage. Secure.

Gartner Magic Quadrant -- A Visionary Vendor!
This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal.

=



Plaintiff's
Exhibit
23
exhibitsticker.com #179

EXHIBIT _23_
WIT: _Piehler_
DATE: _3-5-18_
Mary Agnes Drury

August 8, 2014

I very respectfully disagree with the rating I have been assigned in my FY14 Annual review. I feel my effort and results deserve higher than a 2.94 rating. I asked Todd to edit it from his original rating, and I appreciate that he slightly increased my overall rating, but I still do not feel it accurately reflects my performance. I feel that I am not being judged fairly in several categories.

My reason for adding this commentary is:

1. Overall Northeast Region Performance 97% of Annual Quota
2. Overall YOY Revenue growth of $15,328,000 vs. $13,450,000
3. FY 13 I had (6) territory teams. FY14 I had (5) territory teams.
4. FY15 resulted in a very large increase in average yield per rep. (2,241K in FY13 vs 3,066K FY14)
5. 116% Q4 performance
6. 103% 2H Performance
7. YOY AM growth 2% Criteria states YOY growth, no specific goal was assigned. I met the criteria
8. 342% YOY growth in Ab Service. Criteria states YOY growth, no specific goal was assigned. I met the criteria. One might even argue exceeded criteria at 342%.

Below is an explanation of the main areas I disagree with in this review.

- *Todd's commentary: While your tenure growth has been good. The goal was 20% growth year on year and the next closest region was 10% points higher than you.*

  I strongly disagree with this rating of a "2". I started FY15 with (5) territory teams not the (6) I had in FY13, as Todd made the decision to downsize one of my AE's. YOY, we grew the business from $13,450,000 to $15,328,000 (rounded), with one less AE in the field for most of the year. We finished the year at 97% of our annual quota. While my YOY total growth was not 20%, if you factor in having one less AE, that changes the discussion. Average yield per territory team increased to over $3 million for the first time ever in the Northeast Region.

  And as far as every other region being 10% higher in growth than the Northeast, I am not sure that is really true. In other regions deals considered large and non repeatable were "taken out" from their FY13 revenue, so their growth looks higher. I understand that strategy. However If that is the strategy, then the $2 mil iLearn deal for the NYC DOE should be removed,  to properly reflect my YOY growth, without non-repeatable deals.

  The same standard is not being used to compare my region's YOY growth.  I pointed this out at the managers meeting in Chicago during Daniel Miller's presentation, that a different standard was being used to judge regions. He agreed they had subtracted from some regions and not others.  If non repeatable deals are to be removed, then every region should have the opportunity to do that, which significantly alters the growth statistic.

- *Todd's commentary: "$127k this needs to be a focus this upcoming year. This dollar amount is 50% lower than the next closest region. If you don't feel like you have the right resources necessary to be successful, it's important to quantify that, and share that with the appropriate folks. Face-to-face meetings that weren't delivered on demos that weren't followed up on, etc."*

Todd is referring to our Absolute Service performance. The fact here is that our Ab Service revenue was up 342% YOY. Maybe other regions were higher in revenue $$, but what was their starting point and what was their growth? We started with little to no base and grew 342% in 12 months. While that revenue may seem low, the % of growth is very high, and certainly "meets" the objective. With no defined goal for Absolute Service, I think I clearly met that objective.

Please see the emails at the bottom of this doc- just a sample that indicate that I was surfacing the issues we were having selling Ab Service throughout the year.

- *Todd's commentary: While being creative and taking on challenging customers is a strength of yours.... the goal as documented was to take on proactive learning and challenging assignments I have seen very little of the pro activity and request for challenging assignments from you in FY14*

  I am not sure what "challenging assignments" Todd wanted me to take on? I took on the "challenging assignments" that resulted in revenue, such as closing large net new deals like UTC for $500K+ and significantly inceresing YOY average territory yield.
    - For the first time in Absolute's history, I coordinated a meeting with our CEO (JL) and the NYS Governor's office, to meet with the NYS CIO, CISO, and CTO. He told me no other RD had relationships at that level.
    - I worked with HP to get Absolute named to the NYS Aggregrate Contract. Absolute has not been on this contract for 4 years. We did get named to the contract in late FY14.
    - I presented at the HP and Dell QBR's multiple times in FY14. I do not believe other RD's do this regularly, if at all.
    - I filled in as the AE for Northeast accounts such as M&T Bank, NYS Boces, and SUNY when we had no AE. Absolute closed business in each account.
    - As far as "proactive learning", I completed all the training and last report I saw said 100% of my team completed the training. So I believe I met that requirement.

  I am disappointed that my effort and results are not reflected in my overall rating.

Mary Piehler
Director-Northeast Region

**See Emails below



**EXHIBIT**
Kenny 34
3/21/19 LM

## Performance Review

| Employee Name: | Plehler, Mary | Performed On: | 2/5/2015 |
| Supervisor: | Awtry, Todd M | Review Period: | 7/1/2014 - 12/31/2014 |
| Job Title: | Regional Director | | |
| Review Type: | Semi-Annual Performance Review | | |

**Plaintiff's Exhibit 34**

Semi-Annual Performance Objectives

**Question**

1H - Q1 Revenue Attainment

| Weight: | 1.00 | |
| Reviewer Evaluation Result: | Substantially Exceeds Expectations | **Reviewer Score:** 5.00 out of 5.00 |
| Employee Evaluation Result: | Substantially Exceeds Expectations | **Employee Score:** 5.00 out of 5.00 |

**Reviewer Comments:**   115% attainment, excellent quarter

**Employee Comments:**   Overall sales in the Northeast were up 55% YOY with actual sales of $4,428,216. Quota Credit was 3,399,706 due to the increase of business at the NYC DOE, but only receiving 80% quota credit. More significantly was our growth in the key verticals as defined in the Corporate FY15 vision. Corporate business was up 17.8%, and Healthcare was up 78% YOY.

**Question**

1H - Q2 Revenue Attainment

| Weight: | 1.00 | |
| Reviewer Evaluation Result: | Exceeds Expectations | **Reviewer Score:** 4.00 out of 5.00 |
| Employee Evaluation Result: | Exceeds Expectations | **Employee Score:** 4.00 out of 5.00 |

**Reviewer Comments:**   105% attainment, Nicely Done

**Employee Comments:**   Our Q2 performance was strong in revenue. Overall Q2 revenue was $3,706,220 and Quota Credit was $3,390,060. that's a YOY increase of over 24%.. Yet what is of significance is that we achieved this having 2 AE openings, and a new IAE on the team. We did not let the many distractions keep us form selling.

**Question**

Confidential                                      DEFS10575

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Plehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

Achieve CTB (Call to Ball) accuracy of −5+/-% by end of month 2 of the quarter

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** 4.00 out of 5.00 |

**Reviewer Comments:** You were +21% off from your end of the 2nd month call the ball, BUT we asked to pull forward some deals in Q2 into Q1 to help NA and in Q2 you 45% off but again pulled everything in.

**Employee Comments:** My CTB is very accurate, and the Northeast delivers what we promise. I diligently increase my CTB at the end of the quarter after we achieve our goals as we identify additional deals that can be brought in to help NA achieve its goals. That has resulted in my finishing at my earlier predicted high.

## Question

Balance achievement through entire portfolio

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Needs Development | **Reviewer Score:** 2.00 out of 5.00 |
| **Employee Evaluation Result:** | Needs Development | **Employee Score:** 2.00 out of 5.00 |

**Reviewer Comments:** We've talked about your performance in manage and service, need to continue to focus here.

**Employee Comments:** Our portfolio was not balanced in Q1. Our Ab Service performance was terrible, and a key contributor to that was a sale of Absolute Service that was returned, due to product issues that the customer felt the development would not address to his liking. Also we did not win 2 very targeted sales at Cornell and Sacred Heart University. Both of these sales were lost on product issues, pricing issues, and really not as good of an ROI as the competition offered.
Our Absolute Manage business has been dependent on a few large customers, and we did not see orders from them in Q1. A goal was set to grow this business in Q2 and thus we had double digit growth in AM of 10% YOY.

## Question

Confidential                    DEFS10576

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

Ensure the team is driving strong relationships with ALL OEM's in their patch.

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** 4.00 out of 5.00 |

| | |
|---|---|
| **Reviewer Comments:** | You have very solid relationships with ALL your OEMs.  Keep up the solid work. |
| **Employee Comments:** | We hold excellent OEM relationships, and in Q2 reached a new level of agreement with Apple to add us to their NYC Contract with the DOE. This will result in additional business overall for us in the NYC SLED market. Our relationships with HP, Dell and Apple remain strong, and included events with each OEM. I also attended quarterly business reviews with HP and Dell. |

**Question**

Establish tight linkage and communication with the VAR team.

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** 3.00 out of 5.00 |

| | |
|---|---|
| **Reviewer Comments:** | You and Sara seem to be tight, we just need to see more VAR business out of the NE. |
| **Employee Comments:** | I feel we are very aligned with Sara, and either myself or an AE attend each VAR event with her. I wou djust like to see more "deal discussion" and not just socializing. While this was useful to get introduced, I am looking to move to the next phase of VAR productivity. |

**Question**

Expense Reporting submitted every 2 weeks, forecasts and other required reports submitted on time with accurate details and information.

| | |
|---|---|
| **Weight:** | 1.00 |

Confidential                    DEFS10577

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

| | | |
|---|---|---|
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** 3.00 out of 5.00 |

**Reviewer Comments:** Your expenses are submitted accurately and on time, one of the best on the team.

**Employee Comments:** My expenses are timely and with policy.
My forecasts are always submitted in advance with the entire
virtual team copied.
My PMP workbook is submitted in similar fashion.

**Question**
Grow Year over Year revenue in Absolute Manage

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Needs Development | **Reviewer Score:** 2.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** 3.00 out of 5.00 |

**Reviewer Comments:** For the half manage was down over a fairly small base. This is an area you need to continue to work on.

**Employee Comments:** In Q1 we did not grow YOY AM revenue. But in Q2 we did over 10% growth.

**Question**
Grow Year over Year revenue in Absolute Service

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Needs Development | **Employee Score:** 2.00 out of 5.00 |

Confidential                                                                 DEFS10578

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

**Reviewer Comments:** Aware of your issues here, don't give up.

**Employee Comments:** The numbers do not reflect YOY growth. We did grow the business, but the return from Maines Paper skue'd us to flat YOY. Darren was alerted to the issues at Maines well in advance, yet no one from the Service team ever made a F2F call there. Since it was a product function issue there was not much my team could do. I participated in all the conference calls, and the product was just not functioning like it did in the demonstration.

However we did que up some large opportunities at big name accounts, Cornell, Omnicom, Sacred Heart University, and Atlantic Health to mention a few. So while we need more opportunities, then umber would have been achieved if the win rate was higher on the key deals we did uncover.

### Question

Approach the business with a CAN DO attitude that supports the business's initiatives

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** | 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** | 4.00 out of 5.00 |

**Reviewer Comments:** You are absolutely a roll your shelves up kind of person.  Would ask to look at challenges inside ABT has "how do we get it done" vs it's broken.  While I agree much is broken the exception is leadership will figure out a way.

**Employee Comments:** Given difficult circumstances where 2 IAE's left the company in Q1, and an AE resigned at EOQ and another AE retired at EOQ, we were able to rally as a team and show a strong performance.
This was very challenging in Q1, especially knowing that Charles was potentially about to leave and in an ongoing discussion with mgt as to his role come Q2.
I believe my leadership kept the team together and focused on bringing in as much business as possible the company.

Also the corporate reorganization of the sales team has been a distraction, and an emotional one for many sales reps as they trade off accounts they have a history with. I felt that I led the team to be cooperative and get through the issues one by one.

### Question

Maintain an accurate and healthy pipeline of at least 2.5x of quota and that supports quota attainment of 110%

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** | 4.00 out of 5.00 |

Confidential                                                                                              DEFS10579

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

---

**Employee Evaluation Result:**   Meets Expectations                                                    **Employee Score:** 3.00 out of 5.00

**Reviewer Comments:**   While your pipeline may NOT be 2.5x I do feel you have one of the "qualified" pipelines in NA area.  You are good sales coach in making sure the deals are "real". Nice job!!

**Employee Comments:**   My pipeline continued to grow all quarter. While I feel the pipeline is healthy, I do think that the team needs to better quality deals upfront and along the way to move them through the funnel in a more organized fashion.

### Question

Operate within the organizations formal and informal structures and build allies and relationships across the company.  Use these alliances to build consensus and create results while sharing best practices across the organization.  Be prepared to discuss in detail how your met this objective each quarter.

| | |
|---|---|
| **Weight:** | 1.00 |

| | | |
|---|---|---|
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** 3.00 out of 5.00 |

**Reviewer Comments:**   This is another area of opportunity for you.  While you attend leadership and company events it never seems that you are tied in with other leaders.   Keep working here.  Your proximity to corp doesn't help and you allies.

**Employee Comments:**   In Q1, this was especially challenging for us in the region. We had several HR issues over compensation with the DOE, and Mid-Atlantic B inaccurate reflection of performance due to UCI orders not showing in the daily report, All these issues create distractions, bad morale and in general, not good cross functional relationships. There is a tone that when some folks in Vancouver are challenged they get annoyed. But these business issues are real, and should be addressed.
 Given many challenges, the Northeast still performed well in1H, and put the distractions aside to deliver a solid performance, while I managed the morale issues as much as possible. I sincerely appreciated the support I received from HR, my peers and from Errol regarding the issues raised over the DOE bookings in Q4.

In Q2, there are several examples of cross functional work that had great results. Working with Steve Deck to get the Apple Management team to work with us on the DOE was a significant challenge.  We also worked well with Marketing to participate in better events that will bring us more ROI. The CISO events and the BAO call-out campaign both are great examples of where we had to say what mkt was doing was not helping us, and we needed to shift to a new plan. Nicole C was very receptive to our proposal for BAO as well as the CISO events intheregion.

---

Confidential                                                                              DEFS10580

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

**Question**

Seek out feedback, be a proactive learner and take on challenging assignments as needed. Be a creative problem solver welcoming and attacking the unknown. At the end of the half be ready to communicate what challenging assignments you took on and how you did on the assignment.

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** 4.00 out of 5.00 |

**Reviewer Comments:**   The question is do you "seek" out feedback?

**Employee Comments:**   I don't think there was a more challenging region in 1H than the Northeast. Losing 2 IAE, and 2 AE's, and on boarding a new hire AE, we rallied to make the number anyway.  I personally covered NJ and NYP while we figured out what we were going to do with this business. Lots of issues as I mentioned earlier, and yet we did not let that distract our focus, and I do believe that is a credit to my leadership.

I personally took on a role in NYP and NJ to assist in the field to maintain the business.  At the same time we have 2 huge opportunities UTC and Omnicom that required much of my focus as an RD.  And all of this with substantial YOY growth, and growth in the key corp and HC verticals. UTC came to a successful conclusion, and I hope Omnicom will in 2H.

**Question**

Set a high cadence for customer interaction and continue to push the team to be proactive in developing new customer relationships.

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Substantially Exceeds Expectations | **Reviewer Score:** 5.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** 4.00 out of 5.00 |

**Reviewer Comments:**   You've done whatever you had to do to deliver the numbers.

Confidential          DEFS10581

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Plehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

**Employee Comments:** I am very involved with the deals in the region, and participate in all customer events. I spent my time with customers, and I am known as the point of rsolution for many customer issues. Maines Paper is a good example. While they wanted to return Ab Service, they are also a long time CT customer. I could see that no one from the Service team was going to make this customer happy, so I personally got involved with the CIO to make sure that Absolute retained the account overall. I also worked with their VAR, Safari Micro and Ingram. Both the CIO and CFO wrote to thank me. AS far as developing new customers, I personally attended the CISO event, to meet people and to also understand what the process was going to be once we are 100% focused on Acquisition, and what are the hot buttons that will get us in the door. Hiring a NY Financial AE is a big step in an all acquisition territory.

### Question

Set clear goals around accountability and predictability for your team

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** 4.00 out of 5.00 |

**Reviewer Comments:** Accountability is one of your strong suits.

**Employee Comments:** I hold the team very accountable, and consistently review the pipeline, target accounts, goals, forecasts, and corporate initiatives. I also created a tool to track the new business efforts in Corporate Fortune X00 with an eye on FY16 being totally acquisition. Each of my direct reports clearly knows the expectations and understands why I push when I do.

### Question

Show ACV growth Year over Year in your territory:

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** 4.00 out of 5.00 |

Confidential                    DEFS10582

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

---

**Reviewer Comments:** Well done

**Employee Comments:** ACV % Change as of the report dated 12/30/14 was 8.47%
I believe 3% was the goal.

**Question**

Take "ownership" of resources that support your district – SE's, VAR etc. – and ensure you are getting the value from them to drive and close business within your district.

**Weight:** 1.00

| | | |
|---|---|---|
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** 3.00 out of 5.00 |

**Reviewer Comments:** x

**Employee Comments:** This is difficult when there are known issues with some of the cross function
that continue to go unaddressed. I do think time will play a role in this with the
new organization. But the areas I have addressed have seen improvement,
such as the SE's and doing a weekly call with Bill D. Or doing a weekly call with
the PS team for the DOE. This has been a driver in making them see that the
uninstalled CT licenses are a real issue and they are now taking action
to hire a project manager in NY to install the 35,000+ uninstalled licenses.

**Reviewer Final Score:** 3.59 out of 5.00

**Employee Final Score:** 3.47 out of 5.00

**Reviewer Overall Comments:**

Let's get your region staffed (the NJ req has been out there for 4 mths) and stabilized as you had a GREAT 1H FY15 but am concerned with the lack of stability the consistency (that Geoff is looking for) will NOT be there.

**Employee Overall Comments:**

---

PrintPerformanceReview                      7/20/2015 1:30:56 PM                      Page 9 of 10

Confidential                                                                              DEFS10583

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

This was a challenging 1H, mostly due to people issues around resignations, on-boarding, and interviewing to hire. With a full staff, our performance would have been off the charts.

As a company I think we need to realize that as Absolute transforms itself, we need to make sure that issues are addressed and that people feel like they can make a living here. We have so many new hires, that do not yet have a legacy loyalty to ABT. Yet they are experienced, senior people who can do a great job for us, but we need them to stay. I would like to see more RD and VP discussion on this topic, as we strengthen the bench.

**Employee Review Goal:**

**Confidential Comments:**

**Manager's Signature:**                                                                                         **Date:**

I understand that my signature does not imply that I agree with the appraisal ,rather it acknowledges that the appraisal has been discussed with me.
**Employee's Signature:**                                                                                       **Date:**

Confidential                                                                                   DEFS10584



**Lestrade, Laura**

| | |
|---|---|
| **From:** | Oliver de Geest <OdeGeest@absolute.com> |
| **Sent:** | Tuesday, June 28, 2016 7:12 PM |
| **To:** | Singer, David; Lestrade, Laura |
| **Subject:** | FW: Absolute/Piehler |

**From:** Daniel Berardo
**Sent:** August 11, 2015 5:11 PM
**To:** goldstein.aaron@dorsey.com
**Cc:** Oliver de Geest <OdeGeest@absolute.com>
**Subject:** RE: Absolute/Piehler

Hi Aaron,

Redacted

Let me know when you are free to discuss next steps.  Thank you!

Daniel

**From:** Daniel Berardo
**Sent:** August 11, 2015 12:12 PM
**To:** 'goldstein.aaron@dorsey.com' <goldstein.aaron@dorsey.com>
**Cc:** Oliver de Geest <OdeGeest@absolute.com>
**Subject:** RE: Absolute/Piehler

Redacted

I have spoken so far with 7 people from the meeting on April 30, 2015.  4 / 7 people do not remember the comment. The two women who were present recall it, and brushed it off (they know how TK is), but they did interpret it in a negative way.  The other person who remembers (male), didn't feel like it came off as negative.

Redacted

1

Confidential

DEFS09805

**From:** goldstein.aaron@dorsey.com [mailto:goldstein.aaron@dorsey.com]
**Sent:** August 11, 2015 11:49 AM
**To:** Daniel Berardo <DBerardo@absolute.com>
**Cc:** Oliver de Geest <OdeGeest@absolute.com>
**Subject:** RE: Absolute/Piehler

Daniel,

Redacted

**Aaron D. Goldstein**
Associate

WWW.DORSEY.COM  ::  SEATTLE  ::  BIO  ::  V-CARD

**D O R S E Y  &  W H I T N E Y  LLP**
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
P: 206.903.5434    F: 206.903.8820

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.
Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received
this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments,
including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.
Thank you.

**From:** Daniel Berardo [mailto:DBerardo@absolute.com]
**Sent:** Monday, August 10, 2015 4:12 PM
**To:** Goldstein, Aaron
**Cc:** Oliver de Geest
**Subject:** RE: Absolute/Piehler

Hi Aaron-

Redacted

Thank you!
Daniel

**From:** goldstein.aaron@dorsey.com [mailto:goldstein.aaron@dorsey.com]
**Sent:** August 10, 2015 12:30 PM

2

Confidential

DEFS09806

**To:** Daniel Berardo <DBerardo@absolute.com>
**Cc:** Oliver de Geest <OdeGeest@absolute.com>
**Subject:** RE: Absolute/Piehler

Hi Daniel,

Redacted

**Aaron D. Goldstein**
Associate

WWW.DORSEY.COM :: SEATTLE :: BIO :: V-CARD

**D O R S E Y & W H I T N E Y  LLP**
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
P: 206.903.5434   F: 206.903.8820

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.
Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received
this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments,
including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.
Thank you.

---

**From:** Daniel Berardo [mailto:DBerardo@absolute.com]
**Sent:** Monday, August 10, 2015 12:17 PM
**To:** Goldstein, Aaron
**Cc:** Oliver de Geest
**Subject:** RE: Absolute/Piehler
**Importance:** High

Hi Aaron,

Our CFO spoke with Thomas Kenny last week while I was on vacation about the alleged comments. Thomas does not
deny that he said these comments, but he said they were taken out of context:

"the CEO does not want to hire people who are at the end of their rainbow. He just wants to hire guys who are athletes,
talk trash and are aggressive."

3

"end of their rainbow" was referring to employees that are "coasting" in their careers, just there to collect a paycheque. He was very adamant that this was not referring to age.

"He just wants to hire guys who are athletes, talk trash and are aggressive" he does not know for certain if he said guys or people, but he often says "guys" in a generic term like many people do. At no time, did he ever mean or say "men."

Redacted

Thanks Aaron,

Daniel

**From:** goldstein.aaron@dorsey.com [mailto:goldstein.aaron@dorsey.com]
**Sent:** August 5, 2015 11:59 AM
**To:** Daniel Berardo <DBerardo@absolute.com>
**Cc:** Oliver de Geest <OdeGeest@absolute.com>
**Subject:** Absolute/Piehler

Daniel and Oliver,

Redacted

**Aaron D. Goldstein**
Associate

WWW.DORSEY.COM :: SEATTLE :: BIO :: V-CARD

**D O R S E Y & W H I T N E Y   L L P**
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
**P:** 206.903.5434   **F:** 206.903.8820

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient.

4

DEFS09808

*Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

**From:** Daniel Berardo [mailto:DBerardo@absolute.com]
**Sent:** Friday, July 31, 2015 3:24 PM
**To:** Goldstein, Aaron
**Cc:** Oliver de Geest
**Subject:** FW: Quick Question

Redacted

**From:** David Fallon
**Sent:** July 31, 2015 3:16 PM
**To:** Daniel Berardo <DBerardo@absolute.com>
**Subject:** FW: Quick Question

FYI.

**From:** bob.demos@mrilg.com [mailto:bob.demos@mrilg.com]
**Sent:** July-31-15 2:51 PM
**To:** David Fallon
**Subject:** RE: Quick Question

Redacted

**Bob Demos** | Managing Partner | Management Recruiters Lafayette Group
Office: 925.299.1155 | Mobile: 925.876.9272 | www.mrilg.com

 

**MRINetwork®**
EXPERTS IN GLOBAL SEARCH

**From:** David Fallon [mailto:DFallon@absolute.com]
**Sent:** Friday, July 31, 2015 1:19 PM
**To:** bob.demos@mrilg.com
**Subject:** Quick Question

Hi Bob,

Redacted

5

Confidential

DEFS09809

Redacted

Thanks very much

David

**David Fallon**
**Talent Sourcing Specialist**
T: 604.730.9851 x903
dfallon@absolute.com | absolute.com | InTelligence Community

**ABSOLUTE** / Confident to the core.

This message is confidential and intended only for the person or entity to which it is addressed. For more information please visit absolute.com/about/legal.

**Check out our Career Opportunities! http://www.absolute.com/company/careers**




6

DEFS09810



## FW: Thomas Kenny Conversation

| | |
|---|---|
| From: | "Goldstein, Aaron" <goldstein.aaron@dorsey.com> |
| To: | "Lestrade, Laura" <lestrade.laura@dorsey.com>, "Sullivan, Mark" <sullivan.mark@dorsey.com> |
| Date: | Tue, 24 Jul 2018 19:28:02 +0000 |
| Attachments : | image001.jpg (5.58 kB); image002.jpg (3.53 kB) |

Plaintiff's Exhibit 37

FYI

From: Daniel Berardo <DBerardo@absolute.com>
Sent: Tuesday, November 24, 2015 5:21 PM
To: Goldstein, Aaron <goldstein.aaron@dorsey.com>
Cc: Oliver de Geest <OdeGeest@absolute.com>
Subject: Thomas Kenny Conversation

Hi Aaron,

I had a brief conversation with TK. I asked him three main questions:

Where did this statement come from?

-Thomas was referring to the environment where Geoff came from, not a specific quote from Geoff. Geoff never said this statement to TK. Geoff came from a company called EMC which is apparently known for hiring former athletes, etc. etc.

What did you mean by "guys"?

-Thomas grew up in New Jersey, and where he came from, saying "guys" is interchangeable with "people"... he used it as a gender neutral term and uses it often.

What did you mean by "End of their Rainbow"

-He simply meant people who are going to come in and collect their paycheque without putting in hard work. He was not referring to people who are nearing retirement or older in age.

Redacted



**Absolute**®Software

TRACK. MANAGE. SECURE.



EXHIBIT
Venny    40
3/21/19 Lm

Plaintiff's
Exhibit
**40**

March 23, 2015

Kurt R. Luporini

<span style="color:red">**Redacted**</span>

Dear Kurt,

We are delighted to make an offer of employment to you as a Regional Director, Sales with Absolute Software, Inc., reporting to Todd Awtry, VP, Sales. We anticipate that your education, experience and skills will be a great addition to our team.

This letter is a formal offer of employment and supersedes any previous offers made to you by Absolute Software. The table below outlines the terms and conditions of your employment. These terms and conditions, together with the attached non-disclosure agreement and Absolute Software's policies in effect from time to time will form your entire Employment Agreement with Absolute Software. This offer is conditional on the completion of, to the satisfaction of Absolute Software, employment reference and background checks.

| Item | Amount | Notes: |
|---|---|---|
| (1) Base Salary | USD$150,000 per annum | Paid semi-monthly and based on no fewer than 40 hours worked per week: |
| (2) Target Commission Opportunity | USD$150,000 per annum, evaluated and paid quarterly, with monthly progress payments | Subject to the then current Sales Compensation Plan, commission earned is based on the percentage of the quarterly sales quota achieved. Quota is set quarterly by management. Commissions are evaluated and paid for each quarterly period, with monthly progress payments, paid one month in arrears (i.e. commissions for June sales are paid on July 31st). Commissions are guaranteed for the quarter ending June 30, 2015 at 100% (with a 110% cap). Commissions are also guaranteed for the quarter ending September 30, 2015 at 75% (with no cap), and guaranteed for the quarter ending December 31, 2015 at 50% (with no cap). Commissions available are prorated for the number of days worked in the quarter. Please note that Absolute reserves the right to change compensation and incentive plans at any time in response to business requirements. |
| (3) Absolute Stock Options | 10,000 Stock Options | Stock options require board approval and may be subject to other shareholder or regulatory approval or conditions. The grant date will be the date of the first board option granting meeting after your start date. The option strike price is determined by the closing stock price on the day before the grant date or such later date as is required by applicable securities laws or the policies of the Toronto Stock Exchange. Stock options vest 25% per year starting at the end of the |

# **Absolute**®Software

## TRACK. MANAGE. SECURE.

| | | 1st year and expire 2 years after each vesting date.<br><br>Should your employment terminate for any reason whatsoever, you have 30 days to exercise any vested Options. Any unvested Options will be cancelled effective your last day worked or the date notice of termination is given; pursuant to sections 1.1 (z) and 3.6 of the Share Option Plan. |
|---|---|---|
| (4) Vacation | 15 days per annum | Accrued during fiscal year from July 1 to June 30 in accordance with Absolute's Vacation Policy. |
| (5) Statutory holidays | US Calendar Stats | Refer to Vacation Policy. |
| (6) Benefits | Standard health and dental | Eligibility starts upon first day worked |

Your employment is subject to a probationary period of **three (3)** months, during which time your performance and conduct will be appraised and monitored. If your performance is not satisfactory the Company reserves the right to extend the probationary period or to terminate your employment without notice and with immediate effect.

We look forward to developing our relationship with you and hope you view this opportunity as a chance to make a positive impact on our business. Nonetheless, please understand that Absolute Software, Inc. is an at-will employer. That means that either you or Absolute Software are free to end the employment relationship at any time, with or without notice or cause. And nothing in this letter or Absolute Software's policies or procedures, either now or in the future, are intended to change the at-will nature of our relationship.

We would appreciate receiving your response to this offer by Friday, March 27, 2015 with an anticipated start date on Monday, April 6, 2015. Should your response not be received by March 27, 2015, we reserve the right to rescind this offer.

We are extremely excited to have you join our team and for you to continue your career with us. Please sign this offer to acknowledge your acceptance.

Sincerely,
**ABSOLUTE SOFTWARE, INC.**


Thomas Kenny
Executive VP & GM of Worldwide Sales

Leigh Ramsden
VP, Finance


Accepted,

Kurt R. Luporini

3/24/15

Date

DEFS00047

**Absolute**Software

TRACK. MANAGE. SECURE.



EXHIBIT

Venny 42
3/21/19 LM

Plaintiff's
Exhibit

**42**

April 3, 2015

Randall (Randy) V. Dye

<span style="color:red">Redacted</span>

Dear Randall (Randy),

We are delighted to make an offer of employment to you as a Regional Director, Sales with Absolute Software, Inc., reporting to Todd Awtry, VP, Sales. We anticipate that your education, experience and skills will be a great addition to our team.

This letter is a formal offer of employment and supersedes any previous offers made to you by Absolute Software. The table below outlines the terms and conditions of your employment. These terms and conditions, together with the attached non-disclosure agreement and Absolute Software's policies in effect from time to time will form your entire Employment Agreement with Absolute Software. This offer is conditional on the completion of, to the satisfaction of Absolute Software, employment reference and background checks.

| Item | Amount | Notes: |
|---|---|---|
| (1) Base Salary | USD$140,000 per annum | Paid semi-monthly and based on no fewer than 40 hours worked per week. |
| (2) Target Commission Opportunity | USD$140,000 per annum, evaluated and paid quarterly, with monthly progress payments | Subject to the then current Sales Compensation Plan, commission earned is based on the percentage of the quarterly sales quota achieved. Quota is set quarterly by management. Commissions are evaluated and paid for each quarterly period, with monthly progress payments, paid one month in arrears (i.e. commissions for June sales are paid on July 31st).<br><br>Commissions are guaranteed for the quarter ending June 30, 2015 at 100% (with a 110% cap). Commissions are also guaranteed for the quarter ending September 30, 2015 at 75% (with no cap), and guaranteed for the quarter ending December 31, 2015 at 50% (with no cap). Commissions available are prorated for the number of days worked in the quarter.<br><br>Please note that Absolute reserves the right to change compensation and incentive plans at any time in response to business requirements. |
| (3) Absolute Stock Options | 5,000 Stock Options | Stock options require board approval and may be subject to other shareholder or regulatory approval or conditions. The grant date will be the date of the first board option granting meeting after your start date. The option strike price is determined by the closing stock price on the day before the grant date or such later date as is required by applicable securities laws or the policies of the Toronto Stock Exchange. Stock options vest 25% per year starting at the end of the |

CONFIDENTIAL

## Absolute Software

### TRACK. MANAGE. SECURE.

|  |  | 1st year and expire 2 years after each vesting date. Should your employment terminate for any reason whatsoever, you have 30 days to exercise any vested Options. Any unvested Options will be cancelled effective your last day worked or the date notice of termination is given; pursuant to sections 1.1 (z) and 3.6 of the Share Option Plan. |
|---|---|---|
| (4) Vacation | 15 days per annum | Accrued during fiscal year from July 1 to June 30 in accordance with Absolute's Vacation Policy. |
| (5) Statutory holidays | US Calendar Stats | Refer to Vacation Policy. |
| (6) Benefits | Standard health and dental | Eligibility starts upon first day worked |

Your employment is subject to a probationary period of **three (3)** months, during which time your performance and conduct will be appraised and monitored. If your performance is not satisfactory the Company reserves the right to extend the probationary period or to terminate your employment without notice and with immediate effect.

We look forward to developing our relationship with you and hope you view this opportunity as a chance to make a positive impact on our business. Nonetheless, please understand that Absolute Software, Inc. is an at-will employer. That means that either you or Absolute Software are free to end the employment relationship at any time, with or without notice or cause. And nothing in this letter or Absolute Software's policies or procedures, either now or in the future, are intended to change the at-will nature of our relationship.

We would appreciate receiving your response to this offer by Wednesday, April 8, 2015, 2015 with an anticipated start date on Monday, April 20, 2015. Should your response not be received by April 8, 2015, we reserve the right to rescind this offer.

We are extremely excited to have you join our team and for you to continue your career with us. Please sign this offer to acknowledge your acceptance.

Sincerely,
**ABSOLUTE SOFTWARE, INC.**


Thomas Kenny
Executive VP & GM of Worldwide Sales

Leigh Ramsden
VP, Finance


Accepted,

Randall (Randy) V. Dye

4 - 4 - 15
Date

DEFS00043

**From:** Todd Awtry
**Sent:** June 4, 2015 7:18 AM
**To:** Daniel Berardo
**Cc:** Leigh Ramsden; Geoff Haydon; Thomas Kenny
**Subject:** Confidential - Thomas O'Brien Offer




Daniel –

Confidentially need you to help me construct an offer for Tom O'Brien.   Please use Mary Piehler' position number as reference (Leigh R and I have connected on this).

I'd like to offer Tom the following:

<u>Comp Plan Offer:</u>
OTE of $325k – on a 60/40 split - $195k base (what he is making now) plus $130k on target

Commission Guarantee:
Quarter 1 – at 100%
Quarter 2 – at 100%
Quarter 3 – at 75%
Quarter 4 – at 50%

<u>Stock On Sign on:</u>  5,000 RSU's which he'll have the pay the taxes on

Tom would own the acquisition team for the East Region – comprised of roughly 6-8 reps.
(6 reps at 175k in ACV per quarter = $4.2m in ACV revenue)

<u>On Top Bonus Opportunities:</u>
➢ Achieve $5m annually ACV and receive $50k bonus
➢ Fortune 500 Lighthouse account – Receive $25k bonus for every Fortune 500 Customer that books more than $500k in business in fiscal FY16 (payment capped at $100k)
➢ Fortune 500 Strategic account – Receive a $50k bonus for any Fortune 500 customer that books $1m in a single PO or multiple PO's in the fiscal year.
➢ Top-grade 50% of your current team by December 31st, 2015 and earn $10,000

<u>Start Date:</u>
June 29th, 2015

<u>Tom's Address:</u>
<span style="color:red">Redacted</span>

Let me know what else you need to construct the offer, I'd like to get it to him later tonight or tomorrow morning at the latest.   Thanks

Todd M Awtry
Vice President of Sales North America
Telephone:  877-410-1318
tawtry@absolute.com | www.absolute.com

A B S O L U T E  S O F T W A R E | Track. Manage. Secure.

**Absolute®Software**

TRACK. MANAGE. SECURE.



June 4, 2015

Thomas O'Brien

Redacted

Dear Thomas,

We are delighted to make an offer of employment to you as a Regional Director, Sales with Absolute Software, Inc., reporting to Todd Awtry, VP of Sales for North America. We anticipate that your education, experience and skills will be a great addition to our team.

This letter is a formal offer of employment and supersedes any previous offers made to you by Absolute Software. The table below outlines the terms and conditions of your employment. These terms and conditions, together with the attached non-disclosure agreement and Absolute Software's policies in effect from time to time will form your entire Employment Agreement with Absolute Software. This offer is conditional on the completion of, to the satisfaction of Absolute Software, employment reference and background checks.

| Item | Amount | Notes |
|------|--------|-------|
| (1) Base Salary | USD$195,000 per annum | Paid semi-monthly and based on no fewer than 40 hours worked per week. |
| (2) Target Commission Opportunity | USD$130,000 per annum, evaluated and paid quarterly, with monthly progress payments | Subject to the then current Sales Compensation Plan, commission earned is based on the percentage of the quarterly sales quota achieved.  Quota is set quarterly by management.  Commissions are evaluated and paid for each quarterly period, with monthly progress payments, paid one month in arrears (i.e. commissions for June sales are paid on July 31st).<br><br>Commissions are guaranteed for the quarter ending September 30, 2015 at 100% (with a 110% cap).  Commissions are also guaranteed for the quarter ending December 31, 2015 at 100% (with no cap), guaranteed for the quarter ending March 31, 2016 at 75% (with no cap), and guaranteed for the quarter ending June 30, 2016 at 50% (with no cap).<br><br>Commissions available are prorated for the number of days worked in the quarter.<br><br>Please note that Absolute reserves the right to change compensation and incentive plans at any time in response to business requirements. |
| (3) Phantom Share Units (PSUs) | 5,000 Units | You will be awarded 5,000 Phantom Share Units ("PSUs") under Absolute Software Corporation's Phantom Share Unit Plan. The PSUs will be subject to the terms of Absolute Software Corporation's Phantom Share Unit Plan.  The PSUs will vest 33% per year starting at the end of the 1st year. |
| (4) On Top Bonus Opportunities | | Achieve $5m annually ACV and receive $50k bonus.<br><br>Fortune 500 Lighthouse account – Receive $25k bonus |

# **Absolute**®Software

## TRACK. MANAGE. SECURE.

| | | |
|---|---|---|
| | | for every Fortune 500 Customer that books more than $500k in business in fiscal FY16 (payment capped at $100k).<br><br>Fortune 500 Strategic Account – Receive a $50k bonus for any Fortune 500 customer that books $1m in a single PO or multiple PO's in the 2016 fiscal year.<br><br>Top-grade 50% of your current team by December 31st, 2015 and earn $10,000. |
| (5) Vacation | 15 days per annum | Accrued during fiscal year from July 1 to June 30 in accordance with Absolute's Vacation Policy. |
| (6) Statutory holidays | US Calendar Stats | Refer to Vacation Policy. |
| (7) Benefits | Standard health and dental | Eligibility starts upon first day worked |

Your employment is subject to a probationary period of **three (3)** months, during which time your performance and conduct will be appraised and monitored. If your performance is not satisfactory the Company reserves the right to extend the probationary period or to terminate your employment without notice and with immediate effect.

We look forward to developing our relationship with you and hope you view this opportunity as a chance to make a positive impact on our business. Nonetheless, please understand that Absolute Software, Inc. is an at-will employer. That means that either you or Absolute Software are free to end the employment relationship at any time, with or without notice or cause. And nothing in this letter or Absolute Software's policies or procedures, either now or in the future, are intended to change the at-will nature of our relationship.

We would appreciate receiving your response to this offer by Monday, June 15, 2015 with an anticipated start date on Monday, July 20, 2015. Should your response not be received by Monday, June 15, 2015, we reserve the right to rescind this offer.

We are extremely excited to have you join our team and for you to continue your career with us. Please sign this offer to acknowledge your acceptance.

Sincerely,
**ABSOLUTE SOFTWARE, INC.**

_____
Thomas Kenny
Executive VP & GM of Worldwide Sales

_____
Leigh Ramsden
VP, Finance

Accepted,

_____
Thomas O'Brien

_____
Date

DEFS07358

**Absolute**Software

TRACK. MANAGE. SECURE.



EXHIBIT
Kenny 47
3/21/19 LM

Plaintiff's
Exhibit
**47**

July 02, 2015

Joe Morini,

<span style="color:red">Redacted</span>

Dear Joe,

We are delighted to make an offer of employment to you as a Regional Director, Sales with Absolute Software, Inc., reporting to Todd Awtry, VP of Sales for North America. We anticipate that your education, experience and skills will be a great addition to our team.

This letter is a formal offer of employment and supersedes any previous offers made to you by Absolute Software. The table below outlines the terms and conditions of your employment. These terms and conditions, together with the attached non-disclosure agreement and Absolute Software's policies in effect from time to time will form your entire Employment Agreement with Absolute Software. This offer is conditional on the completion of, to the satisfaction of Absolute Software, employment reference and background checks.

| Item | Amount | Notes: |
|---|---|---|
| (1) Base Salary | USD$180,000 per annum | Paid semi-monthly and based on no fewer than 40 hours worked per week. |
| (2) Target Commission Opportunity | USD$120,000 per annum, evaluated and paid quarterly, with monthly progress payments | Subject to the then current Sales Compensation Plan, commission earned is based on the percentage of the quarterly sales quota achieved. Quota is set quarterly by management. Commissions are evaluated and paid for each quarterly period, with monthly progress payments, paid one month in arrears (i.e. commissions for June sales are paid on July 31st).<br><br>Commissions are guaranteed for the quarter ending September 30, 2015 at 100% (with a 110% cap). Commissions are also guaranteed for the quarter ending December 31, 2015 at 75% (with no cap), guaranteed for the quarter ending March 31, 2016 at 50% (with no cap),<br><br>Commissions available are prorated for the number of days worked in the quarter.<br><br>Please note that Absolute reserves the right to change compensation and incentive plans at any time in response to business requirements. |
| (3) Absolute Stock Options | 5,000 Stock Options | Stock options require board approval and may be subject to other shareholder or regulatory approval or conditions. The grant date will be the date of the first board option granting meeting after your start date. The option strike price is determined by the closing stock price on the day before the grant date or such later date as is required by applicable securities laws or the policies of the Toronto Stock Exchange. Stock options vest 25% per year starting at the end of the 1st year and expire 2 years after each vesting date. |

# **Absolute**Software

## TRACK. MANAGE. SECURE.

|  |  | Should your employment terminate for any reason whatsoever, you have 30 days to exercise any vested Options. Any unvested Options will be cancelled effective your last day worked or the date notice of termination is given; pursuant to sections 1.1 (z) and 3.6 of the Share Option Plan. |
|---|---|---|
| (4) On Top Bonus Opportunities |  | Achieve $9m annually TCV and receive $50k bonus.<br><br>Fortune 500 Strategic Account – Receive a $50k bonus for any Fortune 500 customer that books $1m in a single PO or multiple PO's in fiscal year 2016.<br><br>Top-grade 50% of your current team by December 31st, 2015 and earn $10,000 |
| (5) Vacation | 15 days per annum | Accrued during fiscal year from July 1 to June 30 in accordance with Absolute's Vacation Policy. |
| (6) Statutory holidays | US Calendar Stats | Refer to Vacation Policy. |
| (7) Benefits | Standard health and dental | Eligibility starts upon first day worked |

Your employment is subject to a probationary period of **three (3)** months, during which time your performance and conduct will be appraised and monitored. If your performance is not satisfactory the Company reserves the right to extend the probationary period or to terminate your employment without notice and with immediate effect.

We look forward to developing our relationship with you and hope you view this opportunity as a chance to make a positive impact on our business. Nonetheless, please understand that Absolute Software, Inc. is an at-will employer. That means that either you or Absolute Software are free to end the employment relationship at any time, with or without notice or cause. And nothing in this letter or Absolute Software's policies or procedures, either now or in the future, are intended to change the at-will nature of our relationship.

We would appreciate receiving your response to this offer by Monday, July 06, 2015 with an anticipated start date on Monday, July 20, 2015. Should your response not be received by Monday, July 06, 2015, we reserve the right to rescind this offer.

We are extremely excited to have you join our team and for you to continue your career with us. Please sign this offer to acknowledge your acceptance.

Sincerely,
**ABSOLUTE SOFTWARE, INC.**

Thomas Kenny
Executive VP & GM of Worldwide Sales

Leigh Ramsden
VP, Finance

Accepted,

Joe Morini

Date   1/6/2015



Plaintiff's
Exhibit
**58**

EXHIBIT
Awtry 58
4/5/19 LM

| From: | Todd Awtry |
|---|---|
| To: | Daniel Berardo; Teena Mola |
| Subject: | FW: Recap of Friday"s Conversation 1:1 |
| Date: | Wednesday, September 9, 2015 10:25:33 PM |
| Attachments: | image002.png |

FYI

**Todd M Awtry**
Vice President of Sales – North America
T: 877-410-1318
tawtry@absolute.com | absolute.com | InTelligence Community

**ABSOLUTE** / Confident to the core.

This message is confidential and intended only for the person or entity to which it is addressed. For more information please visit absolute.com/about/legal.

**From:** Todd Awtry
**Sent:** Wednesday, September 9, 2015 10:25 PM
**To:** Warren Young <wyoung@absolute.com>
**Subject:** Recap of Friday's Conversation 1:1

Warren –
I wanted to highlight the sense of urgency around the numbers that we spoke about on Friday. We discussed your lack of command around your business based on forecast calls over the past few weeks.
You are forecasting with less than 30 days to go in the quarter anywhere from $875k to $1.7M in attainment on a quota of $1.9M.
In my view this is entirely too wide a spread and shows a lack of engagement in the deals.
We then moved into a conversation around backfilling your Northern California position that Andrew McIlwaine recently vacated and my counsel was you needed more of a "veteran sales person that has more tenure in the field".
Given your track record over the past couple of years in the west you are running out of time to prove you can reliability deliver your quotas in the west on regular basis (see the last 13 quarters attainment).
You mentioned to me in one of our previous conversations (not Friday) that "I know that I'm running out of time and if I continue to miss my quota you won't have to manage me out of the business", which leads me to believe you understand the urgency to correct performance immediately.
Below is the last 4 years of attainment in the West Region under your leadership:



cid:image003.png@01D0E737.2BBBF460

If you don't hit quota in Q1 you'll be going on written warning for performance, I have no other choice at this point given our many conversations.

Let me now if you have questions or would like to discuss further, I am here to help make you and the west region successful but I need you to aware of your current situation.

**Todd M Awtry**
Vice President of Sales – North America
T: 877-410-1318
tawtry@absolute.com | absolute.com | InTelligence Community

**ABSOLUTE** / Confident to the core.

This message is confidential and intended only for the person or entity to which it is addressed. For more information please visit absolute.com/about/legal.



Plaintiff's Exhibit 66

EXHIBIT
Awtry 66
4/5/19 LM

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/201~ |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

## Semi-Annual Performance Objectives

### Question

1H - Q1 Revenue Attainment

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Substantially Exceeds Expectations | **Reviewer Score:** | 5.00 out of 5.00 |
| **Employee Evaluation Result:** | Substantially Exceeds Expectations | **Employee Score:** | 5.00 out of 5.00 |

**Reviewer Comments:**  115% attainment, excellent quarter

**Employee Comments:**  Overall sales in the Northeast were up 55% YOY with actual sales of $4,428,216. Quota Credit was 3,399,706 due to the increase of business at the NYC DOE, but only receiving 80% quota credit.  More significantly was our growth in the key verticals as defined in the Corporate FY15 vision.  Corporate business was up 17.8%, and Healthcare was up 78% YOY.

### Question

1H - Q2 Revenue Attainment

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** | 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** | 4.00 out of 5.00 |

**Reviewer Comments:**  105% attainment, Nicely Done

**Employee Comments:**  Our Q2 performance was strong in revenue. Overall Q2 revenue was $3,706,220 and Quota Credit was $3,390,060. that's a YOY increase of over 24%.. Yet what is of significance is that we achieved this having 2 AE openings, and a new IAE on the team. We did not let the many distractions keep us form selling.

### Question

CONFIDENTIAL                                                                                    DEFS00152

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

Achieve CTB (Call to Ball) accuracy of ~5+/-% by end of month 2 of the quarter

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** 4.00 out of 5.00 |

**Reviewer Comments:** You were +21% off from your end of the 2nd month call the ball, BUT we asked to pull forward some deals in Q2 into Q1 to help NA and in Q2 you 45% off but again pulled everything in.

**Employee Comments:** My CTB is very accurate, and the Northeast delivers what we promise. I diligently increase my CTB at the end of the quarter after we achieve our goals as we identify additional deals that can be brought in to help NA achieve its goals. That has resulted in my finishing at my earlier predicted high.

### Question

Balance achievement through entire portfolio

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Needs Development | **Reviewer Score:** 2.00 out of 5.00 |
| **Employee Evaluation Result:** | Needs Development | **Employee Score:** 2.00 out of 5.00 |

**Reviewer Comments:** We've talked about your performance in manage and service, need to continue to focus here.

**Employee Comments:** Our portfolio was not balanced in Q1. Our  Ab Service performance was terrible, and a key contributor to that was a sale of Absolute Service that was returned, due to product issues that the customer felt the development would not address to his liking. Also we did not win 2 very targeted sales at Cornell and Sacred Heart University. Both of these sales were lost on product issues, pricing issues, and really not as good of an ROI as the competition offered.
Our Absolute Manage business has been dependent on a few large customers, and we did not see orders from them in Q1. A goal was set to grow this business in Q2 and thus we had double digit growth in AM of 10% YOY.

### Question

CONFIDENTIAL                                                                 DEFS00153

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

Ensure the team is driving strong relationships with ALL OEM's in their patch.

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** | 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** | 4.00 out of 5.00 |

**Reviewer Comments:** You have very solid relationships with ALL your OEMs.  Keep up the solid work.

**Employee Comments:** We hold excellent OEM relationships, and in Q2 reached a new
level of agreement with Apple to add us to their NYC Contract
with the DOE. This will result in additional business overall for
us in the NYC SLED market. Our relationships with HP, Dell and
Apple remain strong, and included events with each OEM.
I also attended quarterly business reviews with HP and Dell.

## Question

Establish tight linkage and communication with the VAR team.

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** | 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** | 3.00 out of 5.00 |

**Reviewer Comments:** You and Sara seem to be tight, we just need to see more VAR business out of the NE.

**Employee Comments:** I feel we are very aligned with Sara, and either myself or an AE attend
each VAR event with her. I wou djust like to see more "deal discussion" and
not just socializing.
While this was useful to get introduced, I am looking to move to the next
phase of VAR productivity.

## Question

Expense Reporting submitted every 2 weeks, forecasts and other required reports submitted on time with accurate details and information.

| | |
|---|---|
| **Weight:** | 1.00 |

---

CONFIDENTIAL

DEFS00154

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

| | | |
|---|---|---|
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** 3.00 out of 5.00 |

**Reviewer Comments:** Your expenses are submitted accurately and on time, one of the best on the team.

**Employee Comments:** My expenses are timely and with policy.
My forecasts are always submitted in advance with the entire
virtual team copied.
My PMP workbook is submitted in similar fashion.

### Question

Grow Year over Year revenue in Absolute Manage

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Needs Development | **Reviewer Score:** 2.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** 3.00 out of 5.00 |

**Reviewer Comments:** For the half manage was down over a fairly small base.  This is an area you need to continue to work on.

**Employee Comments:** In Q1 we did not grow YOY AM revenue. But in Q2 we did over 10% growth.

### Question

Grow Year over Year revenue in Absolute Service

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Needs Development | **Employee Score:** 2.00 out of 5.00 |

CONFIDENTIAL                    DEFS00155

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

**Reviewer Comments:** Aware of your issues here, don't give up.

**Employee Comments:** The numbers do not reflect YOY growth. We did grow the business, but the return from Maines Paper skue'd us to flat YOY. Darren was alerted to the issues at Maines well in advance, yet no one from the Service team ever made a F2F call there. Since it was a product function issue there was not much my team could do. I participated in all the conference calls, and the product was just not functioning like it did in the demonstration.

However we did que up some large opportunities at big name accounts, Cornell, Omnicom, Sacred Heart University, and Atlantic Health to mention a few. So while we need more opportunities, then umber would have been achieved if the win rate was higher on the key deals we did uncover.

## Question

Approach the business with a CAN DO attitude that supports the business's initiatives

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** 4.00 out of 5.00 |

**Reviewer Comments:** You are absolutely a roll your shelves up kind of person.  Would ask to look at challenges inside ABT has "how do we get it done" vs it's broken.  While I agree much is broken the exception is leadership will figure out a way.

**Employee Comments:** Given difficult circumstances where 2 IAE's left the company in Q1, and an AE resigned at EOQ and another AE retired at EOQ, we were able to rally as a team and show a strong performance.
This was very challenging in Q1, especially knowing that Charles was potentially about to leave and in an ongoing discussion with mgt as to his role come Q2. I believe my leadership kept the team together and focused on bringing in as much business as possible the company.

Also the corporate reorganization of the sales team has been a distraction, and an emotional one for many sales reps as they trade off accounts they have a history with. I felt that I led the team to be cooperative and get through the issues one by one.

## Question

Maintain an accurate and healthy pipeline of at least 2.5x of quota and that supports quota attainment of 110%

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** 4.00 out of 5.00 |

CONFIDENTIAL

DEFS00156

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

---

**Employee Evaluation Result:**   Meets Expectations                          **Employee Score:** 3.00 out of 5.00

**Reviewer Comments:**   While your pipeline may NOT be 2.5x i do feel you have one of the "qualified" pipelines in NA area.  You are good sales coach in making sure the deals are "real". Nice job!!

**Employee Comments:**   My pipeline continued to grow all quarter. While I feel the pipeline is healthy, I do think that the team needs to better quality deals upfront and along the way to move them through the funnel in a more organized fashion.

### Question

Operate within the organizations formal and informal structures and build alllies and relationships across the company.  Use these alliances to build consensus and create results while sharing best practices across the organization.  Be prepared to discuss in detail how your met this objective each quarter.

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** 3.00 out of 5.00 |

**Reviewer Comments:**   This is another area of opportunity for you.  While you attend leadership and company events it never seems that you are tied in with other leaders.   Keep working here.  Your proximity to corp doesn't help and you allies.

**Employee Comments:**   In Q1, this was especially challenging for us in the region. We had several HR issues over compensation with the DOE, and Mid-Atlantic B inaccurate reflection of performance due to UCI orders not showing in the daily report, All these issues create distractions, bad morale and in general, not good cross functional relationships. There is a tone that when some folks in Vancouver are challenged they get annoyed. But these business issues are real, and should be addressed.
Given many challenges, the Northeast still performed well in 1H, and put the distractions aside to deliver a solid performance, while I managed the morale issues as much as possible. I sincerely appreciated the support I received from HR, my peers and from Errol regarding the issues raised over the DOE bookings in Q4.

In Q2, there are several examples of cross functional work that had great results. Working with Steve Deck to get the Apple Management team to work with us on the DOE was a significant challenge.  We also worked well with Marketing to participate in better events that will bring us more ROI. The CISO events and the BAO call-out campaign both are great examples of where we had to say what mkt was doing was not helping us, and we needed to shift to a new plan. Nicole C was very receptive to our proposal for BAO as well as the CISO events intheregion.

---

CONFIDENTIAL                                                    DEFS00157

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

#### Question

Seek out feedback, be a proactive learner and take on challenging assignments as needed. Be a creative problem solver welcoming and attacking the unknown. At the end of the half be ready to communicate what challenging assignments you took on and how you did on the assignment.

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** | 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** | 4.00 out of 5.00 |

**Reviewer Comments:** The question is do you "seek" out feedback?

**Employee Comments:** I don't think there was a more challenging region in 1H than the Northeast. Losing 2 IAE, and 2 AE's, and on boarding a new hire AE, we rallied to make the number anyway. I personally covered NJ and NYP while we figured out what we were going to do with this business. Lots of issues as I mentioned earlier, and yet we did not let that distract our focus, and I do believe that is a credit to my leadership.

I personally took on a role in NYP and NJ to assist in the field to maintain the business. At the same time we have 2 huge opportunities UTC and Omnicom that required much of my focus as an RD. And all of this with substantial YOY growth, and growth in the key corp and HC verticals. UTC came to a successful conclusion, and I hope Omnicom will in 2H.

#### Question

Set a high cadence for customer interaction and continue to push the team to be proactive in developing new customer relationships.

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Substantially Exceeds Expectations | **Reviewer Score:** | 5.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** | 4.00 out of 5.00 |

**Reviewer Comments:** You've done whatever you had to do to deliver the numbers.

CONFIDENTIAL

DEFS00158

# Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

**Employee Comments:** I am very involved with the deals in the region, and participate in all customer events. I spent my time with customers, and I am known as the point of resolution for many customer issues. Maines Paper is a good example. While they wanted to return Ab Service, they are also a long time CT customer. I could see that no one from the Service team was going to make this customer happy, so I personally got involved with the CIO to make sure that Absolute retained the account overall. I also worked with their VAR, Safari Micro and Ingram. Both the CIO and CFO wrote to thank me. AS far as developing new customers, I personally attended the CISO event, to meet people and to also understand what the process was going to be once we are 100% focused on Acquisition, and what are the hot buttons that will get us in the door. Hiring a NY Financial AE is a big step in an all acquisition territory.

## Question

Set clear goals around accountability and predictability for your team

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** | 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** | 4.00 out of 5.00 |

**Reviewer Comments:** Accountability is one of your strong suits.

**Employee Comments:** I hold the team very accountable, and consistently review the pipeline, target accounts, goals, forecasts, and corporate initiatives. I also created a tool to track the new business efforts in Corporate Fortune X00 with an eye on FY16 being totally acquisition. Each of my direct reports clearly knows the expectations and understands why I push when I do.

## Question

Show ACV growth Year over Year in your territory:

| | | | |
|---|---|---|---|
| **Weight:** | 1.00 | | |
| **Reviewer Evaluation Result:** | Exceeds Expectations | **Reviewer Score:** | 4.00 out of 5.00 |
| **Employee Evaluation Result:** | Exceeds Expectations | **Employee Score:** | 4.00 out of 5.00 |

CONFIDENTIAL                                                                    DEFS00159

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

**Reviewer Comments:**     Well done

**Employee Comments:**     ACV % Change as of the report dated 12/30/14 was 8.47%
I believe 3% was the goal.

### Question

Take "ownership" of resources that support your district – SE's, VAR etc. – and ensure you are getting the value from them to drive and close business within your district.

| | | |
|---|---|---|
| **Weight:** | 1.00 | |
| **Reviewer Evaluation Result:** | Meets Expectations | **Reviewer Score:** 3.00 out of 5.00 |
| **Employee Evaluation Result:** | Meets Expectations | **Employee Score:** 3.00 out of 5.00 |

**Reviewer Comments:**     x

**Employee Comments:**     This is difficult when there are known issues with some of the cross function that continue to go unaddressed. I do think time will play a role in this with the new organization. But the areas I have addressed have seen improvement, such as the SE's and doing a weekly call with Bill D. Or doing a weekly call with the PS team for the DOE. This has been a driver in making them see that the uninstalled CT licenses are a real issue and they are now taking action to hire a project manager in NY to install the 35,000+ uninstalled licenses.

| | |
|---|---|
| **Reviewer Final Score:** | 3.59 out of 5.00 |
| **Employee Final Score:** | 3.47 out of 5.00 |

**Reviewer Overall Comments:**

Let's get your region staffed (the NJ req has been out there for 4 mths) and stabilized as you had a GREAT 1H FY15 but am concerned with the lack of stability the consistency (that Geoff is looking for) will NOT be there.

**Employee Overall Comments:**

CONFIDENTIAL                    DEFS00160

## Performance Review

| | | | |
|---|---|---|---|
| **Employee Name:** | Piehler, Mary | **Performed On:** | 2/5/2015 |
| **Supervisor:** | Awtry, Todd M | **Review Period:** | 7/1/2014 - 12/31/2014 |
| **Job Title:** | Regional Director | | |
| **Review Type:** | Semi-Annual Performance Review | | |

This was a challenging 1H, mostly due to people issues around resignations, on-boarding, and interviewing to hire. With a full staff, our performance would have been off the charts.

As a company I think we need to realize that as Absolute transforms itself, we need to make sure that issues are addressed and that people feel like they can make a living here. We have so many new hires, that do not yet have a legacy loyalty to ABT. Yet they are experienced, senior people who can do a great job for us, but we need them to stay. I would like to see more RD and VP discussion on this topic, as we strengthen the bench.

**Employee Review Goal:**

**Confidential Comments:**

**Manager's Signature:**                                                                                   **Date:**

I understand that my signature does not imply that I agree with the appraisal ,rather it acknowledges that the appraisal has been discussed with me.

**Employee's Signature:**                                                                                   **Date:**

CONFIDENTIAL                                                                              DEFS00161

# Employee Survey- Verbatim Comments





**From:**

Daniel Berardo <"/o=absolute software corp./ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=dberardo">

**To:**

Thomas Kenny <tkenny@absolute.com>

**Date:**

Wed, 06 Aug 2014 20:22:58 +0000

**Attachments:**

Absolute Software 2014 Channel Sales Con V.2.pdf (285.27 kB)

Hi TK,

Attached are the verbatim comments from the Employee Survey conducted in May which includes Sales, Channel and Consumer.  Each comment was reviewed and any information that may have revealed the identity of the commenter was removed.  We ask you to please keep these comments in <u>strict</u> confidence.  They are only be to shared and discussed between you, HR & the CXO.

Please let me know if you have any questions or if I can provide any additional context.

Thanks,
Daniel
**Daniel Berardo, CHRP**
**Director, Human Resources | Absolute Software Corporation**
phone: 604.676.3659
dberardo@absolute.com
Absolute Careers | **Track. Manage. Secure.**

Gartner Magic Quadrant – A Visionary Vendor!

Become An Absolute Fan! Facebook | LinkedIn | Twitter
This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal.



DEFS01386



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

Absolute Software
Employee Engagement Survey 2014
Channel, Sales & Consumer
Verbatim Comments Summary Report

Vision / Strategy
**Comments:**

· ███████████████████████████████████████

· █████████████████████████████████████████

· Thomas Kenny has not told the team what the company strategy is - poor
communicator and keeps information to himself

· ███████████████████████████████████████

· ████████████████████████████

· ███████████████████████████████

· ██████████████████████████████████

· █████████████████████████████████████████

· ███████████████████████████

· Terrible communication from Thomas Kenny and Todd Awtry - unclear strategy, poor decision making
– questioning integrity of company

· ██████████████████████████████████████████

· ███████████████████████

· ████████████████████████████████████

· ████████████████

Confidential                                                                                    DEFS01387

**Absolute**
Software

This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

Confidential

DEFS01388



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

3

DEFS01389

**Absolute**
Software

Working Relationships
**Comments:**

This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

* No manager in < 1year. Lack of communication and connection between Thomas Kenny and Todd Awlry in sales

Confidential                                                                   DEFS01390



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

Confidential

DEFS01391



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

6

Confidential

DEFS01392



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

Structure / Organization
**Comments:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮

* Disjointed organization – Thomas Kenny and Todd Awtry messed up sales organization- ineffective multiple reporting for different positions - demotivated employees= low sales

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮

7



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

Confidential

DEFS01394

**Absolute**
Software

This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

Culture
**Comments:**

* Current leadership of Todd Awtry and Thomas Kenny – not receptive to any kind of feedback

Confidential

DEFS01395



**Absolute** Software

This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

## Execution / Implementation
**Comments:**

10

Confidential

DEFS01396

**Absolute**
Software

This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

What three factors in your current employment situation will motivate you to stay with Absolute Software?

**Comments:**

11

Confidential



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

DEFS01398

**Absolute**
Software

This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

Of the list of items below, which issues would you personally like to see as priorities for attention over the next year?



* Listen to the Sales force as to what the customers are saying for features and problems - provide a Tech Support resembles what our customers would expect – hire someone from within or outside that is more customer centric and understands that their problem is of bigger concern - hire a real leadership team and terminate Todd Awtry and Thomas Kenny

12

—

**Absolute**
Software

This is a detailed verbatim comments
summary report. Each comment has
been paraphrased in order to protect
the anonymity of the respondent. This
report was prepared by TWI Surveys Inc.

Open Comment Questions
**Your professional and career growth can be supported and enhanced by a number of strategies. Of the options available, what appeals to you most and why? (Examples: Mentoring, Job shadowing, Conferences, Webinars, In house Training etc.)**

13

DEFS01400



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

14

Confidential

DEFS01401



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

**Absolute**
Software

15

Confidential

DEFS01402

**Absolute**
Software

This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

16

Confidential

DEFS01403



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

Confidential

DEFS01404

**Absolute** Software

This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

**What are the best things about Absolute Software?**

18



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

19

DEFS01406



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

20

DEFS01407

**Absolute**
Software

This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

21

Confidential

DEFS01408



**Absolute**®

This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

**What should Absolute Software focus on for improvement over the next year?**

Confidential

DEFS01409



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

23

Confidential

DEFS01410

**Absolute**
Software

This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

* Current leadership of Todd and Thomas Kenny – grossly under-qualified – becomes more and more apparent with the decisions being made and the direction they are taking the company – ELT team and the Board not seriously concerned – no communication from the leadership team



24

DEFS01411



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

25

Confidential



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

Confidential

DEFS01413



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

Confidential

DEFS01414



This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

28

Confidential

DEFS01415



**Absolute** Software

This is a detailed verbatim comments summary report. Each comment has been paraphrased in order to protect the anonymity of the respondent. This report was prepared by TWI Surveys Inc.

29

Confidential

## Conversation with Matt Meanchoff





**From:**

Todd Awtry <tawtry@absolute.com>

**To:**

Matt Meanchoff <mmeanchoff@absolute.com>, Todd Awtry <tawtry@absolute.com>

**Date:**

Mon, 21 Jul 2014 18:03:00 +0000

Matt Meanchoff [1:45 PM]:
  got a sec for a quick call?
Todd Awtry [1:45 PM]:
  On PMP call.  Can we do it via Lynx or do you need me to hang up?
Matt Meanchoff [1:45 PM]:
  lync is OK ...
  Here goes ...
  Re NYC DOE
Todd Awtry [1:46 PM]:
  Oh great
Matt Meanchoff [1:46 PM]:
  Andrew (PS Asset Adminstrator) gave up on making calls down to the schools
Todd Awtry [1:46 PM]:
  ok???
Matt Meanchoff [1:47 PM]:
  because most of the schools said that the devices they bought (which appear to be uninstalled)
  are actually ResoA devices and ARE in fact installed
  ..........
  this is the issue that is created by those bozos fulfilling the orders to "new" accounts so that they get paid at 130%
  net-net ...
  the schools appear way underinstalled
  and Reso A is way overinstalled
  -----------
Todd Awtry [1:48 PM]:
  Ahh..
Matt Meanchoff [1:49 PM]:
  the path forward is to merge all the schools accounts an orders intot he "master" ResoA account
Todd Awtry [1:50 PM]:
  Yeah.  We need a process to pay correctly but they ulitimately need to go into the correct acct.  Paying on ACV fixes
  this in FY16
Matt Meanchoff [1:50 PM]:
  I'll take this up with Charles and Mary directly.  @#$ing nitwits.
Todd Awtry [1:51 PM]:
  LOL

Confidential

**Mary Piehler**



| | |
|---|---|
| **From:** | Todd Awtry |
| **Sent:** | Monday, March 17, 2014 4:24 PM |
| **To:** | Mary Piehler; Scott Barker |
| **Subject:** | Re: NYC DOE CT adjustments |

Thanks for heads up.

**Todd M Awtry**

Vice President of Sales North America | **Absolute Software Corporation**

phone: 877-410-1318 | tawtry@absolute.com | www.absolute.com

A B S O L U T E   S O F T W A R E | **Track. Manage. Secure**
Gartner Magic Quadrant – A Visionary Vendor!

This message is confidential and intended only for the person or entity to which it is addressed.

For more information please visit absolute.com/company/legal.

**From:** Mary Piehler <MPiehler@absolute.com>
**Date:** Monday, March 17, 2014 at 4:20 PM
**To:** Todd Awtry <tawtry@absolute.com>, Scott Barker <sbarker@absolute.com>
**Subject:** FW: NYC DOE CT adjustments

I noticed last week that the NYC DOE business is posting at 80% and not the 130% for new schools, as was agreed upon for FY2014.

I asked Charles to look into this and we found that Justin has been placing the orders incorrectly, and thus they are not being accelerated. I noticed it because the CT credit column was not higher than the orders that were coming in for that team.

I believe this quarter we sold the DOE approximately 170k, so approx 220k credit (at 130%). Each PO has the new school ID on it, but Justin was auto posting everything to ResoA. Charles is going to talk to Ricky about how we get this corrected, but I wanted to give you guys a heads up as I need to get this straightened out. The delta is about 85K to us credit wise.

1

## RE: Reso A accounts

Plaintiff's
Exhibit
73

EXHIBIT
Awtry 73
4/5/19 LM

**From:**

Caroline Nelson <cnelson@absolute.com>

**To:**

Todd Awtry <tawtry@absolute.com>, Leigh Ramsden <lramsden@absolute.com>, Michael Kenny <mkenny@absolute.com>, Matt Meanchoff <mmeanchoff@absolute.com>, Daniel Berardo <dberardo@absolute.com>

**Date:**

Fri, 27 Jun 2014 00:04:54 +0000

Redacted

**From:** Todd Awtry
**Sent:** June-26-14 5:03 PM
**To:** Leigh Ramsden; Michael Kenny; Matt Meanchoff; Daniel Berardo; Caroline Nelson
**Subject:** RE: Reso A accounts

Do we have enough grounds for termination for all 3?

I believe we do but want others thoughts

Todd M Awtry
Vice President of Sales North America
Phone: 877-410-1318
tawtry@absolute.com
Absolute Software | Track. Manage. Secure

Gartner Magic Quadrant - A Visionary Leader

This message is confidential and intended only for the person or entity to which it is addressed.   For more information please visit absolutr.com/legal.

Sent from my smartphone protected by Absolute Manage.

-------- Original message --------
From: Leigh Ramsden
Date:06/26/2014 7:36 PM (GMT-05:00)
To: Todd Awtry , Michael Kenny , Matt Meanchoff , Daniel Berardo , Caroline Nelson
Subject: Reso A accounts

Hi guys,

Matt and I sat down and Matt's understanding is the same as Mary's, which is that if someone is ordering off Resolution A, they will order through one of the 5 system integrators.

Those integrators are:

1) ASI
2) Computer Logic Group (CLG)
3) ICC (Interface Computer Corporation)

DEFS07234

4) ITCSNY
5) Stellar Services

We filtered the sales list based on these "Ship To Company Names" in our order information, and found 141 orders for a total of $807K. All these orders were through the Lenovo SUS trading partner. We also found one other order for $14K that comes through Lenovo that has a different trading partner "NYCDOE School Code 02M116" that the Fulfillment email is RESOA@schools.nyc.gov.

Of those orders, 70 of them for $445K are in the "Schools of the Upper East Side" account. 9 orders for $47K are in a sort of "generic" looking NYC-DOE-ASI account (ASI being one of the integrators mentioned above). The rest are scattered across multiple accounts, usually these appear to be the "school specific" accounts that Mary was mentioning.

There's TWO orders for $3,187 that are sitting in the OLD NYC-Reso A account. Those are two of the 3 that are in the old account.

Based on what we discussed, if you want "proof" that there are legacy "Resolution A" orders that are not in the legacy "Resolution A" account, we think this is proof as best as we know it.

Leigh

Leigh Ramsden
Senior Director, Finance | Absolute Software Corporation
phone: 604 629 7080 | fax: 604 730 2621 | mobile: 604 916 9984
lramsden@absolute.com | www.absolute.com
Absolute Software | **Track. Manage. Secure.**
Gartner Magic Quadrant – A Visionary Vendor!
Become An Absolute Fan! Facebook | LinkedIn | Twitter
This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal

DEFS07235

# RE: DOE Email: FW: NYC DOE CT adjustments



**From:**

Caroline Nelson <cnelson@absolute.com>

**To:**

Todd Awtry <tawtry@absolute.com>, Daniel Berardo <dberardo@absolute.com>, Leigh Ramsden <lramsden@absolute.com>

**Cc:**

Michael Kenny <mkenny@absolute.com>, Thomas Kenny <tkenny@absolute.com>

**Date:**

Fri, 27 Jun 2014 17:41:20 +0000



Redacted

From: Todd Awtry
Sent: June 27, 2014 10:33 AM
To: Caroline Nelson; Daniel Berardo; Leigh Ramsden
Cc: Michael Kenny; Thomas Kenny
Subject: FW: DOE Email: FW: NYC DOE CT adjustments

Response to my question?

Todd M Awtry

Vice President of Sales North America

Telephone:  877-410-1318

tawtry@absolute.com | www.absolute.com

A B S O L U T E   S O F T W A R E | Track. Manage. Secure. <http://www.absolute.com/en/landing/2012/Magic-Quadrant.aspx>
Gartner Magic Quadrant – A Visionary Vendor!

This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit  <http://www.absolute.com/company/legal> absolute.com/company/legal.

From: Mary Piehler
Sent: Friday, June 27, 2014 1:32 PM
To: Todd Awtry
Subject: RE: DOE Email: FW: NYC DOE CT adjustments

Finance corrected it at the time, but only for Q3. This week they corrected Q1/Q2. I have the spreadsheet Justin sent me of what he mis-posted in Q1/Q2.

Regards,

Mary Piehler

Director, Northeast Region
phone: 585 425 1852  mobile: 585 721 9218

mpiehler@absolute.com |  <http://www.absolute.com/> www.absolute.com

A B S O L U T E  S O F T W A R E | Track. Manage. Secure. <http://www.absolute.com/en/landing/2012/Magic-Quadrant.aspx>
Gartner Magic Quadrant – A Visionary Vendor!


This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit  <http://www.absolute.com/company/legal> absolute.com/company/legal.

From: Todd Awtry
Sent: Friday, June 27, 2014 1:28 PM
To: Mary Piehler
Subject: RE: DOE Email: FW: NYC DOE CT adjustments

And what was the final conclusion of how to correct it?

Do we have it documented?

Todd M Awtry

Vice President of Sales North America

Telephone:  877-410-1318

tawtry@absolute.com | www.absolute.com

A B S O L U T E  S O F T W A R E | Track. Manage. Secure. <http://www.absolute.com/en/landing/2012/Magic-Quadrant.aspx>
Gartner Magic Quadrant – A Visionary Vendor!


This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit  <http://www.absolute.com/company/legal> absolute.com/company/legal.

From: Mary Piehler
Sent: Friday, June 27, 2014 1:21 PM
To: Todd Awtry
Subject: DOE Email: FW: NYC DOE CT adjustments

Here is the email from March that I sent you questioning the credit for DOE.

Regards,

Mary Piehler

Director, Northeast Region
phone: 585 425 1852  mobile: 585 721 9218

<mailto:mpiehler@absolute.com> mpiehler@absolute.com |  <http://www.absolute.com/> www.absolute.com

A B S O L U T E  S O F T W A R E | Track. Manage. Secure. <http://www.absolute.com/en/landing/2012/Magic-Quadrant.aspx>
Gartner Magic Quadrant – A Visionary Vendor!


This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit  <http://www.absolute.com/company/legal> absolute.com/company/legal.

DEFS07251

From: Mary Piehler
Sent: Monday, March 17, 2014 4:21 PM
To: Todd Awtry; Scott Barker
Subject: FW: NYC DOE CT adjustments

I noticed last week that the NYC DOE business is posting at 80% and not the 130% for new schools, as was agreed upon for FY2014.

I asked Charles to look into this and we found that Justin has been placing the orders incorrectly, and thus they are not being accelerated. I noticed it because the CT credit column was not higher than the orders that were coming in for that team.

I believe this quarter we sold the DOE approximately 170k, so approx 220k credit (at 130%). Each PO has the new school ID on it, but Justin was auto posting everything to ResoA. Charles is going to talk to Ricky about how we get this corrected, but I wanted to give you guys a heads up as I need to get this straightened out. The delta is about 85K to us credit wise.

Regards,

Mary Piehler

Director, Northeast Region
phone: 585 425 1852  mobile: 585 721 9218

mpiehler@absolute.com |  <http://www.absolute.com/> www.absolute.com

A B S O L U T E   S O F T W A R E | Track. Manage. Secure. <http://www.absolute.com/en/landing/2012/Magic-Quadrant.aspx>
Gartner Magic Quadrant – A Visionary Vendor!


This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit  <http://www.absolute.com/company/legal> absolute.com/company/legal.

From: Charles Springgay
Sent: Monday, March 17, 2014 3:21 PM
To: Mary Piehler
Subject: RE: CT adjustments

I believe we have found the issue. Justin is sending a note to finance and will work with them to fix it.

He's got the afternoon off and leaving work in ten minutes. He will have the email sent before he leaves.

Charles Springgay

Account Executive – New York State Public Sector
phone: 1.877.337.0188 | ext: 213 | mobile:1.512.925.6802

cspringgay@absolute.com | <http://www.absolute.com/> www.absolute.com

                                                                                                      DEFS07252

**EXHIBIT**
Awtry 76
4/5/19 LM

depobook.com

**Plaintiff's Exhibit**
**76**

exhibitindexes.com #179

| From: | Todd Awtry <TAwtry@absolute.com> |
|---|---|
| Sent: | Wednesday, July 02, 2014 4:28 PM |
| To: | Daniel Berardo |
| Cc: | Errol Olsen; Thomas Kenny |
| Subject: | RE: Mary Piehler Communication Plan |

Excellent question.

Other RD's are NOT in the same boat when it comes to manage and service numbers performance.

Below are the service and manage numbers by RD for FY14 (with 3 days left in the year):

- $761,000  - Northeast
- $1,800,000 – North Central
- $1,900,000 - Southeast/fed
- $2,110,00 – West
- $2,500,000 - Southwest

The Northeast is 2.36 times lower in manage and service performance than the next closest region (NorthCentral).

On the achieve quota part of the plan YES Warren and Dave are in similar situations and I plan to have a verbal/documented via email conversation with them at GSM telling them they need to start hitting quota.

West and NorthCentral did do  over $1,500,000 in sales in manage and service so I'm taking a softer approach since they only missed 1 of the 2 requirements and not both.

I can take out the "achieve quota" part of the plan but that's always been a given requirement of any performance plan I've ever done.

Certainly not trying to single anyone out (especially given the latest developments…) but we need more performance along with manage and service revenue in the Northeast.
Let me know your next steps/thoughts.

thanks!

**Todd M Awtry**
**Vice President of Sales North America**
Telephone:  877-410-1318
tawtry@absolute.com | www.absolute.com

**A B S O L U T E   S O F T W A R E | Track. Manage. Secure.**
Gartner Magic Quadrant – A Visionary Vendor!

This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal.

**From:** Daniel Berardo
**Sent:** Wednesday, July 02, 2014 12:22 PM

1

**To:** Todd Awtry
**Cc:** Errol Olsen; Thomas Kenny
**Subject:** RE: Mary Piehler Communication Plan

My only concern would be if we are singling her out by putting her on PIP. We've just come off an investigation, so things are a little sensitive. Are any other RD's in the same boat?

**From:** Todd Awtry
**Sent:** July-02-14 4:15 AM
**To:** Daniel Berardo
**Cc:** Errol Olsen; Thomas Kenny
**Subject:** Mary Piehler Communication Plan

Daniel –

In an effort to be clear in my communication with Mary I plan on providing her with the following document at some point next week.

She is under achieving in comparison to her peer group in quota attainment (minus Q4 FY14 of course) and her selling of the manage/service pipeline.

Any issues or concerns from your perspective in moving forward?

Thanks!

2

DEFS00776

**EXHIBIT**
Awtry 76
4/5/19 LM

**Plaintiff's Exhibit 76**

| | |
|---|---|
| **From:** | Todd Awtry <TAwtry@absolute.com> |
| **Sent:** | Wednesday, July 02, 2014 4:28 PM |
| **To:** | Daniel Berardo |
| **Cc:** | Errol Olsen; Thomas Kenny |
| **Subject:** | RE: Mary Piehler Communication Plan |

Excellent question.

Other RD's are NOT in the same boat when it comes to manage and service numbers performance.

Below are the service and manage numbers by RD for FY14 (with 3 days left in the year):

- $761,000  - Northeast
- $1,800,000 – North Central
- $1,900,000 - Southeast/fed
- $2,110,00 – West
- $2,500,000 -  Southwest

The Northeast is 2.36 times lower in manage and service performance than the next closest region (NorthCentral).

On the achieve quota part of the plan YES Warren and Dave are in similar situations and I plan to have a verbal/documented via email conversation with them at GSM telling them they need to start hitting quota.

West and NorthCentral did do  over $1,500,000 in sales in manage and service so I'm taking a softer approach since they only missed 1 of the 2 requirements and not both.

I can take out the "achieve quota" part of the plan but that's always been a given requirement of any performance plan I've ever done.

Certainly not trying to single anyone out (especially given the latest developments...) but we need more performance along with manage and service revenue in the Northeast.
Let me know your next steps/thoughts.

thanks!

**Todd M Awtry**
**Vice President of Sales North America**
Telephone:  877-410-1318
tawtry@absolute.com | www.absolute.com

**A B S O L U T E   S O F T W A R E | Track. Manage. Secure.**
Gartner Magic Quadrant – A Visionary Vendor!

This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal.

**From:** Daniel Berardo
**Sent:** Wednesday, July 02, 2014 12:22 PM

1

DEFS00775

**To:** Todd Awtry
**Cc:** Errol Olsen; Thomas Kenny
**Subject:** RE: Mary Piehler Communication Plan

My only concern would be if we are singling her out by putting her on PIP.  We've just come off an investigation, so things are a little sensitive.  Are any other RD's in the same boat?

**From:** Todd Awtry
**Sent:** July-02-14 4:15 AM
**To:** Daniel Berardo
**Cc:** Errol Olsen; Thomas Kenny
**Subject:** Mary Piehler Communication Plan

Daniel –

In an effort to be clear in my communication with Mary I plan on providing her with the following document at some point next week.

She is under achieving in comparison to her peer group in quota attainment (minus Q4 FY14 of course) and her selling of the manage/service pipeline.

Any issues or concerns from your perspective in moving forward?

Thanks!

2

DEFS00776

FY 15 1H Review
with Todd A.

# Q2 FY15 Performance


EXHIBIT
Awtry 80
4/15/19    LM

**Northeast Revenue up 47% YOY**
- Education up 169%
- Healthcare up 88%
- Corporate up 6%

|  | Q2 Quota | Quota Actual | Quota Credit |
| --- | --- | --- | --- |
| NER | $3,018,266 | $3,726,059 | $3,390,060 |

**Absolute**Software

# Biggest Challenges in the past 3 yrs

**Morale:**  People don't feel the Northeast is respected
- Sales Performance rankings, EOQ emails, etc
- Left out of task forces (F1 Team and the Q4 Roundtable) no NER AE invited to attend
- Marketing $$ spent in NE vs.other areas (getting better)
- Incentives offered

**Cross Selling CT, AM and AB Service: We've not gotten the traction as desired**
- AM is seeing more traction in Corporate and Healthcare
- Ab Service large opportunities were identified, but lost
- Northeast didn't have as many large customers to cross sell into.
- But we are seeing opportunities now:
    - Omnicom    -ESPN     - PA Cyber  -TIME

**Absolute**Software

P000741

# Northeast Region QBR: Acquisition of Fortune X00

- **NER feels great that the company is focused on Acquisition and Fortune X00 Acquisition**

- **We've been about Acquisition**

- **New Accounts closed with our focus on Corporate & Fortune X00**
  - UTC, Cigna, ESPN , Cablevision, Oliver Wyman, Bank of Tokyo
  - Morgan Stanley, Oppenheimer, Lazard, M&T Bank, NYSE, Fidelity, Coach. Aeropostale. American Eagle

- **Others we have been in for 1 or more meetings:**
  - Pfizer, J&J, Credit Suisse, JPMC, Citi, Thermo Fisher, PNC Bank, Delaware North, Paychex, Corning, Comcast, Bloomberg

**Absolute**Software

P000742

# RE: Revision -- Confidential - Joe Morini Offer

**EXHIBIT**
Awtry 82
4/5/19  LM

**Plaintiff's Exhibit**

**82**

**From:**

Todd Awtry <tawtry@absolute.com>

**To:**

Geoff Haydon <ghaydon@absolute.com>

**Date:**

Thu, 02 Jul 2015 17:42:40 +0000

---

Even the employee relations person (local person) who says she's done this a thousand times said it was "Bizarre".

**Todd M Awtry**
**Vice President of Sales North America**
Telephone: 877-410-1318
tawtry@absolute.com | www.absolute.com

**A B S O L U T E  S O F T W A R E | Track. Manage. Secure.**
Gartner Magic Quadrant -- A Visionary Vendor!
This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal.
If you wish to unsubscribe from all future emails, click here.

**From:** Geoff Haydon
**Sent:** Thursday, July 2, 2015 1:24 PM
**To:** Todd Awtry
**Subject:** Re: Revision -- Confidential - Joe Morini Offer

Interesting.

Joe will be a game changer for you in the East.

Geoff Haydon
Chief Executive Officer
Absolute Software
ghaydon@absolute.com

-------- Original message --------
From: Todd Awtry <TAwtry@absolute.com>
Date: 07-02-2015 1:15 PM (GMT-05:00)
To: Geoff Haydon <GHaydon@absolute.com>
Subject: RE: Revision -- Confidential - Joe Morini Offer

Very weird.  She basically said she didn't know if she'd "accept the severance and that she had 21 days to sign the release".

**Todd M Awtry**
**Vice President of Sales North America**
Telephone: 877-410-1318

tawtry@absolute.com | www.absolute.com

A B S O L U T E **S O F T W A R E** | Track. Manage. Secure.
Gartner Magic Quadrant -- A Visionary Vendor!
This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal.
If you wish to unsubscribe from all future emails, click here.

---

**From:** Geoff Haydon
**Sent:** Thursday, July 2, 2015 1:14 PM
**To:** Todd Awtry
**Subject:** Re: Revision -- Confidential - Joe Morini Offer

How did Mary react?

Geoff Haydon
Chief Executive Officer
Absolute Software
ghaydon@absolute.com

-------- Original message --------
From: Todd Awtry <TAwtry@absolute.com>
Date: 07-02-2015 1:00 PM (GMT-05:00)
To: Geoff Haydon <GHaydon@absolute.com>
Subject: RE: Revision -- Confidential - Joe Morini Offer

Once I get the equity portion updated in his offer I'll have you reach out and give him the pump up CEO speech! ☺

**Todd M Awtry**
**Vice President of Sales North America**
Telephone: 877-410-1318
tawtry@absolute.com | www.absolute.com

A B S O L U T E **S O F T W A R E** | Track. Manage. Secure.
Gartner Magic Quadrant -- A Visionary Vendor!
This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal.
If you wish to unsubscribe from all future emails, click here.

---

**From:** Geoff Haydon
**Sent:** Thursday, July 2, 2015 12:54 PM
**To:** Todd Awtry
**Subject:** Re: Revision -- Confidential - Joe Morini Offer

Great!

Once again, please let me know if I can help with the close.

Geoff Haydon
Chief Executive Officer
Absolute Software
ghaydon@absolute.com

Confidential

DEFS07612

-------- Original message --------
From: Todd Awtry <TAwtry@absolute.com>
Date: 07-02-2015 12:52 PM (GMT-05:00)
To: Geoff Haydon <GHaydon@absolute.com>
Subject: RE: Revision -- Confidential - Joe Morini Offer

Just hung up with Joe, he said he's 80% there, I asked him what it would take to get him the rest of the way there.  He said equity and I told him I'm close there.


**Todd M Awtry**
**Vice President of Sales North America**
Telephone:  877-410-1318
tawtry@absolute.com | www.absolute.com

**A B S O L U T E  S O F T W A R E | Track. Manage. Secure.**
Gartner Magic Quadrant -- A Visionary Vendor!
This message is confidential and intended only for the person or entity to which it is addressed.
For more information please visit absolute.com/company/legal.
If you wish to unsubscribe from all future emails, click here.


**From:** Geoff Haydon
**Sent:** Thursday, July 2, 2015 12:51 PM
**To:** Todd Awtry
**Subject:** Re: Revision -- Confidential - Joe Morini Offer

How did it go with Mary?

Joe mentioned he had a couple of other offers he was considering. Timing is critical. Please let know what I can l to help you close him.

Geoff Haydon
Chief Executive Officer
Absolute Software
ghaydon@absolute.com


-------- Original message --------
From: Geoff Haydon <GHaydon@absolute.com>
Date: 07-02-2015 12:40 PM (GMT-05:00)
To: Todd Awtry <TAwtry@absolute.com>, Thomas Kenny <TKenny@absolute.com>, Errol Olsen <EOlsen@absolute.com>
Cc: Daniel Berardo <DBerardo@absolute.com>, David Fallon <DFallon@absolute.com>
Subject: Re: Revision -- Confidential - Joe Morini Offer

Todd,

I approved this.

Sorry for the disconnect.

Confidential                                                                                    DEFS07613