UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY VAN BRUNT-PIEHLER,<br><br>*Plaintiff,*<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC., ABSOLUTE SOFTWARE CORPORATION, GEOFF HAYDON, THOMAS KENNY, and TODD AWTRY,<br><br>*Defendants.* | NOTICE OF APPEAL<br><br>Civil Action No.<br>16-CV-6313-EAW-MWP |

Notice is hereby given that Plaintiff Mary Van Brunt-Piehler hereby appeals to the United States Court of Appeals for the Second Circuit from the judgments entered on March 17, 2023, August 13, 2024, and October 3, 2024, including all rulings and orders in this action.

Dated: October 7, 2024

                                                  Respectfully submitted,

                                                  **THOMAS & SOLOMON PLLC**

By:    /s/ Jonathan W. Ferris
          Jonathan W. Ferris, Esq.
          *Attorneys for Plaintiffs*
          693 East Avenue
          Rochester, New York 14607
          Telephone: (585) 272-0540
          nthomas@theemploymentattorneys.com
          jferris@theemploymentattorneys.com