UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARY VAN BRUNT-PIEHLER,

                  *Plaintiff*,

v.

ABSOLUTE SOFTWARE, INC., ABSOLUTE SOFTWARE CORPORATION, GEOFF HAYDON, THOMAS KENNY, and TODD AWTRY,

                  *Defendants*.

Civil Action No.
16-CV-6313-EAW-MWP

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Jonathan W. Ferris hereby withdraws as counsel for Plaintiff Mary Van Brunt-Piehler. The law firm of Thomas & Solomon PLLC remains as counsel for Plaintiff.

Dated: December 13, 2024

                  **THOMAS & SOLOMON PLLC**

By:  /s/ Jonathan W. Ferris
       Jonathan W. Ferris, Esq.
       *Attorneys for Plaintiffs*
       693 East Avenue
       Rochester, New York 14607
       Telephone: (585) 272-0540
       jferris@theemploymentattorneys.com